# FRALEG GROUP, INC.,
## CERTIFICATION OF RESOLUTION

**WHEREAS**, Freleg Group Inc., a New York Corporation (the "Corporation"), consistent with the Bylaws, together with all amendments thereto as of the date hereof, (the "Bylaws"), called a Special Meeting pursuant to the Bylaws on June 16, 2022; and

**WHEREAS**, after due consideration, the Directors and Officers believe it is desirable and in the best interest of the corporation, its creditors and other interested parties, that a voluntary petition pursuant to Chapter 11 of Title 11, United States Code, be filed by the Corporation in the Eastern District of New York and to further authorize the retention of the Law Offices of Avrum J. Rosen, PLLC, as proposed counsel to the Corporation in the chapter 11 bankruptcy; and it was therefore

**RESOLVED,** that the Corporation, be and it hereby is authorized and empowered to execute and file such a petition for relief under Chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

**RESOLVED,** that any and all of the officers of the Corporation be, and each of them hereby is, authorized, on behalf of and in the name of the Corporation, to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or property in the Chapter 11 case; and it is further

**RESOLVED**, that any and all of the officers of the Corporation be, and each of them hereby is, authorized to retain the Law Offices of Avrum J. Rosen, PLLC, to represent it as its attorneys in connection with such proceedings; and it is further

**RESOLVED** that the firm of the Law Offices of Avrum J. Rosen, PLLC, be and hereby is retained to act on behalf of the Company in connection with such proceeding.

There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, the same was adjourned.

Dated: June 17, 2021

> */s/ Andy Alege*
> Andy Alege
> President of Fraleg Group Inc.