# Notice Recipients

District/Off: 0207−1      User: admin      Date Created: 6/21/2022
Case: 1−22−41410−jmm      Form ID: 245      Total: 13

**Recipients of Notice of Electronic Filing:**
aty      Avrum J Rosen      arosen@ajrlawny.com

                                                                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Fraleg Group, Inc.      931 Lincoln Place      Brooklyn, NY 11213
smg      United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220
smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346
smg      NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
10083657      Andy Alege      195 St. James Place      Brooklyn, NY 11216
10083658      CAF Borrower GS LLC      4 Park Plaza, Suite 900      Irvine, CA 92614
10083659      CoreVest American Finance      4 Park Plaza, Suite 900      Irvine, CA 92614
10083660      NYS Dept. of Tax. & Fin.      Bankruptcy Sections      P.O. Box 5300      Albany, NY 12205−0300
10083661      Small Business Associatio      409 Third St., SW      Washington, DC 20416

                                                                                                                TOTAL: 12