# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/21/2022 |
| Case: 1−22−41410−jmm | Form ID: 309F1 | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Fraleg Group, Inc.   931 Lincoln Place   Brooklyn, NY 11213 | |
| aty | Avrum J Rosen   Law Offices of Avrum J. Rosen, PLLC   38 New Street   Huntington, NY 11743 | |
| smg | United States of America   Secretary of the Treasury   15th Street & Pennsylvania Ave. NW   Washington, DC 20220 | |
| smg | NYS Unemployment Insurance   Attn: Insolvency Unit   Bldg. #12, Room 256   Albany, NY 12240 | |
| smg | NYS Department of Taxation & Finance   Bankruptcy Unit   PO Box 5300   Albany, NY 12205 | |
| smg | Internal Revenue Service   PO Box 7346   Philadelphia, PA 19101−7346 | |
| smg | NYC Department of Finance   345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201−3719 | |
| smg | Office of the United States Trustee   Eastern District of NY (Brooklyn Office)   U.S. Federal Office Building   201 Varick Street, Suite 1006   New York, NY 10014 | |
| 10083657 | Andy Alege   195 St. James Place   Brooklyn, NY 11216 | |
| 10083658 | CAF Borrower GS LLC   4 Park Plaza, Suite 900   Irvine, CA 92614 | |
| 10083659 | CoreVest American Finance   4 Park Plaza, Suite 900   Irvine, CA 92614 | |
| 10083660 | NYS Dept. of Tax. & Fin.   Bankruptcy Sections   P.O. Box 5300   Albany, NY 12205−0300 | |
| 10083661 | Small Business Associatio   409 Third St., SW   Washington, DC 20416 | |

TOTAL: 13