POLSINELLI PC
Morgan C. Fiander, Esq. (239812017)
600 Third Avenue, 42nd Floor
New York, New York 10016
Phone: (212) 413-2838
mfiander@polsinelli.com

Attorneys for Plaintiff CAF Borrower GS LLC

| | |
|---|---|
| CAF BORROWER GS LLC<br><br>Plaintiff,<br><br>v.<br><br>FRALEG GROUP INC., a New York corporation; RENHAN LLC, a New Jersey limited liability company and TAM LENDING CENTER INC., a New Jersey corporation,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION: ESSEX COUNTY<br>DOCKET NO. SWC-F-001632-20<br><br>*Civil Action*<br><br>***REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS*** |

**TO: CLERK OF THE SUPERIOR COURT OF NEW JERSEY**

Please enter default against defendants FRALEG GROUP INC., RENHAN LLC, and TAM LENDING CENTER INC**.** for failure to plead or otherwise defend as provided by the Rules of Civil Practice of the Superior Court.

                  POLSINELLI PC

                  *Attorneys for plaintiff CAF Borrower GS LLC*

                  By: */s/ Morgan C. Fiander*
                      MORGAN C. FIANDER

Dated: March 26, 2021

74525361

POLSINELLI PC
Morgan C. Fiander, Esq. (239812017)
600 Third Avenue, 42nd Floor
New York, New York 10016
Phone: (212) 413-2838
mfiander@polsinelli.com

Attorneys for Plaintiff CAF Borrower GS LLC

| | |
|---|---|
| CAF BORROWER GS LLC<br><br>        Plaintiff,<br><br>        v.<br><br>FRALEG GROUP INC., a New York corporation; RENHAN LLC, a New Jersey limited liability company and TAM LENDING CENTER INC., a New Jersey corporation,<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: ESSEX COUNTY<br>DOCKET NO. SWC-F-001632-20<br><br>*Civil Action*<br><br>***CERTIFICATION OF MORGAN C. FIANDER ESQ. IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT*** |

        I, MORGAN C. FIANDER, ESQ., of full age, do hereby certify and say:

        1.    I am an attorney duly admitted to practice law in the State of New Jersey and an associate with the law firm POLSINELLI PC, attorneys for plaintiff CAF Borrower GS LLC ("Plaintiff"). I am responsible for litigating the above-captioned action on Plaintiff's behalf and have personal knowledge of the facts set forth herein.

        2.    I make this Certification in support of Plaintiff's request for entry of default against defendants FRALEG GROUP INC., RENHAN LLC and TAM LENDING CENTER INC. (collectively, the "Defendants").

        3.    On January 30, 2020, Plaintiff commenced this action by filing the Complaint in Foreclosure (the "Complaint") against Defendant Fraleg Group, Inc. ("Fraleg")

4. On July 13, 2020, an original Summons, together with copies of the Foreclosure Case Information Statement and the Complaint, were served on Fraleg. Copies of the Summons and the Affidavit of Service evidencing service of process on Fraleg are annexed hereto as **Exhibits A** and **B**. The original Affidavit of Service was filed on August 20, 2020.

5. Thereafter, Plaintiff filed its Amended Complaint in Foreclosure to Join Junior Mortgage Holders (the "**Amended Complaint**") on September 17, 2020, and Defendants RENHAN LLC ("**Renhan**") and TAM LENDING CENTER INC. ("**TAM**") were added as additional Defendants to this action.

6. On September 23, 2020, an original Summons, together with copies of the Foreclosure Case Information Statement and the Amended Complaint, were served on Renhan. Copies of the Summons and the Affidavit of Service evidencing service of process on Renhan are annexed hereto as **Exhibits C** and **D**. The original Affidavit of Service was filed on November 20, 2020.

7. On September 23, 2020, an original Summons, together with copies of the Foreclosure Case Information Statement and the Amended Complaint, were served on TAM. Copies of the Summons and the Affidavit of Service evidencing service of process on TAM are annexed hereto as **Exhibits E** and **F**. The original Affidavit of Service was filed on November 20, 2020.

