**BY THE COURT**

|  |  |
|---|---|
| | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION ESSEX COUNTY<br>GENERAL EQUITY |
| CAF BORROWER GS LLC,<br><br>Plaintiff(s),<br><br>v.<br><br>FRALEG GROUP INC, et als,<br><br>Defendant(s). | DOCKET NO: F- 001632-20<br><br>CIVIL ACTION<br>ORDER VACATING DENIAL |

On April 22, 2021 the Superior Court Clerk's Office denied the plaintiff's application for Final Judgment.  The reason for the denial has since been corrected by the plaintiff, and the Court having considered the recommendation of the Office of Foreclosure, and for good cause shown.

It is on this 26th day of April, 2021 ORDERED that:

1.	The April 22, 2021 denial of Final Judgment is set aside and is of no effect.

2.	A copy of the within order shall be served upon parties or the attorneys for the defendants within seven days of the receipt of this order by plaintiff's attorney.


*/s/ Jodie Lee Alper, P.J.Ch*.
Hon. Jodie Lee Alper, P.J.Ch.

Respectfully Recommended
R.1:34-6 Office of Foreclosure