United States Bankruptcy Court

Eastern District of New York

In re:                                                                                          Case No. 22-41410-jmm

Fraleg Group, Inc.                                                                        Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2022 | Form ID: 309F1 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Fraleg Group, Inc., 931 Lincoln Place, Brooklyn, NY 11213-3332 |
| smg | + | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10083657 | + | Andy Alege, 195 St. James Place, Brooklyn, NY 11238-7385 |
| 10083658 | + | CAF Borrower GS LLC, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10083659 | + | CoreVest American Finance, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10083661 | + | Small Business Associatio, 409 Third St., SW, Washington, DC 20416-0002 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: arosen@ajrlawny.com | Jun 21 2022 18:28:00 | Avrum J Rosen, Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, NY 11743 |
| smg | | EDI: IRS.COM | Jun 21 2022 22:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jun 21 2022 18:28:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 21 2022 18:28:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 21 2022 18:28:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jun 21 2022 18:28:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| 10083660 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 21 2022 18:28:00 | NYS Dept. of Tax. & Fin., Bankruptcy Sections, P.O. Box 5300, Albany, NY 12205-0300 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avrum J Rosen | |
| | on behalf of Debtor Fraleg Group  Inc. arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Office of the United States Trustee | |
| | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 2

**Information to identify the case:**

| | |
|---|---|
| Debtor | **Fraleg Group, Inc.**  EIN: 82–1085179 |
| | Name |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter:  11  6/17/22 |
| Case number:  1–22–41410–jmm | |

## Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

10/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Fraleg Group, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 931 Lincoln Place  Brooklyn, NY 11213 | |
| **4. Debtor's attorney**  Name and address | Avrum J Rosen  Law Offices of Avrum J. Rosen, PLLC  38 New Street  Huntington, NY 11743 | Contact phone  631–423–8527  Email:  arosen@ajrlawny.com |
| **5. Bankruptcy clerk's office**  Documents in this case may be filed at this address.  You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271–C Cadman Plaza East, Suite 1595  Brooklyn, NY 11201–1800 | Hours open:  9:00 am – 4:30 pm Monday–Friday  Contact phone  (347) 394–1700  Date: 6/21/22 |
| **6. Meeting of creditors**  The debtor's representative must attend the meeting to be questioned under oath.  Creditors may attend, but are not required to do so. | **July 29, 2022 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **DUE TO COVID–19, THE MEETING WILL BE, HELD TELEPHONICALLY. PLEASE CONTACT, Janease.Clarke@usdoj.gov FOR, MORE INFORMATION., NY 11201–1800** |

For more information, see page 2 >

Debtor  **Fraleg Group, Inc.**                                           Case number **1–22–41410–jmm**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** | Not yet set. If a deadline is set, the court will send you another notice. |

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
- your claim is designated as *disputed, contingent,* or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

---

**8.  Exception to discharge deadline**
The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:**  _____

---

**9.  Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**10.  Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.

---

**11.  Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.