UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                    Chapter 11

FRALEG GROUP, INC.,                                          Case No.: 22-41410-jmm

                                      Debtor.
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                ) ss:
COUNTY OF SUFFOLK         )

**EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

On the 6th day of July, 2022, deponent served the **ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                                                             */s/ Everlyn Meade-Bramble*
                                                                             Everlyn Meade-Bramble

Sworn to before me this
6th day of July, 2022

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2022

Andy Alege
195 St James Place
Brooklyn NY 11216-7385

CAF Borrower GS LLC
4 Park Plaza Suite 900
Irvine CA 92614-2551

CoreVest American Finance
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Small Business Administration
409 3rd Street SW FL 5
Washington DC 20416-0001

US Small Business Administration
c/o Jeffrey H Schervone
26 Federal Plaza Suite 3100
New York NY 10278-3199

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

US Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street FL 400
New York NY 10281-5520

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Office of the United States Trustee
US Federal Office Building
201 Varick Street Unit 1006
New York NY 10014-9449