UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                              Chapter 11

FRALEG GROUP, INC.,                                    Case No.: 22-41410-jmm

                          Debtor.
--------------------------------------------------------X

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                        ) ss:
COUNTY OF SUFFOLK        )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

      On the 8th day of July, 2022, deponent served the **ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND APPROVING THE FORM AND MANNER OF NOTICE THEREOF,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                             */s/ Everlyn Meade-Bramble*
                                           Everlyn Meade-Bramble

Sworn to before me this
8th day of July, 2022

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2022

New York City Department of Finance
375 Pearl Street FL 27
New York NY 10038-1411