# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 7/12/2022 |
| Case: 1−22−41410−jmm | Form ID: pdfall | Total: 10 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty      Avrum J Rosen      arosen@ajrlawny.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Fraleg Group, Inc.      931 Lincoln Place      Brooklyn, NY 11213
10083657      Andy Alege      195 St. James Place      Brooklyn, NY 11216
10083658      CAF Borrower GS LLC      4 Park Plaza, Suite 900      Irvine, CA 92614
10083659      CoreVest American Finance      4 Park Plaza, Suite 900      Irvine, CA 92614
10083660      NYS Dept. of Tax. & Fin.      Bankruptcy Sections      P.O. Box 5300      Albany, NY 12205−0300
10090402      New York City Department of Finance      375 Pearl Street, 27th Floor      New York, NY 10038
10085020      New York State Department of Taxation & Finance      Bankruptcy Section      P O Box 5300      Albany New York 12205−0300
10083661      Small Business Associatio      409 Third St., SW      Washington, DC 20416

TOTAL: 8