# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 7/14/2022 |
| Case: 1−22−41410−jmm | Form ID: pdf002 | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr           CAF Borrower GS, LLC

                                                                                                                    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          USTPRegion02.BR.ECF@usdoj.gov
aty          Avrum J Rosen          arosen@ajrlawny.com
aty          David Ferguson          dferguson@polsinelli.com

                                                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Fraleg Group, Inc.          931 Lincoln Place          Brooklyn, NY 11213
smg          United States of America          Secretary of the Treasury          15th Street & Pennsylvania Ave. NW          Washington, DC 20220
smg          NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg          NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg          Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101−7346
smg          NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201−3719
smg          Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
10083657     Andy Alege          195 St. James Place          Brooklyn, NY 11216
10083658     CAF Borrower GS LLC          4 Park Plaza, Suite 900          Irvine, CA 92614
10083659     CoreVest American Finance          4 Park Plaza, Suite 900          Irvine, CA 92614
10083660     NYS Dept. of Tax. & Fin.          Bankruptcy Sections          P.O. Box 5300          Albany, NY 12205−0300
10090402     New York City Department of Finance          375 Pearl Street, 27th Floor          New York, NY 10038
10085020     New York State Department of Taxation & Finance          Bankruptcy Section          P O Box 5300          Albany New York 12205−0300
10083661     Small Business Associatio          409 Third St., SW          Washington, DC 20416

                                                                                                                    TOTAL: 14