8. The Amended Complaint was also mailed to Fraleg on September 21, 2020.

9. As a result, Fraleg had until October 26, 2020, to answer or otherwise move with respect to the Amended Complaint, Renhan had until October 28, 2020, to answer or otherwise move with respect to the Amended Complaint, and TAM had until October 28, 2020, to answer or otherwise move with respect to the Amended Complaint

10. None of the Defendants, however, answered or otherwise moved with respect to the Complaint, and their time within which to do so has expired and has not been extended.

11. As a result, Plaintiff is entitled to the entry of default against Defendants.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        */s/ Morgan C. Fiander*
                                        MORGAN C. FIANDER

Dated: March 26, 2021

# AFFIDAVIT OF SERVICE

**State of New Jersey**  **County of Essex**  **Superior Court**

Case Number: SWC-F-001632-20

Plaintiff/Petitioner:
**CAF BORROWER GS, LLC**
vs.
Defendant/Respondent:
**FRALEG GROUP, INC., a New York corporation**

Received by HPS Process Service & Investigations to be served on **Fraleg Group, Inc., c/o VCorp Services, LLC, 820 Bear Tavern Road, West Trenton, NJ 08628**. I, _Ted Cordasco_, being duly sworn, depose and say that on the _13th_ day of _July_, 20_20_ at _2_:_49_ p.m., executed service by delivering a true copy of the Summons; Complaint in Foreclosure; and Schedule A in accordance with state statutes in the manner marked below:

(x) REGISTERED AGENT SERVICE: By serving _Ebony Hill_
as _Intake Specialist @ VCorp Services, LLC_ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _21st_ day of _July_, _2020_ by the affiant who is personally known to me.

_[signature]_
NOTARY PUBLIC

**CARMEN I. MOLINA**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 2442741**
**My Commission Expires 2/6/2024**

_[signature]_ 7/21/2020
PROCESS SERVER # _____
Appointed in accordance with State Statutes

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2020012838
Ref: CAF Borrower GS v. Fraleg Group, Inc.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

# AFFIDAVIT OF SERVICE

**State of New Jersey**      **County of Essex**      **Superior Court**

Case Number: SWC-F-001632-20

Plaintiff/Petitioner:
**CAF BORROWER GS, LLC**
vs.
Defendant/Respondent:
**FRALEG GROUP, INC., a New York corporation, et al.**

Received by HPS Process Service & Investigations to be served on Renhan, LLC, c/o Komlika Gill, Registered Agent, 1818 Old Cuthbert Road, Suite 100, Cherry Hill, NJ 08034. I, STEPHEN WEISMAN, being duly sworn, depose and say that on the 23 day of SEPT, 2020 at 2:30 p.m., executed service by delivering a true copy of the Summons; Amended Complaint in Foreclosure to Join Junior Mortgage Holders; and Schedule A in accordance with state statutes in the manner marked below:

(✓) REGISTERED AGENT SERVICE: By serving KOMLIKA GILL
as REG. AGENT for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: GILL WAS EXTREMELY HOSTILE TO PROCESS SERVER

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 23 day of SEPT 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTOPHER J. MULLEN
Commission # 3989225
Notary Public, State of New Jersey
My Commission Expires
September 03, 2024

PROCESS SERVER # _____
Appointed in accordance with State Statutes

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2020017651
Ref: 077441/645384

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

POLSINELLI PC
Jason A. Nagi (036452000)
600 Third Avenue, 42nd Floor
New York, New York 10016
Phone: (212) 684-0199
jnagi@polsinelli.com

*Attorneys for Plaintiff CAF Borrower GS LLC*

| | |
|---|---|
| CAF BORROWER GS LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRALEG GROUP INC., a New York corporation; RENHAN LLC, a New Jersey limited liability company and TAM LENDING CENTER INC., a New Jersey corporation,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: ESSEX COUNTY<br>DOCKET NO. SWC-F-001632-20<br><br>CIVIL ACTION<br><br>***SUMMONS*** |

FROM THE STATE OF NEW JERSEY, TO THE DEFENDANTS NAMED ABOVE:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it.

A directory of the addresses of each deputy clerk of the Superior Court is provided and available in the Civil Management Office in the county listed above or online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625-0971. A filing fee payable to the Treasurer, State of New

74811027.1

# AFFIDAVIT OF SERVICE

**State of New Jersey**  **County of Essex**  **Superior Court**

Case Number: SWC-F-001632-20

Plaintiff/Petitioner:
**CAF BORROWER GS, LLC**
vs.
Defendant/Respondent:
**FRALEG GROUP, INC., a New York corporation, et al.**

Received by HPS Process Service & Investigations to be served on **TAM Lending Center, Inc., c/o Phillip T. Valianti, Registered Agent, 131 Copperfield Drive, Woodbury, NJ 08096.** I, __Ronald Brown__, being duly sworn, depose and say that on the __23__ day of __Sept__, 20__20__ at __10:45__ am., executed service by delivering a true copy of the Summons; Amended Complaint in Foreclosure to Join Junior Mortgage Holders; and Schedule A in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

(X) CORPORATE SERVICE: By serving __Philip T. Valianti__
as __Reg Agent__ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: __Documents served at Mr. Valianti's office 251 S White Horse Pike Audubon, NJ 08106__

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __24__ day of __Sept 2020__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

CHRISTOPHER J. MULLEN
Commission # 2389025
Notary Public - State of New Jersey
My Commission Expires
September 03, 2024

_Ronald Brown_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2020017652
Ref: 077441/645384

POLSINELLI PC
Jason A. Nagi (036452000)
600 Third Avenue, 42nd Floor
New York, New York 10016
Phone: (212) 684-0199
jnagi@polsinelli.com

*Attorneys for Plaintiff CAF Borrower GS LLC*

| | |
|---|---|
| CAF BORROWER GS LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRALEG GROUP INC., a New York corporation; RENHAN LLC, a New Jersey limited liability company and TAM LENDING CENTER INC., a New Jersey corporation,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: ESSEX COUNTY<br>DOCKET NO. SWC-F-001632-20<br><br>CIVIL ACTION<br><br>***SUMMONS*** |

FROM THE STATE OF NEW JERSEY, TO THE DEFENDANTS NAMED ABOVE:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it.

A directory of the addresses of each deputy clerk of the Superior Court is provided and available in the Civil Management Office in the county listed above or online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625-0971. A filing fee payable to the Treasurer, State of New

74810828.1

POLSINELLI PC
Morgan C. Fiander, Esq. (239812017)
600 Third Avenue, 42nd Floor
New York, New York 10016
Phone: (212) 413-2838
mfiander@polsinelli.com

*Attorneys for Plaintiff CAF Borrower GS LLC*

| | |
|---|---|
| CAF BORROWER GS LLC<br><br>Plaintiff,<br><br>v.<br><br>FRALEG GROUP INC., a New York corporation; RENHAN LLC, a New Jersey limited liability company and TAM LENDING CENTER INC., a New Jersey corporation,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: ESSEX COUNTY<br>DOCKET NO. SWC-F-001632-20<br><br>*Civil Action*<br><br>**CERTIFICATION OF SERVICE** |

I, MORGAN C. FIANDER, ESQ., of full age, do hereby certify and say:

1. I am an attorney duly admitted to practice law in the State of New Jersey and an associate with the firm Polsinelli PC, attorneys for plaintiff CAF Borrower GS LLC ("Plaintiff"). I am responsible for litigating the above-captioned action on Plaintiff's behalf and have personal knowledge of the facts set forth herein. I am authorized to make the instant Certification on Plaintiff's behalf in this case.

2. On March 26, 2021, I caused to be delivered a copy of the Request for Entry of Default, which was filed in this action on March 26, 2021, on defendants Fraleg Group Inc., Renhan LLC and TAM Lending Center, Inc. (collectively, the "Defendants") via Certified Mail, Return Receipt Requested and U.S. Mail, to Defendants at the following last known addresses:

> Fraleg Group, Inc.
> c/o VCorp Services, LLC
> 820 Bear Tavern Road
> West Trenton, New Jersey 08628

Renhan LLC
c/o Komlika Gill
1818 Old Cuthbert Road, Suite 100
Cherry Hill, New Jersey 08034

TAM Lending Center, Inc.
c/o Phillip T. Valianti
131 Copperfield Drive
Woodbury, New Jersey 08096

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/Morgan C. Fiander*
MORGAN C. FIANDER

Dated: March 26, 2021

76561096     2