# Exhibit A

1    UNITED STATES BANKRUPTCY COURT

2    EASTERN DISTRICT OF NEW YORK

3    Case No. 1-21-42322-jmm

4    - - - - - - - - - - - - - - - - - - - -x

5    In the Matter of:

6

7    FRALEG GROUP, INC.,

8

9              Debtor.

10

11    - - - - - - - - - - - - - - - - - - - -x

12                   Office of the United States Trustee

13                   Eastern District of New York

14                   271-C Cadman Plaza East, Room 2579

15                   Brooklyn, NY 11201

16                   October 15, 2021

17                   10:53 a.m.

18

19

20    341 Meeting of Creditors

21

22

23    B E F O R E:

24    NADAR KHODOROVSKY

25    TRUSTEE

1    A P P E A R A N C E S :

2

3    UNITED STATES DEPARTMENT OF JUSTICE

4        Attorney for the U.S. Trustee

5        201 Varick Street

6        New York, New York 10014

7

8    BY:  NAZAR KHODOROVSKY

9

10   HEMMINGS & SNELL LLP

11       Attorney for the Debtor

12       228-18 Mentone Avenue

13       Laurelton, NY 11413

14

15   BY:  FRANCIS E. HEMMINGS

16

17   FRALEG GROUP, INC.

18       Debtor

19       931 Lincoln Place

20       Brooklyn, NY 11213

21

22   BY:  RONALD FRASER, VICE-PRESIDENT AND CHIEF FINANCIAL OFFICER

23

24

25

1    POLSINELLI LAW FIRM

2         Attorney for Secured Creditor, CAF Borrower GS LLC

3         900 W. 48th Place, Suite 900

4         Kansas City, MO 64112

5

6    BY:  DAVID FERGUSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

1                    P R O C E E D I N G S

2            MR. KHODOROVSKY:  We are now on the record.  Let the

3      record reflect that today's date is the 15th of October, 2021.

4      Repeat, today is the 15th of October, 2021, and the time now is

5      10:53 a.m.  Repeat, it's 10:53 a.m. on the 15th of October,

6      2021.  The name of this case is, In Re Fraleg Group, Case No.

7      21-42322.  The case has been assigned to Judge Jil Mazer-

8      Marino.

9            Good morning.  My name is Nazar Khodorovsky, N-A-Z-A-

10     R, K-H-O-D-O-R-O-V-S-K-Y.  I am an attorney in the Office of

11     the United States Trustee, which is part of the United States

12     Department of Justice, and I will be the presiding officer of

13     this hearing.  The United States Trustee supervises the

14     administration of bankruptcy cases under the Bankruptcy Code.

15     Debtors are required to appear and be examined under oath

16     regarding their bankruptcy cases.  This examination will be

17     recorded and all parties questioning Debtors must state their

18     names and indicate who they represent.  Right now, I would like

19     to swear in Debtor's representative.  So, please raise your

20     right hand.  Do you swear or affirm to tell the truth, the

21     whole truth and nothing but the truth?  Mr. Fraser, do you

22     swear or affirm?

23            MR. FRASER:  Yes.  Yes, I do, sir.

24            MR. KHODOROVSKY:  Thank you, Mr. Fraser.  Mr. Fraser,

25     you may lower your right hand.  Did you lower your right hand?

Page 5

1            MR. FRASER:  Yes, sir.

2            MR. KHODOROVSKY:  Thank you.  Mr. Fraser, can you

3    please state your full name for the record?

4            MR. FRASER:  Ronald Fraser.

5            MR. KHODOROVSKY:  Can you please spell your last name

6    for the record, just the last name?

7            MR. FRASER:  F-R-A-S-E-R.

8            MR. KHODOROVSKY:  Thank you.  And you understand you

9    are under oath.  Is that correct?

10           MR. FRASER:  Yes, sure.

11           MR. KHODOROVSKY:  Thank you.  Mr. Fraser, where do

12   you reside?  And while I'm asking you, you do not need to give

13   me an address.  What I'm asking you to tell me is the name of

14   the city and state where you live.

15           MR. FRASER:  Brooklyn, New York.

16           MR. KHODOROVSKY:  Thank you.  And Mr. Fraser, what is

17   your relationship to Fraleg Group?

18           MR. FRASER:  I am a CF -- or Chief Financial Officer.

19           MR. KHODOROVSKY:  And do you own any percentage of

20   this company?

21           MR. FRASER:  Yes, I do.

22           MR. KHODOROVSKY:  How much of this company do you

23   own?

24           MR. FRASER:  23 percent.

25           MR. KHODOROVSKY:  2-3, twenty-three?

1            MR. FRASER:  Yes, twenty-three.

2            MR. KHODOROVSKY:  Okay.  And do you have any other

3    titles like, President, Vice-President?

4            MR. FRASER:  Yes.

5            MR. KHODOROVSKY:  What is your title, sir?

6            MR. FRASER:  Vice-President.

7            MR. KHODOROVSKY:  Thank you.  Mr. Fraser, does Fraleg

8    Group have a lawyer with it this morning?

9            MR. FRASER:  Yes, our attorney is Mr. Francis

10   Hemmings.

11           MR. KHODOROVSKY:  Mr. Hemmings, can you please

12   identify yourself and note your appearance for the record?

13           MR. HEMMINGS:  My name is Francis Hemmings.  I'm the

14   attorney for the Debtor, Fraleg Group, Inc. and I am -- first,

15   my address being 30 Wall Street, 8th Floor, New York, New York

16   10005.

17           MR. KHODOROVSKY:  Mr. Hemmings, thank you so much.

18   Let me ask Creditors to make their notices of appearance

19   please.

20           MR. FERGUSON:  This is David Ferguson with the

21   Polsinelli Law Firm on behalf of the Secured Creditor.

22           MR. KHODOROVSKY:  And can you please state the name

23   of your client for the record, sir?  Mr. --

24           MR. FERGUSON:  I'm sorry, I went back to muting

25   myself.  Bear with me.  The name of my client is C-A-F,

1    Borrower, G-S, LLC.

2              MR. KHODOROVSKY:  C-A-F, C as in cow, A as in

3    Alexander, F as in Francis?

4              MR. FERGUSON:  Exactly.

5              MR. KHODOROVSKY:  Thank you, sir.  Okay.  So, Mr.

6    Ferguson, as I noted before we went on the record, I will begin

7    by examining Mr. Fraser on behalf of the United States Trustee

8    and when I am done, I will turn the floor over to you.  Mr.

9    Fraser, are you familiar with the information contained in the

10   Bankruptcy Petition, Bankruptcy Schedules and Statement of

11   Financial Affairs of Fraleg Group?

12             MR. FRASER:  Yes, sir.

13             MR. KHODOROVSKY:  Do you believe that information,

14   that information in the Petitions, Schedules and Statement of

15   Financial Affairs is true and correct?

16             MR. FRASER:  Yes, sir.

17             MR. KHODOROVSKY:  Are you personally familiar with

18   the financial affairs of Fraleg Group?

19             MR. FRASER:  Yes, sir.

20             MR. KHODOROVSKY:  Has this company ever filed for

21   bankruptcy before?

22             MR. FRASER:  No, sir.

23             MR. KHODOROVSKY:  Mr. Fraser, have you ever filed for

24   personal bankruptcy?

25             MR. FRASER:  Yes, sir.

1          MR. KHODOROVSKY:  When did you last file for a

2     personal bankruptcy, Mr. Fraser?

3          MR. FRASER:  I think 2007.  I cannot be exact of the

4     year, sir.

5          MR. KHODOROVSKY:  Would you say more than 10 years

6     ago?

7          MR. FRASER:  Yes, sir.

8          MR. KHODOROVSKY:  And do you remember which chapter

9     of bankruptcy did you file, a 7, 11, 13?

10         MR. FRASER:  It's a 13, sir.

11         MR. KHODOROVSKY:  And if you remember, did you have a

12     lawyer representing you in that Chapter 13 case?

13         MR. FRASER:  No, sir.

14         MR. KHODOROVSKY:  You fought it without a lawyer?

15         MR. FRASER:  Yes, sir.  It was stopped.  It was

16     dismissed because I had to go through the entire proceeding.

17         MR. KHODOROVSKY:  Okay, I understand.  Thank you for

18     that information.  Mr. Fraser, do you own an interest, or have

19     you ever owned an interest in a business other than Fraleg

20     Group that ever filed for bankruptcy?

21         MR. FRASER:  No, sir.

22         MR. KHODOROVSKY:  Has Fraleg Group opened what is

23     known as a Debtor in Possession or a DIP bank account?

24         MR. FRASER:  Yes, sir.

25         MR. KHODOROVSKY:  And at which bank, sir?

1              MR. FRASER:  TD Bank.

2              MR. KHODOROVSKY:  T as in Thomas, D as in Daniel?  TD

3    Bank?

4              MR. FRASER:  Yes, sir.

5              MR. KHODOROVSKY:  Okay.  Let the record reflect that

6    the United States Trustee has been provided with proof of the

7    opened Debtor in Possession in Account at TD Bank for this

8    company.  Mr. Fraser, does Fraleg Group have insurance?

9              MR. FRASER:  Yes, sir.  We do.

10             MR. KHODOROVSKY:  And what would you say is the

11   expiration date on the property insurance?

12             MR. FRASER:  September, I think it's 23 of 2021.

13             MR. KHODOROVSKY:  So, Mr. Fraser, based on what you

14   just testified, today is the 15th of October, 2021, are you

15   saying that the insurance has expired?

16             MR. FRASER:  No, we filed for an automatic renewal,

17   we have a broker, in-house broker, who does our insurance.

18             MR. KHODOROVSKY:  Okay.  So, here's what I'm going to

19   ask.  Do you have proof of the expired policy?

20             MR. FRASER:  I can have that delivered, sir.

21             MR. KHODOROVSKY:  Okay, so what I'm going to ask is

22   this, when -- let's do it this way, if Proof of Renewal is

23   provided to me before the end of this Meeting of Creditors,

24   then hopefully we can end this Meeting of Creditors without

25   having you continue for a holding date.  If you can't provide

1    it -- if you cannot provide Proof of Renewal before the end of

2    this Meeting of Creditors, they'll probably adjourn it for a

3    holding date.  But for I'd say adjourn for a holding date means

4    that, if it's provided to me by a certain deadline, it means it

5    will not need to go forward on the holding date.  Is that okay?

6              MR. FRASER:  Yes, sir.

7              MR. KHODOROVSKY:  Okay, so let me, for now, set a

8    deadline for providing the Proof of Renewal.  So today is the

9    15th of October.  I'm going to request that the Proof of

10   Renewal be provided by the 25th of October, which is 10 days

11   from now.  Okay?

12             MR. FRASER:  Yes, sir.

13             MR. KHODOROVSKY:  So, that's what I'm going to

14   request.  You know, the sooner it's provided, the better, but

15   for now, I'm going to request a Proof of Renewal by the 25th of

16   October.  Okay?  Let me move on.

17             MR. FRASER:  Yes.

18             MR. KHODOROVSKY:  Mr. Fraser, where are the books and

19   records of Fraleg Group located?

20             MR. FRASER:  931 Lincoln Place, Brooklyn, New York

21   11213.

22             MR. KHODOROVSKY:  Thank you.  Now can you tell me

23   briefly, in your own words, what does Fraleg Group do?

24             MR. FRASER:  Fraleg Group was an entity formed for

25   the purchase and revision of a 29 residential unit property

1    located in East Orange, New York.  That was the sole purpose of

2    the formation of property.

3            MR. KHODOROVSKY:  You mean, East Orange, New York or

4    East Orange, New Jersey?

5            MR. FRASER:  Sorry, East Orange, New Jersey.  I'm

6    sorry.

7            MR. KHODOROVSKY:  And does it currently own this

8    property in East Orange?

9            MR. FRASER:  Yes, sir.

10            MR. KHODOROVSKY:  And this property in East Orange,

11    New Jersey, is that the only real property that the company

12    owns, or does it own other real property?

13            MR. FRASER:  This is the only property owned by

14    Fraleg Group, sir.

15            MR. KHODOROVSKY:  Okay.  I understand.  I'll go into

16    more details about the property later, but I'll continue, for

17    now asking some more general questions about the Fraleg Group

18    and its business.  So, can you tell me in your own words, Mr.

19    Fraser, when was this company started?

20            MR. FRASER:  The company was formed in 2018 for the

21    sole purpose of the purchase of -- for this group -- I'm

22    actually trying to get the exact date.

23            MR. KHODOROVSKY:  I don't need an exact date.  Mr.

24    Fraser, I don't need the exact date of formation.

25            MR. FRASER:  Yes, sir.

Page 12

1          MR. KHODOROVSKY:  A year is enough.

2          MR. FRASER:  2018.

3          MR. KHODOROVSKY:  You said 2018?

4          MR. FRASER:  Yes, sir.

5          MR. KHODOROVSKY:  Okay.  And who started the company?

6          MR. FRASER:  The company was started by myself, Andy

7     Alege and Andre Juman.

8          MR. KHODOROVSKY:  So, let's go through, right now, in

9     terms of who owns the company.  So, you said right now, you are

10    the Vice-President and CFO, right, Mr. Fraser?

11         MR. FRASER:  Yes, sir.

12         MR. KHODOROVSKY:  And you own 23 percent of the

13    company?

14         MR. FRASER:  Yes, sir.

15         MR. KHODOROVSKY:  Do you get a salary from Fraleg

16    Group?

17         MR. FRASER:  No, there's no salary because it's a

18    project.

19         MR. KHODOROVSKY:  Let's talk a little bit about the

20    other folks who own the company with you.  So, you said there's

21    two other people who own the company with you, right?

22         MR. FRASER:  Yes, sir.

23         MR. KHODOROVSKY:  So, let's talk about them, briefly.

24    Andy Alege, right?  A-L-E-G-E, am I pronouncing his last name

25    correctly?

1          MR. FRASER:  Yes, sir.

2          MR. KHODOROVSKY:  So, Mr. Alege, does he have any

3   position at the company, like, President, Vice-President?

4          MR. FRASER:  He is the President, sir, of the

5   company.  He's actually the largest owner in terms of shares of

6   the property of this corporation.

7          MR. KHODOROVSKY:  And how much does he own in terms

8   of percentage of the company?

9          MR. FRASER:  Approximately, about 65 or 75.

10         MR. KHODOROVSKY:  And does Mr. Alege get a salary

11  from the company?

12         MR. FRASER:  No, sir.

13         MR. KHODOROVSKY:  Let's talk about Mr. -- is Juman,

14  am I pronouncing it correctly?

15         MR. FRASER:  Yes, sir.

16         MR. KHODOROVSKY:  So, Mr. Andre Juman, J-U-M-A-N.

17  Does he have any titles with the company, like President, Vice-

18  President?

19         MR. FRASER:  He's the Treasurer/one of the Vice-

20  Presidents.

21         MR. KHODOROVSKY:  And does he own any percentage of

22  the company?

23         MR. FRASER:  Yes, sir.

24         MR. KHODOROVSKY:  And how much does he own?

25         MR. FRASER:  About 15 percent.

1              MR. KHODOROVSKY:  1-5?

2              MR. FRASER:  Yes, sir.

3              MR. KHODOROVSKY:  Okay.  Does he get a salary from

4      the company?

5              MR. FRASER:  No, there's no salary, sir.

6              MR. KHODOROVSKY:  And since the company was founded,

7      other than the three of you, has anybody else owned any part of

8      the company?

9              MR. FRASER:  No, sir.

10              MR. KHODOROVSKY:  Now, when you guys founded the

11     company in 2018, did you incorporate it in New York, in New

12     Jersey, in some other state?

13              MR. FRASER:  So, we formed the company in New York,

14     and we have a foreign registration to do business in New

15     Jersey, which allowed us to purchase the property in New

16     Jersey.

17              MR. KHODOROVSKY:  So, it's a New York corporation

18     with a foreign registration in New Jersey, right?

19              MR. FRASER:  Yes, sir.

20              MR. KHODOROVSKY:  Okay, I understand.  Okay.  That's

21     very helpful.  Let me move on.  Mr. Fraser, do you own 50

22     percent or more interest in any other business?

23              MR. FRASER:  No, sir.

24              MR. KHODOROVSKY:  Okay.  The next question is not for

25     you, it's for Mr. Hemmings.  Mr. Hemmings?

1          MR. HEMMINGS:  Yes, sir.

2          MR. KHODOROVSKY:  So, I'm looking right now at

3     Question 28 of the Statement of Financial Affairs of this

4     company where --

5          MR. HEMMINGS:  Can you hold a second?  Let me --

6          MR. KHODOROVSKY:  Take your time Mr. Hemmings.

7          MR. HEMMINGS:  Let me go to my Statement of Financial

8     Affairs.

9          MR. KHODOROVSKY:  It's Docket #9 and specifically,

10    it's page 13, 1-3.

11         MR. HEMMINGS:  It's Docket #9, page 13?

12         MR. KHODOROVSKY:  Yes, 1-3.  Yes, that's correct.

13    Question 28 on that page.

14         MR. HEMMINGS:  Looking for Question 28.  All right,

15    go ahead, sir.  I'm trying to find it, but...

16         MR. KHODOROVSKY:  So, what I wanted to talk to you

17    about, and then this is really for you, not for Mr. Fraser, is

18    -- so, it goes through, you know, the list of all the owners of

19    this company and who owns so much and what the percentages are

20    and their titles.  So, this -- what's in there is different --

21    is different than what Mr. Fraser just testified to.  The

22    numbers are different.

23         MR. HEMMINGS:  Yes, sir.  Well, what I was told by

24    Mr. Juman was 33 percent each.

25         MR. KHODOROVSKY:  Okay.

1          MR. HEMMINGS:  But that could be because we're doing

2    this at the last minute and the well of information comes to

3    us.  If you need, I can amend my documents.

4          MR. KHODOROVSKY:  Exactly.  So, you read my mind.

5          MR. HEMMINGS:  Good.  We'll correct what it is.

6          MR. KHODOROVSKY:  Mr. Hemmings, exactly.

7          MR. HEMMINGS:  At the last minute time in a

8    bankruptcy, sometimes there is -- information doesn't come as

9    it really should.  So, I will amend my Statement of Financial

10   Affairs to reflect the amount specified by Mr. Fraser.

11         MR. KHODOROVSKY:  Okay, very good.  So, I'm going to

12   ask that by the 25th of October, Question 28 of the Statement

13   of Financial Affairs be amended to reflect --

14         MR. HEMMINGS:  10/25/21.

15         MR. KHODOROVSKY:  Yup, 10 days from today, to reflect

16   --

17         MR. HEMMINGS:  Amended.

18         MR. KHODOROVSKY:  Yup, Question 28, to reflect Mr.

19   Fraser's testimony.  Okay?

20         MR. HEMMINGS:  If I remember right, Mr. Fraser's

21   testimony, 65, 25 and 15.

22         MR. KHODOROVSKY:  He gave somewhat different numbers

23   but again, speak to Mr. Fraser, get the exact numbers and then

24   amend it.  I'd appreciate it, so if you could amend it by the

25   25th, 10 days from today.  Very good.

1                MR. HEMMINGS:  Yes, sir.

2                MR. KHODOROVSKY:  Thank you Mr. Hemmings.  Thank you

3      so, so very much.  Let's move on.  Mr. Fraser, so, let me go

4      back and ask you more questions about Fraleg Group.  So, right

5      now, does Fraleg Group have any employees?

6                MR. FRASER:  No, sir.

7                MR. KHODOROVSKY:  Did it have any employees last year

8      in 2020?

9                MR. FRASER:  Yes, we had a small set of employees.

10               MR. KHODOROVSKY:  So, there were employees in 2020?

11               MR. FRASER:  Yes, sir.

12               MR. KHODOROVSKY:  And how many employees,

13     approximately, would you say the company had in 2020?

14               MR. FRASER:  I would say roughly between 7-10, based

15     on what we were trying to get done on the project.

16               MR. KHODOROVSKY:  I understand.  Okay, so right now -

17     - but right now, as you sit here this morning, no employees,

18     right?

19               MR. FRASER:  There's no employees, there's no work,

20     Fraleg Group.

21               MR. HEMMINGS:  Excuse me, Mr. -- can I interject, Mr.

22     Khodorovsky?

23               MR. KHODOROVSKY:  Yeah, go ahead Mr. Hemmings.  Thank

24     you.

25               MR. HEMMINGS:  Can you -- Mr. Fraser, there is a

1    distinction between an "employee" and a "contractor" who's

2    doing work (indiscernible).

3              MR. FRASER:  Yes.

4              MR. KHODOROVSKY:  Oh no, Mr. Hemmings, you're

5    correct, but I'm not asking about contractors.  I'm going to

6    get into that.  I'm asking about purely, like, employees W2-

7    type employees.

8              MR. HEMMINGS:  He's basically aware of that, sir,

9    that someone working on the building foreign is not an

10   employee, doesn't have to be an employee.  So, be careful when

11   you're answering.  Think about also (indiscernible).

12             MR. FRASER:  Can you re-ask your question please,

13   sir?

14             MR. KHODOROVSKY:  Sure.  Right now, as we sit here

15   this morning, does Fraleg Group have any employees?  In other

16   words, folks who get W2s?

17             MR. FRASER:  No, sir.

18             MR. KHODOROVSKY:  Does it have -- so, right now

19   there's no payroll, right?

20             MR. FRASER:  No payroll.

21             MR. KHODOROVSKY:  Are there any independent

22   contractors working at the site who are getting 1099s?

23             MR. FRASER:  No, sir.  Not at this point.

24             MR. KHODOROVSKY:  In terms of the employees you

25   mentioned the company had last year, does the company still owe

1    any employees any unpaid wages or salaries?

2              MR. FRASER:  No, we don't owe any employees.

3              MR. KHODOROVSKY:  Okay.  I was asking specifically

4    about employees.

5              MR. FRASER:  Yes.

6              MR. KHODOROVSKY:  As we sit here this morning, does

7    Fraleg Group owe any money to the Internal Revenue Service?

8              MR. FRASER:  Yes, but I would have to get a number

9    from the accountant.

10             MR. KHODOROVSKY:  It's a yes or no question.  I'm not

11   asking you for a number.

12             MR. FRASER:  Yes.  Yes, sir.

13             MR. KHODOROVSKY:  And what it owes to the IRS, is

14   that in income taxes, sales taxes, what kind of taxes?

15             MR. FRASER:  Taxes from the property and that was the

16   taxes from the people who still have to pay the contractors.

17             MR. KHODOROVSKY:  I understand.  Now, does Fraleg

18   Group owe any money or owe any taxes to the State of New York?

19             MR. FRASER:  I cannot answer that question, sir.

20   (indiscernible).

21             MR. KHODOROVSKY:  Okay.

22             MR. HEMMINGS:  Can I answer Mr. Khodorovsky?

23             MR. KHODOROVSKY:  If you know, Mr. Hemmings, but yes,

24   go ahead.

25             MR. HEMMINGS:  Can I interject?

1         MR. KHODOROVSKY:  Sure, sure.

2         MR. HEMMINGS:  When -- at the -- subsequent to the

3    timing of the Petition, New York State did submit a claim for

4    $140.

5         MR. KHODOROVSKY:  1-4-0 you said?

6         MR. HEMMINGS:  1-4-0, yes.  I'm going to assume that

7    was franchise taxes.

8         MR. KHODOROVSKY:  Okay.

9         MR. HEMMINGS:  I can't -- off the top of my head, I

10   can't remember exactly what it was, but I know they take it, so

11   it's at least for $140.

12        MR. KHODOROVSKY:  I understand.  Okay.  Mr. Fraser,

13   let me move on.  Does Fraleg Group owe any money to the State

14   of New Jersey?

15        MR. FRASER:  Yes, in taxes.

16        MR. KHODOROVSKY:  So, do these property taxes you're

17   talking about, who are they owed to?  Are they owed to the

18   State of New Jersey, the City of East Orange, Essex County, who

19   are they owed to?

20        MR. FRASER:  City of East Orange.

21        MR. KHODOROVSKY:  I understand.  Let me ask you this

22   question, since Fraleg Group filed for bankruptcy, just since

23   the bankruptcy filing, have any payments of property taxes to

24   the City of East Orange been made?

25        MR. FRASER:  No, sir.

1          MR. KHODOROVSKY:  I understand.  Okay.  Let me move

2     on.  Okay, so in terms of the Fraleg Group situation right now,

3     what would you say are the company's three largest expenses

4     right now?

5          MR. FRASER:  One, mostly, we have the debt of

6     $3,150,000, plus whatever interest, taxes to the City of East

7     Orange and whatever taxes is owed to the City of New York.

8     That's it.

9          MR. KHODOROVSKY:  I understand.  Okay.  So, we talked

10    about the taxes.  Let me ask you this question, in terms of the

11    mortgage on the property, since the company filed for

12    bankruptcy on September 14th, have any post-Petition mortgage

13    payments been made?

14         MR. FRASER:  No, sir.

15         MR. KHODOROVSKY:  When was the last time, before the

16    bankruptcy or after the bankruptcy, when was the last time that

17    any mortgage payments were made?

18         MR. FRASER:  Approximately December of 2019,

19         MR. KHODOROVSKY:  I understand.  Okay.  Is Fraleg

20    Group currently operating?  Is it still in business?

21         MR. FRASER:  No, we're not.  The only function is

22    under East Orange is the development of that property.

23         MR. KHODOROVSKY:  So, there's no operations going on

24    right now?

25         MR. FRASER:  No operations.  There's nothing.

1          MR. KHODOROVSKY:  Okay.  Who runs the company on a

2     daily basis?

3          MR. FRASER:  Well, there are different parts of the

4     company.  The construction side is run by Mr. Andy Alege.  The

5     finance part is run through Ronald Fraser, which is me, and the

6     maintenance and management of the subcontractors are run

7     through Mr. Andre Juman.

8          MR. KHODOROVSKY:  Okay.  That answers my question.

9     In order to stay in business, does this company use any kind of

10    a license from any authority?

11         MR. FRASER:  No, sir.

12         MR. KHODOROVSKY:  Is there a Certificate of Occupancy

13    on this property in East Orange?

14         MR. FRASER:  No, because the project work is not

15    completed.

16         MR. KHODOROVSKY:  So, right now, is the property

17    presently vacant?

18         MR. FRASER:  It is vacant and partially constructed.

19         MR. KHODOROVSKY:  So, let's talk a little bit about

20    the property itself in more detail, Mr. Fraser.  So, is it an

21    apartment building?

22         MR. FRASER:  Yes, sir.

23         MR. KHODOROVSKY:  How many stories?

24         MR. FRASER:  Five floors.

25         MR. KHODOROVSKY:  And you said how many units?  You

1    said 29 units?

2            MR. FRASER:  29 units, sir.

3            MR. KHODOROVSKY:  Are there any parking spaces that

4    also go with the property?

5            MR. FRASER:  Well, so, there's two complexes.  The

6    property has vacant land which will be providing 45 parking

7    spaces for the property.  But that's separate from the actual

8    address of the property.

9            MR. KHODOROVSKY:  So, the vacant -- so the land for

10   the parking lot, that's a separate lot?

11           MR. FRASER:  Yes.

12           MR. KHODOROVSKY:  Who owns the land for the parking

13   lot?

14           MR. FRASER:  So that's individually owned by Andy

15   Alege.

16           MR. KHODOROVSKY:  So, Mr. Alege personally owns the

17   lot that --

18           MR. FRASER:  Yes.

19           MR. KHODOROVSKY:  -- that's going to be used to build

20   a parking lot?

21           MR. FRASER:  Yes.

22           MR. KHODOROVSKY:  I understand.  Okay.

23           MR. FRASER:  You have to have parking for the

24   building.

25           MR. KHODOROVSKY:  Oh, I understand fully.  Okay.  Let

1    me ask you this question, what is the building zoned for?  In

2    other words, is it zoned purely for residential?  Can it also

3    be commercial?  Can there be a medical office in there or

4    something?

5            MR. FRASER:  No, it's residential zoned.  Multi-

6    family residential zone.

7            MR. KHODOROVSKY:  So, purely residential?

8            MR. FRASER:  Yes.

9            MR. KHODOROVSKY:  I understand.  How -- in terms of

10   the value of the property, I wanted to ask you about the

11   location of the property.  How close is this building to either

12   the East Orange Train Station or the Orange Train Station on

13   the Morris & Essex Line?

14           MR. FRASER:  Less than .5 of a mile, sir.

15           MR. KHODOROVSKY:  From which of the stations that I

16   mentioned?

17           MR. FRASER:  East Orange.

18           MR. KHODOROVSKY:  So, it's less than 0.5 miles from

19   the East Orange Train Station?

20           MR. FRASER:  Yes, sir.

21           MR. KHODOROVSKY:  Thank you.  Just for clarification

22   for the record, I was referring to the East Orange Train

23   Station and the Morris & Essex Line of New Jersey Transit.

24           MR. FRASER:  Yes, sir.

25           MR. KHODOROVSKY:  Okay, so when Fraleg Group bought

1    this building, was the building already vacant?

2         MR. FRASER:  This building was vacant and enclosed

3    for over 30 years.

4         MR. KHODOROVSKY:  So, the building has been vacant

5    for over 30 years, just to be clear?

6         MR. FRASER:  Yes, sir.

7         MR. KHODOROVSKY:  Okay.  And how much did Fraleg

8    Group pay for the building?

9         MR. FRASER:  I paid a total of $3,150,000.

10        MR. KHODOROVSKY:  And when you bought the building,

11   was there a down payment or was it all mortgage?

12        MR. FRASER:  I think it was a down payment of

13   approximately $200-somethng-thousand.  I can remember the exact

14   number, sir.

15        MR. KHODOROVSKY:  Okay, that's fine.  That's helpful.

16   So, what would you say is the current mortgage balance on the

17   building, approximately?

18        MR. FRASER:  $3,150,000.  Well, no.  Let me just

19   repeat.  Sorry about that.

20        MR. KHODOROVSKY:  That's okay.

21        MR. FRASER:  So, the total mortgage on the building

22   is $4,550,000, of which $1,400,000 was held for construction

23   reserve.  So, the note on the building -- well, the loan on the

24   building is $3,150,000.

25        MR. KHODOROVSKY:  I understand.  That's helpful.  Is

1     there currently a management company managing the building?

2              MR. FRASER:  No, sir.

3              MR. KHODOROVSKY:  How much do you think this building

4     is worth now if it were to be sold now?

5              MR. FRASER:  I would say, from this perspective, I

6     would say about $4 million.

7              MR. KHODOROVSKY:  When did you last have this

8     building appraised?

9              MR. FRASER:  2019 and we just got it -- we just paid

10    for an appraisal to be completed by a new company and we are in

11    the process of trying to get mortgage.  So, I don't have the

12    final numbers yet.

13             MR. KHODOROVSKY:  So, you think --

14             MR. FRASER:  I've been speaking of the

15    (indiscernible), sir.

16             MR. KHODOROVSKY:  I understand.  So, you expect to

17    have a new appraisal later this year?

18             MR. FRASER:  Yes.

19             MR. KHODOROVSKY:  Thank you.  That's helpful.  As we

20    sit here this morning, Mr. Fraser, are there currently any

21    violations on the property, like fire code violations,

22    environmental violations?

23             MR. FRASER:  Zero.  There's no violations, sir.

24             MR. KHODOROVSKY:  And the building is completely

25    vacant?

1      MR. FRASER:  It is completely vacant.  If I may, can

2   I give you a description of the property so we can have a clear

3   idea?

4      MR. KHODOROVSKY:  No, it's okay.  I think -- I think

5   I understand.  What you told me already is already very

6   helpful.  If I need additional information, I will ask you.

7   Thank you, Mr. Fraser.  I'm very grateful.  So, other than the

8   building --

9      MR. FRASER:  Could you repeat, sorry?

10      MR. KHODOROVSKY:  Sure, sure.  I apologize.  Other

11   than the building, does this company have any other assets?

12      MR. FRASER:  No.

13      MR. KHODOROVSKY:  Now, let's go back to the mortgage,

14   has anybody personally guaranteed the mortgage?

15      MR. FRASER:  Yes.

16      MR. KHODOROVSKY:  Who did?

17      MR. FRASER:  Alege.

18      MR. KHODOROVSKY:  Mr. Hemmings, this next question is

19   not for Mr. Fraser, it's for you, Mr. Hemmings.  Mr. Hemmings,

20   did you file -- I'm still looking in the Schedules.  Did you

21   file Schedule H, H as in Herbert?  I found it.  I found it.  I

22   apologize.  So, I'm going to ask you, Mr. Hemmings to amend

23   Schedule H as in Herbert, to list Mr. Alege as a Co-Debtor

24   since he's personally guaranteed the mortgage.

25      MR. HEMMINGS:  Yes.  I'll amend Schedule H.

1          MR. KHODOROVSKY:  So, I'm going to ask that you amend

2    Schedule H as in Harold by the 25th of October, 2021, which is

3    10 days from today.

4          MR. HEMMINGS:  Mm hm, yes.

5          MR. KHODOROVSKY:  Specifically, to add Mr. Alege as

6    the -- as a Co-Debtor.

7          MR. HEMMINGS:  Yes.  Yes, sir.

8          MR. KHODOROVSKY:  Okay.  Let me ask you this

9    question, Mr. Fraser, to the best of your knowledge, is Mr.

10   Alege planning to file personal bankruptcy?  If you know.

11         MR. FRASER:  No, sir.  No.

12         MR. KHODOROVSKY:  Okay.  Let's move on.  So, when

13   would you expect that this company will complete construction

14   at the site?

15         MR. FRASER:  If we got the remaining parts that is

16   needed to close the project, it can be completed in a 6-8 month

17   period.

18         MR. KHODOROVSKY:  So, you don't expect this company

19   to earn money in the next 6-8 months?

20         MR. FRASER:  It's not -- we do not expect it to earn,

21   but we expect it to get a loan completed.

22         MR. KHODOROVSKY:  I understand.

23         MR. FRASER:  Because we need -- yes.

24         MR. KHODOROVSKY:  I understand.  Okay, let me move

25   on.  Is Fraleg Group currently leasing anything from anyone,

1    like leasing any cars, leasing any equipment or leasing any

2    real property?

3              MR. FRASER:  No, sir.

4              MR. KHODOROVSKY:  Does Fraleg Group have any

5    employment agreements with anybody?

6              MR. FRASER:  No, sir.

7              MR. KHODOROVSKY:  Is it party to any union contract

8    or union collective bargaining agreements?

9              MR. FRASER:  No, sir.

10             MR. KHODOROVSKY:  Last year, in 2020, did Fraleg

11   Group have a profit or a loss?

12             MR. FRASER:  A loss, sir.

13             MR. KHODOROVSKY:  What about 2019, was there a profit

14   or a loss?

15             MR. FRASER:  Loss because it's a development project.

16             MR. KHODOROVSKY:  I understand.  Has Fraleg Group

17   filed its 2020 federal tax return?

18             MR. FRASER:  My accountant, I think, just completed

19   the taxes to be filed.

20             MR. HEMMINGS:  Yes, (indiscernible), sir?

21             MR. KHODOROVSKY:  Yes.

22             MR. HEMMINGS:  I just sent it over to your office, to

23   you and to the IRS by email, so --

24             MR. KHODOROVSKY:  I have it.

25             MR. HEMMINGS:  -- I'm not sure if you're aware.

Page 30

1          MR. KHODOROVSKY:  I have it.  I have the 2020 return.

2   I have it.

3          MR. HEMMINGS:  Okay, sir.

4          MR. KHODOROVSKY:  Mr. Fraser, was the 2019 tax return

5   filed?

6          MR. FRASER:  Yes, sir.

7          MR. KHODOROVSKY:  Okay.  Thank you.  Mr. Fraser, are

8   you at all thinking of selling this building to anybody?

9          MR. FRASER:  No, sir.

10         MR. KHODOROVSKY:  Since the first of January, 2021

11  until today, did this company, Fraleg Group, transfer any of

12  its assets to any other business or any other person?

13         MR. FRASER:  No, sir.

14         MR. KHODOROVSKY:  Since Fraleg Group filed for

15  bankruptcy on September 14th this year, did it pay back any

16  creditors?

17         MR. FRASER:  No, sir.

18         MR. KHODOROVSKY:  Does Fraleg Group, Inc., Mr.

19  Fraser, owe you personally money?

20         MR. FRASER:  No, sir.

21         MR. KHODOROVSKY:  In 2021, have you, Mr. Fraser,

22  personally, you personally, received any money for anything or

23  any reason from Fraleg Group?

24         MR. FRASER:  Yes.  Yes, sir.

25         MR. KHODOROVSKY:  What did you get?

1          MR. FRASER:  For my services, I did get funds that

2     came to me.

3          MR. KHODOROVSKY:  How much did you get from the

4     company in 2021?

5          MR. FRASER:  I cannot explain that to you because the

6     salary -- the deposit came to me was strictly to pay for the

7     people that was involved in finalizing the process that was

8     there because of the lack of funds we had.

9          MR. KHODOROVSKY:  I understand.  All I'm asking is --

10    I don't need to know the precise purpose of it.  What I'm

11    asking is, is --

12         MR. FRASER:  So, sir, I cannot tell you -- no, I

13    cannot tell you off the top of my head.

14         MR. KHODOROVSKY:  Okay, so let's -- let's, sort of,

15    try to estimate it without giving the exact numbers.  How about

16    we do it this way, did you get more than $1,000?

17         MR. FRASER:  Yes.

18         MR. KHODOROVSKY:  Did you get more than $10,000?

19         MR. FRASER:  Yes, sir.

20         MR. KHODOROVSKY:  Did you get more than $100,000?

21         MR. FRASER:  I would say between a ballpark of

22    between, I would say $35,000 and $100,000.

23         MR. KHODOROVSKY:  Okay, that is very helpful.  Thank

24    you.  So -- so, Mr. Hemmings?

25         MR. HEMMINGS:  Yes, sir?

1              MR. KHODOROVSKY:  So, I'm going to ask you to amend

2     Question 3-0 on the Statement of Financial -- of the Statement

3     of Financial Affairs, Question 3-0, Question 30.  Because in

4     that question, you have to disclose, not you personally, but

5     the company has to disclose any money that any of its insiders

6     got within the year before the filing for bankruptcy, for

7     whatever reason.  So, I'm going to ask.

8              MR. HEMMINGS:  All right, so --

9              MR. KHODOROVSKY:  So, I'm going to ask that by the

10    25th of October, 2021, you amend Question 3-0 on the Statement

11    of Financial Affairs to disclose the payments made to Mr.

12    Fraser that he just testified to.

13             MR. HEMMINGS:  Okay, sir.

14             MR. KHODOROVSKY:  Thank you.

15             MR. HEMMINGS:  You're welcome.

16             MR. KHODOROVSKY:  Mr. Fraser, Mr. Fraser --

17             MR. FRASER:  Yes, sir.

18             MR. KHODOROVSKY:  Does anyone owe money to Fraleg

19    Group?

20             MR. FRASER:  No, sir.  Well, can I -- cam I -- yes.

21             MR. KHODOROVSKY:  Go ahead.

22             MR. FRASER:  We have an outstanding $1.4 million in

23    interest reserve held by the bank.  So, that's the only company

24    that owes funds.

25             MR. KHODOROVSKY:  When you say, "the bank", though,

1    you're referring to Mr. Ferguson's client?

2              MR. FRASER:  Yes, sir.

3              MR. KHODOROVSKY:  So, you believe that Mr. Ferguson's

4    client owes you $1.4 million?

5              MR. FRASER:  Yes, that was construction withdrawals,

6    the construction reserve held back.  That was never --

7              MR. KHODOROVSKY:  Was never funded?

8              MR. FRASER:  -- released to us.

9              MR. KHODOROVSKY:  Was never funded?

10             MR. FRASER:  It was never released to us, sir.

11             MR. KHODOROVSKY:  I understand.  And you believe that

12   the company is entitled to have it be released to them?

13             MR. FRASER:  Yes, sir.

14             MR. KHODOROVSKY:  I understand.  Okay.  So, Mr.

15   Hemmings?

16             MR. HEMMINGS:  Yes, sir.

17             MR. KHODOROVSKY:  So, what you're going to need to do

18   is, you're going to need to amend Schedule A/B to disclose --

19   and you can disclose it whenever or wherever, that the company

20   believes that there's funds that it's entitled to.  It needs to

21   be disclosed.  It's Schedule A/B, somewhere.  Okay?

22             MR. HEMMINGS:  Yes, sir.

23             MR. KHODOROVSKY:  It can be -- just, it can be

24   Question -- it could be Question 77, it could be Question 75.

25   It can fit into many categories, but I'm just going to ask that

1    Schedule A/B be amended by the 25th of October, to disclose

2    this $1.4 million.

3              MR. HEMMINGS:  Okay.

4              MR. KHODOROVSKY:  And again, you just need to

5    disclose that the company claims it has it.  Whether the

6    company gets it or doesn't get it is a different story, but if

7    it believes that it's owed some money by somebody, that needs

8    to be disclosed.

9              MR. HEMMINGS:  Understood.

10             MR. KHODOROVSKY:  Thank you.  Mr. Hemmings, I'm

11   grateful.  Thank you so much.

12             MR. HEMMINGS:  You're welcome, sir.

13             MR. KHODOROVSKY:  Mr. Fraser, in 2021, did Fraleg

14   Group give anybody any bonuses or dividends?

15             MR. FRASER:  No, sir.

16             MR. KHODOROVSKY:  Mr. Fraser, as we sit here this

17   morning, is Fraleg Group currently subject to any pending audit

18   or investigation by any governmental agency?

19             MR. FRASER:  No, sir.

20             MR. KHODOROVSKY:  Mr. Fraser, as we're sitting here

21   this morning, are you personally subject to any audit or

22   investigation by any governmental agency?

23             MR. FRASER:  No, sir.

24             MR. KHODOROVSKY:  In the last five years, has Fraleg

25   Group been subject to any audit or investigation by any

1    governmental agency?

2           MR. FRASER:  No, sir.

3           MR. KHODOROVSKY:  Mr. Fraser, in the last five years,

4    have you personally been subject to any audit or investigation

5    in any -- by any governmental agency?

6           MR. FRASER:  No, sir.

7           MR. KHODOROVSKY:  Thank you.  The next question is

8    not for you, it's for Mr. Hemmings.  Mr. Hemmings?

9           MR. HEMMINGS:  Yes, sir.

10          MR. KHODOROVSKY:  Is Fraleg Group currently suing

11   anybody in court or planning to sue anybody as a plaintiff?

12          MR. HEMMINGS:  No, sir.  No, sir, not to my

13   knowledge.

14          MR. KHODOROVSKY:  Thank you.  Thank you for this

15   information.  Mr. Fraser, I wanted to ask you, is the property

16   currently in foreclosure?

17          MR. FRASER:  Yes, sir.

18          MR. KHODOROVSKY:  So, let me ask you this question,

19   Mr. Fraser, from a business standpoint, what does this company

20   need to do to deal with this foreclosure situation?

21          MR. FRASER:  Refinance the existing mortgage, pay the

22   existing mortgage off and wire the funds needed to finish the

23   project (indiscernible).

24          MR. KHODOROVSKY:  I understand.  So, refinance the

25   mortgage and get funds needed to finish the construction?

1               MR. FRASER:  Yes, sir.

2               MR. KHODOROVSKY:  I understand.  So, let me give you

3       a word of caution.  If the company is going to be refinancing

4       or if it's going to be borrowing money from anybody, from you,

5       from any of your business partners, from any bank, credit

6       union, non-profit, government agency, anywhere, the company

7       cannot borrow any money, refinance the property without court

8       approval.  So, if there's any --

9               MR. FRASER:  Yes, sir.

10              MR. KHODOROVSKY:  -- proposal for refinancing or

11      borrowing, you need to let Mr. Hemmings know as soon as you can

12      so he can file an appropriate motion with the court to get this

13      financing approved.  Do you understand that?

14              MR. FRASER:  Yes, sir.

15              MR. KHODOROVSKY:  How soon do you expect that this

16      company will be able to get a refinancing?

17              MR. FRASER:  I would say, because of COVID-19,

18      everything has taken quite a bit, while.  It's going to take us

19      at least, I would say 4-5 months to process because it just --

20      everything is just moving slowly, sir.

21              MR. KHODOROVSKY:  I understand.  Now, let me ask you

22      this question, did the company receive any PPP loans?

23              MR. FRASER:  Yes, we did, sir.

24              MR. KHODOROVSKY:  When, last year or this year?

25              MR. FRASER:  Last year.

1            MR. KHODOROVSKY:  And how much did the company get?

2            MR. FRASER:  I think it was $500-something thousand.

3            MR. KHODOROVSKY:  And was that repaid or was that

4    forgiven?

5            MR. FRASER:  It's not forgiven, and we've submitted

6    our application and we're waiting for that process to be

7    completed.

8            MR. KHODOROVSKY:  So, you applied for forgiveness?

9            MR. FRASER:  Yes, sir.

10           MR. KHODOROVSKY:  I understand.  Okay.  So, Mr.

11   Hemmings?

12           MR. HEMMINGS:  Yes, sir.

13           MR. KHODOROVSKY:  So, what you're going to need to do

14   is, because, as you just heard Mr. Fraser, you know that the

15   PPP loan hasn't been forgiven, so you're going to need to --

16           MR. HEMMINGS:  Yes.

17           MR. KHODOROVSKY:  -- list the Small Business

18   Administration as a creditor, so they can get notices.  Because

19   I'm looking at the Schedules, I'm not seeing them as a

20   creditor.  You need to list them somewhere, so they get a

21   notice.  Okay?

22           MR. HEMMINGS:  You said it is a creditor.  Okay, yes,

23   sir.

24           MR. KHODOROVSKY:  So, I'm going to request that

25   either Schedule D or E or F, whichever one you think works, be

1   amended by the 25th of October, 2021, to list the SBA, the

2   Small Business Administration, as a creditor.

3                MR. HEMMINGS:  Okay.

4                MR. KHODOROVSKY:  So that they know, you know, about

5   the company's bankruptcy given the situation.  Okay?

6                MR. HEMMINGS:  Yes, sir.

7                MR. KHODOROVSKY:  Okay, very good.  Let's move on.

8   Mr. Hemmings -- I'm sorry, not Mr. Hemmings, Mr. Fraser, the

9   next question is for you.  Mr. Fraser, in the next, say, 60

10  days, does the company plan to hire any employees?

11               MR. FRASER:  Only if we can acquire money to continue

12  the project, sir.

13               MR. HEMMINGS:  So, sir?

14               MR. KHODOROVSKY:  Yes, go ahead, Mr. Hemmings.

15               MR. HEMMINGS:  I do not like to interject and to

16  point out for Mr. Fraser before he answers this question.

17  There's a difference between your employee with regard to

18  paying wages and benefits as opposed to somebody who's going to

19  just be working and a contractor or an employee of a contract.

20  1099 versus W2, okay?  So, I'm not sure -- so I just need you

21  to be aware of it and not tell you that they're going to have

22  an employee or not.  Just be aware that there's a difference --

23               MR. KHODOROVSKY:  Okay.

24               MR. HEMMINGS:  -- of this.  Thank you, sir.

25               MR. FRASER:  Can you repeat the question, please?

1          MR. KHODOROVSKY:  I think you answered.  I was asking

2     if the company was planning to hire any employees in the next

3     60 days.

4          MR. FRASER:  Okay.

5          MR. KHODOROVSKY:  Let me move on.  So, right now, as

6     I understand from what you testified before, Mr. Fraser, right

7     now the company is being managed by yourself, by Mr. Juman and

8     then Mr. Alege, right?

9          MR. FRASER:  Yes, sir.

10          MR. KHODOROVSKY:  And do you expect to continue to do

11     so without salary in the next 60 days?

12          MR. FRASER:  Yes, sir.

13          MR. KHODOROVSKY:  Say, in the next 3-6 months, do you

14     think of hiring somebody to manage the company instead of you?

15          MR. FRASER:  Yes, sir.

16          MR. KHODOROVSKY:  So, you think you may hire somebody

17     to manage the company?

18          MR. FRASER:  Yes, sir.

19          MR. KHODOROVSKY:  Like a professional manager or CEO

20     or CFO, somebody like that?

21          MR. FRASER:  Well, to manage the company, yes.  We

22     have someone in mind.

23          MR. KHODOROVSKY:  Okay.  So, if you're going to hire

24     somebody to manage the company, like, as a CRO, Chief

25     Restructuring Officer or as a President or somebody subject to

1    an employment agreement, I'm just going to give you a word of

2    caution.  You cannot hire this person or persons without court

3    approval.  So, in other words --

4              MR. FRASER:  Yes, sir.

5              MR. KHODOROVSKY:  -- if you decide, okay, so here's

6    this lady or this gentleman or this other person you want to

7    hire to run the company instead of you, you need to let Mr.

8    Hemmings know so he can file a motion with the court.  Do you

9    understand that?

10             MR. FRASER:  Yes, sir.

11             MR. KHODOROVSKY:  Okay.  Very good.  So, I'm almost

12   done with questions for you, Mr. Fraser.  What I'm going to do

13   right now is, I have a couple of questions for Mr. Hemmings and

14   then I'm going to give you instructions.  Okay?

15             MR. FRASER:  Yes, sir.

16             MR. KHODOROVSKY:  So, Mr. Fraser, are there any

17   additional professionals like -- I'm sorry, Mr. Hemmings, next

18   question is for Mr. Hemmings.  Mr. Hemmings, are there any

19   additional professionals -- so you're going to be filing your

20   retention application.  Are there going to be any additional

21   professionals, like special counsel or an accountant or a

22   financial advisor this company would need to hire?

23             MR. HEMMINGS:  To the best of my knowledge, right at

24   this moment, no sir.  No, sir.

25             MR. KHODOROVSKY:  Okay.  Okay, so let me just say

1    this.  Because I know Mr. Fraser previously mentioned getting

2    an appraisal.  If the company is going to hire --

3              MR. HEMMINGS:  Is that included?

4              MR. KHODOROVSKY:  Yeah, so if the company is going to

5    hire an appraiser to appraise the building, appraiser needs to

6    be retained by court order.

7              MR. HEMMINGS:  Okay, no problem.  May I ask you a

8    question?  (indiscernible) if this was done prior to the

9    bankruptcy?

10             MR. KHODOROVSKY:  Well, if the appraiser is going to

11   be paid after the bankruptcy, he will --

12             MR. HEMMINGS:  No, no, no.  This was done prior -- I

13   think this was done prior, I just need to double check with the

14   bank.  This was done prior.  I think two months ago, this

15   company who we're trying to -- we were working out -- out prior

16   to the bankruptcy.  We're trying to get funding from this

17   company to satisfy the lender and the request for bankruptcy

18   was completed, but -- not, sorry, request for an appraisal was

19   completed, but the process is taking quite a while.  But I

20   think this person was already paid, the company.

21             MR. KHODOROVSKY:  So, so here's -- let me explain.

22   So, if this person or persons, the appraiser, hasn't yet been

23   paid, then she or he would need to get retained and get court

24   approval to be paid.  If they were already paid -- if they were

25   already paid before the bankruptcy filing, then no.  But --

1          MR. HEMMINGS:  Okay.

2          MR. KHODOROVSKY:  But if they're still owed anything

3     from before the bankruptcy they need to get paid for after,

4     then they cannot be paid at all after the bankruptcy without

5     court approval.

6          MR. HEMMINGS:  Yes, sir.

7          MR. KHODOROVSKY:  Okay, so that's the story.  So,

8     post -- anything for post the bankruptcy filing for the

9     appraiser has to be with court approval.  If there were

10    payments before, that's a different story.  Okay, let me move

11    on.  Mr. Hemmings, next question is also for you, Mr. Hemmings.

12         MR. HEMMINGS:  Okay, I'm following this.

13         MR. KHODOROVSKY:  When would you expect this company

14    to file its Chapter 11 Bankruptcy Plan?  In other words, in the

15    next 30 days, 60 days, 90 days, a year, two years?  How soon?

16         MR. HEMMINGS:  I'd say in the next 90 days.

17         MR. KHODOROVSKY:  Okay.  Thank you.  I really

18    appreciate it, Mr. Hemmings.  Thank you.  So, what I'm going to

19    do right now, Mr. Fraser, is, I'm just going to give you some

20    instructions, go over deadlines and I'll turn the floor over to

21    Creditors, okay?

22         MR. FRASER:  Thank you, sir.

23         MR. KHODOROVSKY:  So, Mr. Fraser, let me give you

24    instruction, in addition to what I've already said before.  So,

25    each and every month while this company is in bankruptcy, is

1    going to need to file what are known as monthly operating

2    reports.  Whether the company is operating or not operating,

3    making money, not making money, it is going to need to file its

4    monthly operating reports.  And these operating reports must

5    comply with the United States Trustee guidelines.  Those

6    guidelines are available on-line.  A copy of those were

7    provided to Mr. Hemmings.  But those reports need to be filed.

8    Also, each and every quarter while this company is in Chapter

9    11 bankruptcy, it's going to get a bill.  It's going to get a

10   bill from the United States Trustee for what are known as

11   United States Trustee quarterly fees.  So, these bills are

12   going to come in every quarter.  If these bills are not paid on

13   time, there's going to be interest assessed if the quarterly

14   fee bills are not paid to the U.S. Trustee.  Mr. Fraser, do you

15   understand these requirements that I have just given you?

16           MR. FRASER:  Yes, sir.

17           MR. KHODOROVSKY:  Do you understand that if these

18   quarterly fees and interest are not paid on time, or if the

19   operating reports are not filed on time, that my client, the

20   United States Trustee may ask the Bankruptcy Court to either

21   have this case be completely dismissed or to have it be

22   converted to a case under Chapter 7 liquidation.  Do you

23   understand that?

24           MR. FRASER:  Yes, sir.

25           MR. KHODOROVSKY:  Thank you.  So, what I'm going to

1   do right now is, I'm going to go over the information I have

2   requested and the deadlines for providing it.  The deadlines

3   are all the same, the 25th of October, 2021.  So, here's what

4   I'm asking for: (1) the Proof of Renewal or rather, the Proof

5   of Insurance for the property, that's due by the 25th of

6   October.  Also, by the 25th of October, please amend Question

7   28, 2-8 of the Statement of Financial Affairs to outline the

8   exact percentage ownership by all three principals of this

9   company.  Next, please amend Schedule H as in Harold by the

10  25th of October, to disclose the Co-Debtor, Mr. Alege, on the

11  mortgage.  Also, by the 25th of October, please amend Question

12  3-0 of the Statement of Financial Affairs Question 30 to

13  disclose the money -- any money that the company, in 2021 paid

14  to Mr. Fraser.  Finally, by October 25, 2021, also, please

15  amend Schedule A/B to disclose that the company may potentially

16  be entitled in $1.4 million in interest reserves.  Also,

17  please, by the 25th of October, 2021, either amend Schedule D,

18  E or F to list the Small Business Administration, the SBA, as a

19  creditor.  That's also due by the 25th of October, 2021.

20          Okay, so the United States Trustee has completed

21  questions of this Debtor at the present time.  Are there any

22  creditors present who have questions?

23          MR. FERGUSON:  Yes, this is David Ferguson with the

24  Polsinelli Law Firm and I'm attending on behalf of the Secured

25  Creditor, the Creditor with the mortgage on the property, and I

1    have just a few questions.

2            MR. KHODOROVSKY:  Mr. Ferguson, you may proceed.

3            MR. FERGUSON:  Mr. Fraser, good morning or well,

4    we're close to mid-afternoon.  First, I have just a very few

5    questions about the topic of why the company is in bankruptcy.

6    So, let me start -- I want to make sure I understand.  The

7    property is partially renovated at this point?

8            MR. FRASER:  Yes, sir.

9            MR. FERGUSON:  Okay.  How many of the 29 units have

10   been renovated?

11           MR. FRASER:  Well, this is a (indiscernible) budget

12   and we started from the (indiscernible).  So, what we have

13   right now, it's about 60 percent of the work has been completed

14   for the entire property.  There's new framing for the entire

15   building and new electrical throughout the entire building.

16   There are new staircases throughout the entire building.

17   There's a new sprinkler system.  All the amenities that needs

18   to be in subject to inspection from the City of East Orange.

19   So -- and there was an inspection that was completed by your

20   bank, which depicts the exact amount of work that was done or

21   the percentage of the work that was done.

22           MR. FERGUSON:  Very good, Mr. Fraser.  Thank you.

23   That was helpful.  I appreciate it.  How much money has been

24   spent so far for the renovation work, approximately?

25           MR. FRASER:  Well, we have spent well over $1.3

1  million of our own money because these are the rules that we

2  had to first pay the million out prior to have -- you know,

3  subject to having coverage from the draws.  So, the full

4  construction cost was $2.4 million where we had to spend $1

5  million first and then the $1.4 million was going to kick in

6  thereafter.

7          MR. FERGUSON:  Thank you.  So, the renovation work

8  has stopped and is not ongoing.  Is that correct?

9          MR. FRASER:  Yes, sir.

10          MR. FERGUSON:  And when did the renovation work stop?

11          MR. FRASER:  The renovation work stopped, I would

12  say, March/April of 2020.

13          MR. FERGUSON:  And why did the renovation work stop?

14          MR. FRASER:  There was no money.  We had spent the

15  money that we personally had, and, you know, we could not get a

16  draw because the inspection came out, I think, in the month of

17  November or December and stated that we had already spent about

18  $960,000, so we fell short of the $40,000 even though there

19  were, you know, materials being propagated to be installed.

20          MR. FERGUSON:  Okay.  Very good.  Now, Mr. Fraser, I

21  want to switch up here and ask questions about a different

22  topic, which is the topic of how the company plans to get out

23  of bankruptcy, okay.  And I'm going to go through and I'm going

24  to try to not re-ask of the questions that have already been

25  asked.  Is there -- is the property secured right now?  And

1    what I mean by that, is there a security company that monitors

2    the property?

3              MR. FRASER:  No, there's no need for that.  We have a

4    security fence, with security measures in place around the

5    property.  We have a security fence.

6              MR. FERGUSON:  And have -- since when was the

7    security fence put up?

8              MR. FRASER:  Subject to construction, development of

9    the building.

10             MR. FERGUSON:  So, in 2019 some time?

11             MR. FRASER:  Yes.

12             MR. FERGUSON:  And is any part of the property -- can

13   any part of the property be rented in its current condition?

14             MR. FRASER:  No, sir.  It's not completed.

15             MR. FERGUSON:  And how might will the -- what's --

16   strike that.  What do you expect the remaining amount that it

17   will cost to finish the renovations?

18             MR. FRASER:  Well, prior to COVID-19, we had roughly

19   about $21.5 million.  Now before the virus complete its ending,

20   material costs went up.  We have an estimate of about $1.9

21   million to finish the project based on the inflation of the

22   materials in today's market.

23             MR. FERGUSON:  And how does the company plan to get

24   the money that's needed to finish the renovations at the

25   property?

1          MR. FRASER:  Well, prior to filing bankruptcy, we

2     were working with two different banks who was trying to secure

3     funding for us.  One of the issues we had is that we could not

4     reach a compromise payoff because of the pandemic, we could not

5     get a discount payoff from you guys, which allows to fit within

6     the criteria to complete the mortgage.

7          MR. FERGUSON:  And is the company continuing to work

8     with those two banks now?

9          MR. FRASER:  Well, we put everything on hold, like I

10    said.  We requested -- the bank has requested us to pay for

11    appraisal, which I think we did.  I just have to follow up with

12    that.  And, you know, we were waiting and since, you know, you

13    receive adjustment and you receive adjustment and

14    (indiscernible), you know, we was talking on that.

15         MR. FERGUSON:  Okay.  So, are there any lenders that

16    the company has talked with after the bankruptcy filing

17    concerning obtaining financing for the renovations?

18         MR. FRASER:  Well, we had told you we filed

19    bankruptcy because, you know, we couldn't have closed in the

20    timeframe which was required.  So, you know, as of today, you

21    know, everything has been put on hold.

22         MR. FERGUSON:  Is there a written budget for the

23    remaining renovation work?

24         MR. FRASER:  Yes, we have -- I've completed what was

25    required to be a completed.  Yes, we do have that.

1           MR. FERGUSON:  And the actual work of renovating the

2   property will be done by contractors?

3           MR. FRASER:  Yes, sir.

4           MR. FERGUSON:  Okay.  And at the time that the

5   company filed bankruptcy, did it owe any money to any of the

6   contractors that had completed any of the renovation work

7   before the bankruptcy was filed?

8           MR. FRASER:  No, we don't want anyone because we were

9   to use funds that were received to pay our contractors off

10   (indiscernible).

11          MR. FERGUSON:  Thank you.  Does the company have a

12   contract or more than one contract with any contractor to

13   complete the renovations after the bankruptcy?

14          MR. FRASER:  So, at this point, you know, everything

15   came to an end, so we had to interview new people because of

16   COVID-19, work was stopped for quite a while, over a year.  So,

17   we had to interview new folks because the price point of things

18   has changed, and you cannot hold people to their contracts.

19          MR. FERGUSON:  Okay, thank you.  Now I want to ask

20   about this topic, you had mentioned the building needing to

21   have parking and that there is an empty lot.  Is the empty lot

22   near the building?

23          MR. FRASER:  Yes, sir.

24          MR. FERGUSON:  Okay.  And did Fraleg Group ever own

25   that empty lot?

1          MR. FRASER:  So, that was a separate transaction.  It

2     was owned by two different individuals.  We purchased that so

3     that our building can have better amenity.

4          MR. FERGUSON:  Okay.

5          MR. FRASER:  Parking was a plus.

6          MR. FERGUSON:  I think I understand what you are

7     saying.  My question is, did Fraleg Group, the company, did it

8     ever own that empty lot?

9          MR. FRASER:  No, no.  Fraleg Group never owned that.

10    Fraleg Group was formed solely to purchase 112 North Walnut,

11    sir.

12         MR. FERGUSON:  Okay.  And are there any agreements

13    between the company and Mr. Alege regarding use of that

14    property for parking?

15         MR. FRASER:  That's internal.  It's internal.

16         MR. FERGUSON:  Tell me what that internal agreement

17    is.

18         MR. FRASER:  We use the lot to provide amenities for

19    the building and also for the neighbors.  Community we can rent

20    and respond to individuals even if they're not living there.

21         MR. FERGUSON:  Okay.  Is there an agreement regarding

22    the price, if any, for the company to have access to the

23    parking lot property?

24         MR. FRASER:  No, sir.

25         MR. FERGUSON:  Thank you, Mr. Fraser.  Those are all

1    of my questions for now.  I appreciate it.

2                MR. FRASER:  Okay.

3                MR. FERGUSON:  Thank you.

4                MR. KHODOROVSKY:  Thank you.  This is, again, Nazar

5    Khodorovsky for the U.S. Trustee.  I wanted to ask you, Mr.

6    Ferguson, do you have any additional questions for Mr. Fraser

7    at this time?

8                MR. FERGUSON:  This is Mr. Ferguson.  I do not.

9                MR. KHODOROVSKY:  Okay.  Thank you, Mr. Ferguson.

10    This is Nazar Khodorovsky, again, for the U.S. Trustee.  So,

11    what I -- I just checked my email.  I still have not received

12    the Proof of Renewal of the insurance.  So, what I'm going to -

13    -

14                MR. HEMMINGS:  Do you want my email, Mr. --

15                MR. FRASER:  Yes.

16                MR. KHODOROVSKY:  I'm sorry, Mr. Hemmings?

17                MR. HEMMINGS:  (indiscernible).

18                MR. KHODOROVSKY:  Okay.  So, I don't have the Proof

19    of Renewal yet.  So, because I don't have --

20                MR. HEMMINGS:  I have it.

21                MR. KHODOROVSKY:  So, what I'm going to do is, I'm

22    going to adjourn this for a holding date.  What I mean I'm

23    adjourning it for a holding date means that I'm adjourning it,

24    but if you don't provide us the documents, this will probably

25    not need to take place.  Okay?  So, what I'd like to do is,

1      right now, is talk through with everyone what this holding date

2      is going to be, so that it's consensual.  So, today is the 15th

3      of October.  So, I was thinking of a holding date some time in

4      November, like November 15th at, say, 1 p.m.  Remember, it's a

5      holding date.  Does anybody have issues with the 15th of

6      November at 1 p.m.?

7              MR. HEMMINGS:  No, sir.

8              MR. FERGUSON:  This is David Ferguson.  That is okay

9      with me and clear.  That's fine.

10             MR. KHODOROVSKY:  November -- so, I'm going to

11     adjourn this -- so, I'm going to adjourn this to the 15th of

12     November, 2021 at 1 p.m. as a holding date pending the Receipt

13     of Insurance -- Proof of Insurance.

14             MR. HEMMINGS:  And once submitted to you, sir?

15             MR. KHODOROVSKY:  So, once it's submitted -- once

16     it's submitted, I'm going to reach out to the parties, to all

17     parties who appeared today, to see if, for some reason, they

18     would still want this to take place on the 15th and if parties

19     do want this to take place, I'll go forward, but if the parties

20     don't want it to take place, then it will not go forward.  I'll

21     reach out to people, to folks, by the 15th because, I repeat,

22     it's a holding date, it's not a date for it to go forward.  So,

23     the holding date is the 15th of November, 2021 at 1 p.m. and

24     what I am going to do is, after we are done today, is I'm going

25     to file a Notice of Adjournment on the docket.  I will file it.

```
 1    Nobody else needs to do it.  I will take care of that myself.

 2              Before we finish for today, I wanted to ask if

 3    anybody needs me right now to repeat the instructions for

 4    getting a copy of the recording of today's proceedings.

 5              MR. HEMMINGS:  Yes, sir.  Francis Hemmings.  Can you

 6    please repeat it?

 7              MR. KHODOROVSKY:  You need me to repeat it?

 8              MR. HEMMINGS:  Yes, please.

 9              MR. KHODOROVSKY:  Okay, no problem.  So, as I said

10    before we went on the record, to get a copy -- so the U.S.

11    Trustee does not provide transcripts of these proceedings.

12    What we do is, this is recorded into an mp3 file format, and

13    you can get a copy of it.  To get a copy, you need to send an

14    email with today's date, case name, case number, to Ms. Janease

15    Clark at my office.  Her email address is: janease, J-A-N-E-A-

16    S-E.C-L-A-R-K-E@usdoj.gov, janease.clarke -- Clarke with an E

17    @usdoj.gov.  And then she'll be able to send you an mp3 file

18    copy of this recording and you can get your own transcript.

19    Okay, Mr. Hemmings, does that answer your question?

20              MR. HEMMINGS:  That's totally answering my question.

21              MR. KHODOROVSKY:  Excellent, excellent.  And when you

22    email Ms. Clarke, please make sure to cc me.  Okay?

23              MR. HEMMINGS:  Will do that.  Will do, sir.

24              MR. KHODOROVSKY:  Okay.  Very good.  Very good.  With

25    that in mind, we are adjourned until the 15th of November, 2021
```

1    at 1 p.m. for a holding date.  I repeat we're adjourned until

2    the 15th of November, 2021, a holding date, a holding date.

3    Mr. Fraser, thank you for coming.  Good luck to you.  Mr.

4    Hemmings, Mr. Ferguson, thank you everyone for your time.  Stay

5    safe, stay healthy, stay well everybody.  We're off the record

6    at 12:09 p.m. on the 15th of October, 2021.  We're now off the

7    record.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 55

1                  C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  November 4, 2021

| & | | | |
|---|---|---|---|

**&**

**&** 2:10 24:13,23

**0**

**0.5** 24:18

**1**

**1** 44:4 46:4 52:4,6
52:12,23 54:1
**1,000** 31:16
**1,400,000** 25:22
**1-21-42322** 1:3
**1-3** 15:10,12
**1-4-0** 20:5,6
**1-5** 14:1
**1.3** 45:25
**1.4** 32:22 33:4
34:2 44:16 46:5
**1.9** 47:20
**10** 8:5 10:10 16:15
16:25 28:3
**10,000** 31:18
**10/25/21** 16:14
**100,000** 31:20,22
**10005** 6:16
**10014** 2:6
**1099** 38:20
**1099s** 18:22
**10:53** 1:17 4:5,5
**11** 8:9 42:14 43:9
**112** 50:10
**11201** 1:15
**11213** 2:20 10:21
**11413** 2:13
**11501** 55:23
**12:09** 54:6
**13** 8:9,10,12 15:10
15:11
**140** 20:4,11
**14th** 21:12 30:15
**15** 1:16 13:25
16:21
**15th** 4:3,4,5 9:14
10:9 52:2,4,5,11

52:18,21,23 53:25
54:2,6
**19** 36:17 47:18
49:16

**2**

**2-3** 5:25
**2-8** 44:7
**2.4** 46:4
**200** 25:13
**2007** 8:3
**201** 2:5
**2018** 11:20 12:2,3
14:11
**2019** 21:18 26:9
29:13 30:4 47:10
**2020** 17:8,10,13
29:10,17 30:1
46:12
**2021** 1:16 4:3,4,6
9:12,14 28:2
30:10,21 31:4
32:10 34:13 38:1
44:3,13,14,17,19
52:12,23 53:25
54:2,6 55:25
**21-42322** 4:7
**21.5** 47:19
**228-18** 2:12
**23** 5:24 9:12 12:12
**25** 16:21 44:14
**2579** 1:14
**25th** 10:10,15
16:12,25 28:2
32:10 34:1 38:1
44:3,5,6,10,11,17
44:19
**271** 1:14
**28** 15:3,13,14
16:12,18 44:7
**29** 10:25 23:1,2
45:9

**3**

**3,150,000** 21:6
25:9,18,24
**3-0** 32:2,3,10
44:12
**3-6** 39:13
**30** 6:15 25:3,5
32:3 42:15 44:12
**300** 55:22
**33** 15:24
**330** 55:21
**341** 1:20
**35,000** 31:22

**4**

**4** 26:6 55:25
**4,550,000** 25:22
**4-5** 36:19
**40,000** 46:18
**45** 23:6
**48th** 3:3

**5**

**5** 24:14
**50** 14:21
**500** 37:2

**6**

**6-8** 28:16,19
**60** 38:9 39:3,11
42:15 45:13
**64112** 3:4
**65** 13:9 16:21

**7**

**7** 8:9 43:22
**7-10** 17:14
**75** 13:9 33:24
**77** 33:24

**8**

**8th** 6:15

**9**

**9** 15:9,11

**90** 42:15,16
**900** 3:3,3
**931** 2:19 10:20
**960,000** 46:18

**a**

**a.m.** 1:17 4:5,5
**able** 36:16 53:17
**access** 50:22
**account** 8:23 9:7
**accountant** 19:9
29:18 40:21
**accurate** 55:4
**acquire** 38:11
**actual** 23:7 49:1
**add** 28:5
**addition** 42:24
**additional** 27:6
40:17,19,20 51:6
**address** 5:13 6:15
23:8 53:15
**adjourn** 10:2,3
51:22 52:11,11
**adjourned** 53:25
54:1
**adjourning** 51:23
51:23
**adjournment**
52:25
**adjustment** 48:13
48:13
**administration**
4:14 37:18 38:2
44:18
**advisor** 40:22
**affairs** 7:11,15,18
15:3,8 16:10,13
32:3,11 44:7,12
**affirm** 4:20,22
**afternoon** 45:4
**agency** 34:18,22
35:1,5 36:6
**ago** 8:6 41:14

**agreement** 40:1 50:16,21

**agreements** 29:5 29:8 50:12

**ahead** 15:15 17:23 19:24 32:21 38:14

**alege** 12:7,24 13:2 13:10 22:4 23:15 23:16 27:17,23 28:5,10 39:8 44:10 50:13

**alexander** 7:3

**allowed** 14:15

**allows** 48:5

**amend** 16:3,9,24 16:24 27:22,25 28:1 32:1,10 33:18 44:6,9,11 44:15,17

**amended** 16:13 16:17 34:1 38:1

**amenities** 45:17 50:18

**amenity** 50:3

**amount** 16:10 45:20 47:16

**andre** 12:7 13:16 22:7

**andy** 12:6,24 22:4 23:14

**answer** 19:19,22 53:19

**answered** 39:1

**answering** 18:11 53:20

**answers** 22:8 38:16

**anybody** 14:7 27:14 29:5 30:8 34:14 35:11,11 36:4 52:5 53:3

**apartment** 22:21

**apologize** 27:10 27:22

**appear** 4:15

**appearance** 6:12 6:18

**appeared** 52:17

**application** 37:6 40:20

**applied** 37:8

**appraisal** 26:10 26:17 41:2,18 48:11

**appraise** 41:5

**appraised** 26:8

**appraiser** 41:5,5 41:10,22 42:9

**appreciate** 16:24 42:18 45:23 51:1

**appropriate** 36:12

**approval** 36:8 40:3 41:24 42:5,9

**approved** 36:13

**approximately** 13:9 17:13 21:18 25:13,17 45:24

**april** 46:12

**asked** 46:25

**asking** 5:12,13 11:17 18:5,6 19:3 19:11 31:9,11 39:1 44:4

**assessed** 43:13

**assets** 27:11 30:12

**assigned** 4:7

**assume** 20:6

**attending** 44:24

**attorney** 2:4,11 3:2 4:10 6:9,14

**audit** 34:17,21,25 35:4

**authority** 22:10

**automatic** 9:16

**available** 43:6

**avenue** 2:12

**aware** 18:8 29:25 38:21,22

**b**

**b** 1:23 33:18,21 34:1 44:15

**back** 6:24 17:4 27:13 30:15 33:6

**balance** 25:16

**ballpark** 31:21

**bank** 8:23,25 9:1 9:3,7 32:23,25 36:5 41:14 45:20 48:10

**bankruptcy** 1:1 4:14,14,16 7:10 7:10,21,24 8:2,9 8:20 16:8 20:22 20:23 21:12,16,16 28:10 30:15 32:6 38:5 41:9,11,16 41:17,25 42:3,4,8 42:14,25 43:9,20 45:5 46:23 48:1 48:16,19 49:5,7 49:13

**banks** 48:2,8

**bargaining** 29:8

**based** 9:13 17:14 47:21

**basically** 18:8

**basis** 22:2

**bear** 6:25

**behalf** 6:21 7:7 44:24

**believe** 7:13 33:3 33:11

**believes** 33:20 34:7

**benefits** 38:18

**best** 28:9 40:23

**better** 10:14 50:3

**bill** 43:9,10

**bills** 43:11,12,14

**bit** 12:19 22:19 36:18

**bonuses** 34:14

**books** 10:18

**borrow** 36:7

**borrower** 3:2 7:1

**borrowing** 36:4 36:11

**bought** 24:25 25:10

**briefly** 10:23 12:23

**broker** 9:17,17

**brooklyn** 1:15 2:20 5:15 10:20

**budget** 45:11 48:22

**build** 23:19

**building** 18:9 22:21 23:24 24:1 24:11 25:1,1,2,4,8 25:10,17,21,23,24 26:1,3,8,24 27:8 27:11 30:8 41:5 45:15,15,16 47:9 49:20,22 50:3,19

**business** 8:19 11:18 14:14,22 21:20 22:9 30:12 35:19 36:5 37:17 38:2 44:18

**c**

**c** 1:14 2:1 4:1 6:25 7:2,2 55:1,1

**cadman** 1:14

**caf** 3:2

**cam** 32:20

**can't** 20:9

| | | | |
|---|---|---|---|
| **care** 53:1 | **comes** 16:2 | **concerning** 48:17 | **cow** 7:2 |
| **careful** 18:10 | **coming** 54:3 | **condition** 47:13 | **credit** 36:5 |
| **cars** 29:1 | **commercial** 24:3 | **consensual** 52:2 | **creditor** 3:2 6:21 |
| **case** 1:3 4:6,6,7 | **community** 50:19 | **constructed** 22:18 | 37:18,20,22 38:2 |
| 8:12 43:21,22 | **company** 5:20,22 | **construction** 22:4 | 44:19,25,25 |
| 53:14,14 | 7:20 9:8 11:11,19 | 25:22 28:13 33:5 | **creditors** 1:20 |
| **cases** 4:14,16 | 11:20 12:5,6,9,13 | 33:6 35:25 46:4 | 6:18 9:23,24 10:2 |
| **categories** 33:25 | 12:20,21 13:3,5,8 | 47:8 | 30:16 42:21 44:22 |
| **caution** 36:3 40:2 | 13:11,17,22 14:4 | **contained** 7:9 | **criteria** 48:6 |
| **cc** 53:22 | 14:6,8,11,13 15:4 | **continue** 9:25 | **cro** 39:24 |
| **ceo** 39:19 | 15:19 17:13 18:25 | 11:16 38:11 39:10 | **current** 25:16 |
| **certain** 10:4 | 18:25 21:11 22:1 | **continuing** 48:7 | 47:13 |
| **certificate** 22:12 | 22:4,9 26:1,10 | **contract** 29:7 | **currently** 11:7 |
| **certified** 55:3 | 27:11 28:13,18 | 38:19 49:12,12 | 21:20 26:1,20 |
| **cf** 5:18 | 30:11 31:4 32:5 | **contractor** 18:1 | 28:25 34:17 35:10 |
| **cfo** 12:10 39:20 | 32:23 33:12,19 | 38:19 49:12 | 35:16 |
| **changed** 49:18 | 34:5,6 35:19 36:3 | **contractors** 18:5 | |
| **chapter** 8:8,12 | 36:6,16,22 37:1 | 18:22 19:16 49:2 | **d** |
| 42:14 43:8,22 | 38:10 39:2,7,14 | 49:6,9 | |
| **check** 41:13 | 39:17,21,24 40:7 | **contracts** 49:18 | **d** 4:1,10 9:2 37:25 |
| **checked** 51:11 | 40:22 41:2,4,15 | **converted** 43:22 | 44:17 |
| **chief** 2:22 5:18 | 41:17,20 42:13,25 | **copy** 43:6 53:4,10 | **daily** 22:2 |
| 39:24 | 43:2,8 44:9,13,15 | 53:13,13,18 | **daniel** 9:2 |
| **city** 3:4 5:14 | 45:5 46:22 47:1 | **corporation** 13:6 | **date** 4:3 9:11,25 |
| 20:18,20,24 21:6 | 47:23 48:7,16 | 14:17 | 10:3,3,5 11:22,23 |
| 21:7 45:18 | 49:5,11 50:7,13 | **correct** 5:9 7:15 | 11:24 51:22,23 |
| **claim** 20:3 | 50:22 | 15:12 16:5 18:5 | 52:1,3,5,12,22,22 |
| **claims** 34:5 | **company's** 21:3 | 46:8 | 52:23 53:14 54:1 |
| **clarification** | 38:5 | **correctly** 12:25 | 54:2,2 55:25 |
| 24:21 | **complete** 28:13 | 13:14 | **david** 3:6 6:20 |
| **clark** 53:15 | 47:19 48:6 49:13 | **cost** 46:4 47:17 | 44:23 52:8 |
| **clarke** 53:16,22 | **completed** 22:15 | **costs** 47:20 | **days** 10:10 16:15 |
| **clear** 25:5 27:2 | 26:10 28:16,21 | **counsel** 40:21 | 16:25 28:3 38:10 |
| 52:9 | 29:18 37:7 41:18 | **country** 55:21 | 39:3,11 42:15,15 |
| **client** 6:23,25 | 41:19 44:20 45:13 | **county** 20:18 | 42:15,16 |
| 33:1,4 43:19 | 45:19 47:14 48:24 | **couple** 40:13 | **deadline** 10:4,8 |
| **close** 24:11 28:16 | 48:25 49:6 | **court** 1:1 35:11 | **deadlines** 42:20 |
| 45:4 | **completely** 26:24 | 36:7,12 40:2,8 | 44:2,2 |
| **closed** 48:19 | 27:1 43:21 | 41:6,23 42:5,9 | **deal** 35:20 |
| **code** 4:14 26:21 | **complexes** 23:5 | 43:20 | **debt** 21:5 |
| **collective** 29:8 | **comply** 43:5 | **coverage** 46:3 | **debtor** 1:9 2:11 |
| **come** 16:8 43:12 | **compromise** 48:4 | **covid** 36:17 47:18 | 2:18 6:14 8:23 9:7 |
| | | 49:16 | 27:23 28:6 44:10 |
| | | | 44:21 |

**debtor's** 4:19
**debtors** 4:15,17
**december** 21:18
  46:17
**decide** 40:5
**delivered** 9:20
**department** 2:3
  4:12
**depicts** 45:20
**deposit** 31:6
**description** 27:2
**detail** 22:20
**details** 11:16
**development**
  21:22 29:15 47:8
**difference** 38:17
  38:22
**different** 15:20,21
  15:22 16:22 22:3
  34:6 42:10 46:21
  48:2 50:2
**dip** 8:23
**disclose** 32:4,5,11
  33:18,19 34:1,5
  44:10,13,15
**disclosed** 33:21
  34:8
**discount** 48:5
**dismissed** 8:16
  43:21
**distinction** 18:1
**district** 1:2,13
**dividends** 34:14
**docket** 15:9,11
  52:25
**documents** 16:3
  51:24
**doesn't** 16:8
**doing** 16:1 18:2
**don't** 49:8
**double** 41:13
**draw** 46:16

**draws** 46:3
**due** 44:5,19

**e**

**e** 1:23,23 2:1,1,15
  4:1,1 5:7 12:24,24
  37:25 44:18 53:15
  53:16,16 55:1
**e.c** 53:16
**earn** 28:19,20
**east** 1:14 11:1,3,4
  11:5,8,10 20:18
  20:20,24 21:6,22
  22:13 24:12,17,19
  24:22 45:18
**eastern** 1:2,13
**either** 24:11 37:25
  43:20 44:17
**electrical** 45:15
**email** 29:23 51:11
  51:14 53:14,15,22
**employee** 18:1,10
  18:10 38:17,19,22
**employees** 17:5,7
  17:9,10,12,17,19
  18:6,7,15,24 19:1
  19:2,4 38:10 39:2
**employment** 29:5
  40:1
**empty** 49:21,21
  49:25 50:8
**enclosed** 25:2
**entire** 8:16 45:14
  45:14,15,16
**entitled** 33:12,20
  44:16
**entity** 10:24
**environmental**
  26:22
**equipment** 29:1
**essex** 20:18 24:13
  24:23
**estimate** 31:15
  47:20

**everybody** 54:5
**exact** 8:3 11:22,23
  11:24 16:23 25:13
  31:15 44:8 45:20
**exactly** 7:4 16:4,6
  20:10
**examination** 4:16
**examined** 4:15
**examining** 7:7
**excellent** 53:21,21
**excuse** 17:21
**existing** 35:21,22
**expect** 26:16
  28:13,18,20,21
  36:15 39:10 42:13
  47:16
**expenses** 21:3
**expiration** 9:11
**expired** 9:15,19
**explain** 31:5
  41:21

**f**

**f** 1:23 5:7 6:25 7:2
  7:3 37:25 44:18
  55:1
**familiar** 7:9,17
**family** 24:6
**far** 45:24
**federal** 29:17
**fee** 43:14
**fees** 43:11,18
**fell** 46:18
**fence** 47:4,5,7
**ferguson** 3:6 6:20
  6:20,24 7:4,6
  44:23,23 45:2,3,9
  45:22 46:7,10,13
  46:20 47:6,10,12
  47:15,23 48:7,15
  48:22 49:1,4,11
  49:19,24 50:4,6
  50:12,16,21,25
  51:3,6,8,8,9 52:8

**52:8 54:4**
**ferguson's** 33:1,3
**file** 8:1,9 27:20,21
  28:10 36:12 40:8
  42:14 43:1,3
  52:25,25 53:12,17
**filed** 7:20,23 8:20
  9:16 20:22 21:11
  29:17,19 30:5,14
  43:7,19 48:18
  49:5,7
**filing** 20:23 32:6
  40:19 41:25 42:8
  48:1,16
**final** 26:12
**finalizing** 31:7
**finally** 44:14
**finance** 22:5
**financial** 2:22
  5:18 7:11,15,18
  15:3,7 16:9,13
  32:2,3,11 40:22
  44:7,12
**financing** 36:13
  48:17
**find** 15:15
**fine** 25:15 52:9
**finish** 35:22,25
  47:17,21,24 53:2
**fire** 26:21
**firm** 3:1 6:21
  44:24
**first** 6:14 30:10
  45:4 46:2,5
**fit** 33:25 48:5
**five** 22:24 34:24
  35:3
**floor** 6:15 7:8
  42:20
**floors** 22:24
**folks** 12:20 18:16
  49:17 52:21

**follow**  48:11
**following**  42:12
**foreclosure**  35:16
  35:20
**foregoing**  55:3
**foreign**  14:14,18
  18:9
**forgiven**  37:4,5,15
**forgiveness**  37:8
**format**  53:12
**formation**  11:2,24
**formed**  10:24
  11:20 14:13 50:10
**forward**  10:5
  52:19,20,22
**fought**  8:14
**found**  27:21,21
**founded**  14:6,10
**fraleg**  1:7 2:17 4:6
  5:17 6:7,14 7:11
  7:18 8:19,22 9:8
  10:19,23,24 11:14
  11:17 12:15 17:4
  17:5,20 18:15
  19:7,17 20:13,22
  21:2,19 24:25
  25:7 28:25 29:4
  29:10,16 30:11,14
  30:18,23 32:18
  34:13,17,24 35:10
  49:24 50:7,9,10
**framing**  45:14
**franchise**  20:7
**francis**  2:15 6:9
  6:13 7:3 53:5
**fraser**  2:22 4:21
  4:23,24,24 5:1,2,4
  5:4,7,10,11,15,16
  5:18,21,24 6:1,4,6
  6:7,9 7:7,9,12,16
  7:19,22,23,25 8:2
  8:3,7,10,13,15,18
  8:21,24 9:1,4,8,9

9:12,13,16,20
  10:6,12,17,18,20
  10:24 11:5,9,13
  11:19,20,24,25
  12:2,4,6,10,11,14
  12:17,22 13:1,4,9
  13:12,15,19,23,25
  14:2,5,9,13,19,21
  14:23 15:17,21
  16:10,23 17:3,6,9
  17:11,14,19,25
  18:3,12,17,20,23
  19:2,5,8,12,15,19
  20:12,15,20,25
  21:5,14,18,21,25
  22:3,5,11,14,18
  22:20,22,24 23:2
  23:5,11,14,18,21
  23:23 24:5,8,14
  24:17,20,24 25:2
  25:6,9,12,18,21
  26:2,5,9,14,18,20
  26:23 27:1,7,9,12
  27:15,17,19 28:9
  28:11,15,20,23
  29:3,6,9,12,15,18
  30:4,6,7,9,13,17
  30:19,20,21,24
  31:1,5,12,17,19
  31:21 32:12,16,16
  32:17,20,22 33:2
  33:5,8,10,13
  34:13,15,16,19,20
  34:23 35:2,3,6,15
  35:17,19,21 36:1
  36:9,14,17,23,25
  37:2,5,9,14 38:8,9
  38:11,16,25 39:4
  39:6,9,12,15,18
  39:21 40:4,10,12
  40:15,16 41:1
  42:19,22,23 43:14
  43:16,24 44:14

45:3,8,11,22,25
  46:9,11,14,20
  47:3,8,11,14,18
  48:1,9,18,24 49:3
  49:8,14,23 50:1,5
  50:9,15,18,24,25
  51:2,6,15 54:3
**fraser's**  16:19,20
**full**  5:3 46:3
**fully**  23:25
**function**  21:21
**funded**  33:7,9
**funding**  41:16
  48:3
**funds**  31:1,8
  32:24 33:20 35:22
  35:25 49:9

**g**

**g**  4:1 7:1 12:24
**general**  11:17
**gentleman**  40:6
**getting**  18:22 41:1
  53:4
**give**  5:12 27:2
  34:14 36:2 40:1
  40:14 42:19,23
**given**  38:5 43:15
**giving**  31:15
**go**  8:16 10:5 11:15
  12:8 15:7,15 17:3
  17:23 19:24 23:4
  27:13 32:21 38:14
  42:20 44:1 46:23
  52:19,20,22
**goes**  15:18
**going**  9:18,21
  10:9,13,15 16:11
  18:5 20:6 21:23
  23:19 27:22 28:1
  32:1,7,9 33:17,18
  33:25 36:3,4,18
  37:13,15,24 38:18
  38:21 39:23 40:1

40:12,14,19,20
  41:2,4,10 42:18
  42:19 43:1,3,9,9
  43:12,13,25 44:1
  46:5,23,23 51:12
  51:21,22 52:2,10
  52:11,16,24,24
**good**  4:9 16:5,11
  16:25 38:7 40:11
  45:3,22 46:20
  53:24,24 54:3
**government**  36:6
**governmental**
  34:18,22 35:1,5
**grateful**  27:7
  34:11
**group**  1:7 2:17
  4:6 5:17 6:8,14
  7:11,18 8:20,22
  9:8 10:19,23,24
  11:14,17,21 12:16
  17:4,5,20 18:15
  19:7,18 20:13,22
  21:2,20 24:25
  25:8 28:25 29:4
  29:11,16 30:11,14
  30:18,23 32:19
  34:14,17,25 35:10
  49:24 50:7,9,10
**gs**  3:2
**guaranteed**  27:14
  27:24
**guidelines**  43:5,6
**guys**  14:10 48:5

**h**

**h**  4:10 27:21,21,23
  27:25 28:2 44:9
**hand**  4:20,25,25
**harold**  28:2 44:9
**head**  20:9 31:13
**healthy**  54:5
**heard**  37:14

hearing 4:13
held 25:22 32:23
33:6
helpful 14:21
25:15,25 26:19
27:6 31:23 45:23
hemmings 2:10
2:15 6:10,11,13
6:13,17 14:25,25
15:1,5,6,7,11,14
15:23 16:1,5,6,7
16:14,17,20 17:1
17:2,21,23,25
18:4,8 19:22,23
19:25 20:2,6,9
27:18,19,19,22,25
28:4,7 29:20,22
29:25 30:3 31:24
31:25 32:8,13,15
33:15,16,22 34:3
34:9,10,12 35:8,8
35:9,12 36:11
37:11,12,16,22
38:3,6,8,8,13,14
38:15,24 40:8,13
40:17,18,18,23
41:3,7,12 42:1,6
42:11,11,12,16,18
43:7 51:14,16,17
51:20 52:7,14
53:5,5,8,19,20,23
54:4
herbert 27:21,23
he's 18:8
hire 38:10 39:2,16
39:23 40:2,7,22
41:2,5
hiring 39:14
hm 28:4
hold 15:5 48:9,21
49:18
holding 9:25 10:3
10:3,5 51:22,23

52:1,3,5,12,22,23
54:1,2,2
hopefully 9:24
house 9:17
hyde 3:25 55:3,8

**i**

idea 27:3
identify 6:12
included 41:3
income 19:14
incorporate 14:11
independent
18:21
indicate 4:18
indiscernible 18:2
18:11 19:20 26:15
29:20 35:23 41:8
45:11,12 48:14
49:10 51:17
individually
23:14
individuals 50:2
50:20
inflation 47:21
information 7:9
7:13,14 8:18 16:2
16:8 27:6 35:15
44:1
insiders 32:5
inspection 45:18
45:19 46:16
installed 46:19
instruction 42:24
instructions 40:14
42:20 53:3
insurance 9:8,11
9:15,17 44:5
51:12 52:13,13
interest 8:18,19
14:22 21:6 32:23
43:13,18 44:16
interject 17:21
19:25 38:15

internal 19:7
50:15,15,16
interview 49:15
49:17
investigation
34:18,22,25 35:4
involved 31:7
irs 19:13 29:23
issues 48:3 52:5
i'm 32:1,7 37:19
40:17 46:23
i've 26:14

**j**

j 13:16 53:15
janease 53:14,15
janease.clarke
53:16
january 30:10
jersey 11:4,5,11
14:12,15,16,18
20:14,18 24:23
jil 4:7
jmm 1:3
judge 4:7
juman 12:7 13:13
13:16 15:24 22:7
39:7
justice 2:3 4:12

**k**

k 4:10,10 53:16
kansas 3:4
khodorovsky 1:24
2:8 4:2,9,24 5:2,5
5:8,11,16,19,22
5:25 6:2,5,7,11,17
6:22 7:2,5,13,17
7:20,23 8:1,5,8,11
8:14,17,22,25 9:2
9:5,10,13,18,21
10:7,13,18,22
11:3,7,10,15,23
12:1,3,5,8,12,15
12:19,23 13:2,7

13:10,13,16,21,24
14:1,3,6,10,17,20
14:24 15:2,6,9,12
15:16,25 16:4,6
16:11,15,18,22
17:2,7,10,12,16
17:22,23 18:4,14
18:18,21,24 19:3
19:6,10,13,17,21
19:22,23 20:1,5,8
20:12,16,21 21:1
21:9,15,19,23
22:1,8,12,16,19
22:23,25 23:3,9
23:12,16,19,22,25
24:7,9,15,18,21
24:25 25:4,7,10
25:15,20,25 26:3
26:7,13,16,19,24
27:4,10,13,16,18
28:1,5,8,12,18,22
28:24 29:4,7,10
29:13,16,21,24
30:1,4,7,10,14,18
30:21,25 31:3,9
31:14,18,20,23
32:1,9,14,16,18
32:21,25 33:3,7,9
33:11,14,17,23
34:4,10,13,16,20
34:24 35:3,7,10
35:14,18,24 36:2
36:10,15,21,24
37:1,3,8,10,13,17
37:24 38:4,7,14
38:23 39:1,5,10
39:13,16,19,23
40:5,11,16,25
41:4,10,21 42:2,7
42:13,17,23 43:17
43:25 45:2 51:4,5
51:9,10,16,18,21
52:10,15 53:7,9

53:21,24
**kick** 46:5
**kind** 19:14 22:9
**know** 10:14 15:18
19:23 20:10 28:10
31:10 36:11 37:14
38:4,4 40:8 41:1
46:2,15,19 48:12
48:12,14,19,20,21
49:14
**knowledge** 28:9
35:13 40:23
**known** 8:23 43:1
43:10

**l**

**l** 12:24 53:16
**lack** 31:8
**lady** 40:6
**land** 23:6,9,12
**largest** 13:5 21:3
**laurelton** 2:13
**law** 3:1 6:21 44:24
**lawyer** 6:8 8:12
8:14
**leasing** 28:25 29:1
29:1,1
**ledanski** 3:25 55:3
55:8
**legal** 55:20
**lender** 41:17
**lenders** 48:15
**license** 22:10
**lincoln** 2:19 10:20
**line** 24:13,23 43:6
**liquidation** 43:22
**list** 15:18 27:23
37:17,20 38:1
44:18
**little** 12:19 22:19
**live** 5:14
**living** 50:20
**llc** 3:2 7:1

**llp** 2:10
**loan** 25:23 28:21
37:15
**loans** 36:22
**located** 10:19 11:1
**location** 24:11
**looking** 15:2,14
27:20 37:19
**loss** 29:11,12,14
29:15
**lot** 23:10,10,13,17
23:20 49:21,21,25
50:8,18,23
**lower** 4:25,25
**luck** 54:3

**m**

**m** 13:16
**maintenance** 22:6
**making** 43:3,3
**manage** 39:14,17
39:21,24
**managed** 39:7
**management** 22:6
26:1
**manager** 39:19
**managing** 26:1
**march** 46:12
**marino** 4:8
**market** 47:22
**material** 47:20
**materials** 46:19
47:22
**matter** 1:5
**mazer** 4:7
**mean** 11:3 47:1
51:22
**means** 10:3,4
51:23
**measures** 47:4
**medical** 24:3
**meeting** 1:20 9:23
9:24 10:2

**mentioned** 18:25
24:16 41:1 49:20
**mentone** 2:12
**mid** 45:4
**mile** 24:14
**miles** 24:18
**million** 26:6 32:22
33:4 34:2 44:16
46:1,2,4,5,5 47:19
47:21
**mind** 16:4 39:22
53:25
**mineola** 55:23
**minute** 16:2,7
**mm** 28:4
**mo** 3:4
**moment** 40:24
**money** 19:7,18
20:13 28:19 30:19
30:22 32:5,18
34:7 36:4,7 38:11
43:3,3 44:13,13
45:23 46:1,14,15
47:24 49:5
**monitors** 47:1
**month** 28:16
42:25 46:16
**monthly** 43:1,4
**months** 28:19
36:19 39:13 41:14
**morning** 4:9 6:8
17:17 18:15 19:6
26:20 34:17,21
45:3
**morris** 24:13,23
**mortgage** 21:11
21:12,17 25:11,16
25:21 26:11 27:13
27:14,24 35:21,22
35:25 44:11,25
48:6
**motion** 36:12 40:8

**move** 10:16 14:21
17:3 20:13 21:1
28:12,24 38:7
39:5 42:10
**moving** 36:20
**mp3** 53:12,17
**multi** 24:5
**muting** 6:24

**n**

**n** 2:1 4:1,9 13:16
53:15 55:1
**nadar** 1:24
**name** 4:6,9 5:3,5,6
5:13 6:13,22,25
12:24 53:14
**names** 4:18
**nazar** 2:8 4:9 51:4
51:10
**near** 49:22
**need** 5:12 10:5
11:23,24 16:3
27:6 28:23 31:10
33:17,18 34:4
35:20 36:11 37:13
37:15,20 38:20
40:7,22 41:13,23
42:3 43:1,3,7 47:3
51:25 53:7,13
**needed** 28:16
35:22,25 47:24
**needing** 49:20
**needs** 33:20 34:7
41:5 45:17 53:1,3
**neighbors** 50:19
**never** 33:6,7,9,10
50:9
**new** 1:2,13 2:6,6
5:15 6:15,15
10:20 11:1,3,4,5
11:11 14:11,11,13
14:14,15,17,18
19:18 20:3,14,18
21:7 24:23 26:10

26:17 45:14,15,16
45:17 49:15,17
**non** 36:6
**north** 50:10
**note** 6:12 25:23
**noted** 7:6
**notice** 37:21 52:25
**notices** 6:18 37:18
**november** 46:17
52:4,4,6,10,12,23
53:25 54:2 55:25
**number** 19:8,11
25:14 53:14
**numbers** 15:22
16:22,23 26:12
31:15
**ny** 1:15 2:13,20
55:23

**o**

**o** 1:23 4:1,10,10
4:10 55:1
**oath** 4:15 5:9
**obtaining** 48:17
**occupancy** 22:12
**october** 1:16 4:3,4
4:5 9:14 10:9,10
10:16 16:12 28:2
32:10 34:1 38:1
44:3,6,6,10,11,14
44:17,19 52:3
54:6
**office** 1:12 4:10
24:3 29:22 53:15
**officer** 2:22 4:12
5:18 39:25
**oh** 18:4 23:25
**okay** 6:2 7:5 8:17
9:5,18,21 10:5,7
10:11,16 11:15
12:5 14:3,20,20
14:24 15:25 16:11
16:19 17:16 19:3
19:21 20:8,12

21:1,2,9,19 22:1,8
23:22,25 24:25
25:7,15,20 27:4
28:8,12,24 30:3,7
31:14,23 32:13
33:14,21 34:3
37:10,21,22 38:3
38:5,7,20,23 39:4
39:23 40:5,11,14
40:25,25 41:7
42:1,7,10,12,17
42:21 44:20 45:9
46:20,23 48:15
49:4,19,24 50:4
50:12,21 51:2,9
51:18,25 52:8
53:9,19,22,24
**old** 55:21
**once** 52:14,15,15
**ongoing** 46:8
**opened** 8:22 9:7
**operating** 21:20
43:1,2,2,4,4,19
**operations** 21:23
21:25
**opposed** 38:18
**orange** 11:1,3,4,5
11:8,10 20:18,20
20:24 21:7,22
22:13 24:12,12,17
24:19,22 45:18
**order** 22:9 41:6
**outline** 44:7
**outstanding** 32:22
**owe** 18:25 19:2,7
19:18,18 20:13
30:19 32:18 49:5
**owed** 20:17,17,19
21:7 34:7 42:2
**owes** 19:13 32:24
33:4
**owned** 8:19 11:13
14:7 23:14 50:2,9

**owner** 13:5
**owners** 15:18
**ownership** 44:8
**owns** 11:12 12:9
15:19 23:12,16

**p**

**p** 2:1,1 4:1
**p.m.** 52:4,6,12,23
54:1,6
**page** 15:10,11,13
**paid** 25:9 26:9
41:11,20,23,24,24
41:25 42:3,4
43:12,14,18 44:13
**pandemic** 48:4
**parking** 23:3,6,10
23:12,20,23 49:21
50:5,14,23
**part** 4:11 14:7
22:5 47:12,13
**partially** 22:18
45:7
**parties** 4:17 52:16
52:17,18,19
**partners** 36:5
**parts** 22:3 28:15
**party** 29:7
**pay** 19:16 25:8
30:15 31:6 35:21
46:2 48:10 49:9
**paying** 38:18
**payment** 25:11,12
**payments** 20:23
21:13,17 32:11
42:10
**payoff** 48:4,5
**payroll** 18:19,20
**pending** 34:17
52:12
**people** 12:21
19:16 31:7 49:15
49:18 52:21

**percent** 5:24
12:12 13:25 14:22
15:24 45:13
**percentage** 5:19
13:8,21 44:8
45:21
**percentages** 15:19
**period** 28:17
**person** 30:12 40:2
40:6 41:20,22
**personal** 7:24 8:2
28:10
**personally** 7:17
23:16 27:14,24
30:19,22,22 32:4
34:21 35:4 46:17
**persons** 40:2
41:22
**perspective** 26:5
**petition** 7:10 20:3
21:12
**petitions** 7:14
**place** 2:19 3:3
10:20 47:4 51:25
52:18,19,20
**plaintiff** 35:11
**plan** 38:10 42:14
47:23
**planning** 28:10
35:11 39:2
**plans** 46:22
**plaza** 1:14
**please** 4:19 5:3,5
6:11,19,22 18:12
38:25 44:6,9,11
44:14,17 53:6,8
53:22
**plus** 21:6 50:5
**point** 18:23 38:16
45:7 49:14,17
**policy** 9:19
**polsinelli** 3:1 6:21
44:24

**position** 13:3
**possession** 8:23
9:7
**post** 21:12 42:8,8
**potentially** 44:15
**ppp** 36:22 37:15
**precise** 31:10
**present** 44:21,22
**presently** 22:17
**president** 2:22 6:3
6:3,6 12:10 13:3,3
13:4,17,18 39:25
**presidents** 13:20
**presiding** 4:12
**previously** 41:1
**price** 49:17 50:22
**principals** 44:8
**prior** 41:8,12,13
41:14,15 46:2
47:18 48:1
**probably** 10:2
51:24
**problem** 41:7
53:9
**proceed** 45:2
**proceeding** 8:16
**proceedings** 53:4
53:11 55:4
**process** 26:11
31:7 36:19 37:6
41:19
**professional**
39:19
**professionals**
40:17,19,21
**profit** 29:11,13
36:6
**project** 12:18
17:15 22:14 28:16
29:15 35:23 38:12
47:21
**pronouncing**
12:24 13:14

**proof** 9:6,19,22
10:1,8,9,15 44:4,4
51:12,18 52:13
**propagated** 46:19
**property** 9:11
10:25 11:2,8,10
11:11,12,13,16
13:6 14:15 19:15
20:16,23 21:11,22
22:13,16,20 23:4
23:6,7,8 24:10,11
26:21 27:2 29:2
35:15 36:7 44:5
44:25 45:7,14
46:25 47:2,5,12
47:13,25 49:2
50:14,23
**proposal** 36:10
**provide** 9:25 10:1
50:18 51:24 53:11
**provided** 9:6,23
10:4,10,14 43:7
**providing** 10:8
23:6 44:2
**purchase** 10:25
11:21 14:15 50:10
**purchased** 50:2
**purely** 18:6 24:2,7
**purpose** 11:1,21
31:10
**put** 47:7 48:9,21

**q**

**quarter** 43:8,12
**quarterly** 43:11
43:13,18
**question** 14:24
15:3,13,14 16:12
16:18 18:12 19:10
19:19 20:22 21:10
22:8 24:1 27:18
28:9 32:2,3,3,4,10
33:24,24,24 35:7
35:18 36:22 38:9

38:16,25 40:18
41:8 42:11 44:6
44:11,12 50:7
53:19,20
**questioning** 4:17
**questions** 11:17
17:4 40:12,13
44:21,22 45:1,5
46:21,24 51:1,6
**quite** 36:18 41:19
49:16

**r**

**r** 1:23 2:1 4:1,10
4:10 5:7,7 53:16
55:1
**raise** 4:19
**reach** 48:4 52:16
52:21
**read** 16:4
**real** 11:11,12 29:2
**really** 15:17 16:9
42:17
**reason** 30:23 32:7
52:17
**receipt** 52:12
**receive** 36:22
48:13,13
**received** 30:22
49:9 51:11
**record** 4:2,3 5:3,6
6:12,23 7:6 9:5
24:22 53:10 54:5
54:7 55:4
**recorded** 4:17
53:12
**recording** 53:4,18
**records** 10:19
**referring** 24:22
33:1
**refinance** 35:21
35:24 36:7
**refinancing** 36:3
36:10,16

**reflect** 4:3 9:5
16:10,13,15,18
**regard** 38:17
**regarding** 4:16
50:13,21
**registration** 14:14
14:18
**relationship** 5:17
**released** 33:8,10
33:12
**remaining** 28:15
47:16 48:23
**remember** 8:8,11
16:20 20:10 25:13
52:4
**renewal** 9:16,22
10:1,8,10,15 44:4
51:12,19
**renovated** 45:7,10
**renovating** 49:1
**renovation** 45:24
46:7,10,11,13
48:23 49:6
**renovations** 47:17
47:24 48:17 49:13
**rent** 50:19
**rented** 47:13
**repaid** 37:3
**repeat** 4:4,5 25:19
27:9 38:25 52:21
53:3,6,7 54:1
**reports** 43:2,4,4,7
43:19
**represent** 4:18
**representative**
4:19
**representing** 8:12
**request** 10:9,14
10:15 37:24 41:17
41:18
**requested** 44:2
48:10,10

**required** 4:15 48:20,25
**requirements** 43:15
**reserve** 25:23 32:23 33:6
**reserves** 44:16
**reside** 5:12
**residential** 10:25 24:2,5,6,7
**respond** 50:20
**restructuring** 39:25
**retained** 41:6,23
**retention** 40:20
**return** 29:17 30:1 30:4
**revenue** 19:7
**revision** 10:25
**right** 4:18,20,25 4:25 12:8,9,10,21 12:24 14:18 15:2 15:14 16:20 17:4 17:16,17,18 18:14 18:18,19 21:2,4 21:24 22:16 32:8 39:5,6,8 40:13,23 42:19 44:1 45:13 46:25 52:1 53:3
**road** 55:21
**ronald** 2:22 5:4 22:5
**room** 1:14
**roughly** 17:14 47:18
**rules** 46:1
**run** 22:4,5,6 40:7
**runs** 22:1

**s**

**s** 2:1 4:1,10 5:7 7:1 53:16
**safe** 54:5

**salaries** 19:1
**salary** 12:15,17 13:10 14:3,5 31:6 39:11
**sales** 19:14
**satisfy** 41:17
**saying** 9:15 50:7
**sba** 38:1 44:18
**schedule** 27:21,23 27:25 28:2 33:18 33:21 34:1 37:25 44:9,15,17
**schedules** 7:10,14 27:20 37:19
**second** 15:5
**secure** 48:2
**secured** 3:2 6:21 44:24 46:25
**security** 47:1,4,4 47:5,7
**see** 52:17
**seeing** 37:19
**selling** 30:8
**send** 53:13,17
**sent** 29:22
**separate** 23:7,10 50:1
**september** 9:12 21:12 30:15
**service** 19:7
**services** 31:1
**set** 10:7 17:9
**shares** 13:5
**she'll** 53:17
**short** 46:18
**side** 22:4
**sir** 4:23 5:1 6:5,23 7:5,12,16,19,22 7:25 8:4,7,10,13 8:15,21,24,25 9:4 9:9,20 10:6,12 11:9,14,25 12:4 12:11,14,22 13:1

13:4,12,15,23 14:2,5,9,19,23 15:1,15,23 17:1,6 17:11 18:8,13,17 18:23 19:12,19 20:25 21:14 22:11 22:22 23:2 24:14 24:20,24 25:6,14 26:2,15,23 28:7 28:11 29:3,6,9,12 29:20 30:3,6,9,13 30:17,20,24 31:12 31:19,25 32:13,17 32:20 33:2,10,13 33:16,22 34:12,15 34:19,23 35:2,6,9 35:12,12,17 36:1 36:9,14,20,23 37:9,12,23 38:6 38:12,13,24 39:9 39:12,15,18 40:4 40:10,15,24,24 42:6,22 43:16,24 45:8 46:9 47:14 49:3,23 50:11,24 52:7,14 53:5,23
**sit** 17:17 18:14 19:6 26:20 34:16
**site** 18:22 28:14
**sitting** 34:20
**situation** 21:2 35:20 38:5
**slowly** 36:20
**small** 17:9 37:17 38:2 44:18
**snell** 2:10
**sold** 26:4
**sole** 11:1,21
**solely** 50:10
**solutions** 55:20
**somebody** 34:7 38:18 39:14,16,20 39:24,25

**somethng** 25:13
**somewhat** 16:22
**sonya** 3:25 55:3,8
**soon** 36:11,15 42:15
**sooner** 10:14
**sorry** 6:24 11:5,6 25:19 27:9 38:8 40:17 41:18 51:16
**sort** 31:14
**spaces** 23:3,7
**speak** 16:23
**speaking** 26:14
**special** 40:21
**specifically** 15:9 19:3 28:5
**specified** 16:10
**spell** 5:5
**spend** 46:4
**spent** 45:24,25 46:14,17
**sprinkler** 45:17
**staircases** 45:16
**standpoint** 35:19
**start** 45:6
**started** 11:19 12:5 12:6 45:12
**state** 4:17 5:3,14 6:22 14:12 19:18 20:3,13,18
**stated** 46:17
**statement** 7:10,14 15:3,7 16:9,12 32:2,2,10 44:7,12
**states** 1:1,12 2:3 4:11,11,13 7:7 9:6 43:5,10,11,20 44:20
**station** 24:12,12 24:19,23
**stations** 24:15
**stay** 22:9 54:4,5,5

**stop** 46:10,13
**stopped** 8:15 46:8
  46:11 49:16
**stories** 22:23
**story** 34:6 42:7,10
**street** 2:5 6:15
**strictly** 31:6
**strike** 47:16
**subcontractors**
  22:6
**subject** 34:17,21
  34:25 35:4 39:25
  45:18 46:3 47:8
**submit** 20:3
**submitted** 37:5
  52:14,15,16
**subsequent** 20:2
**sue** 35:11
**suing** 35:10
**suite** 3:3 55:22
**supervises** 4:13
**sure** 5:10 18:14
  20:1,1 27:10,10
  29:25 38:20 45:6
  53:22
**swear** 4:19,20,22
**switch** 46:21
**system** 45:17

## t

**t** 9:2 55:1,1
**take** 15:6 20:10
  36:18 51:25 52:18
  52:19,20 53:1
**taken** 36:18
**talk** 12:19,23
  13:13 15:16 22:19
  52:1
**talked** 21:9 48:16
**talking** 20:17
  48:14
**tax** 29:17 30:4
**taxes** 19:14,14,14
  19:15,16,18 20:7

20:15,16,23 21:6
  21:7,10 29:19
**td** 9:1,2,7
**tell** 4:20 5:13
  10:22 11:18 31:12
  31:13 38:21 50:16
**terms** 12:9 13:5,7
  18:24 21:2,10
  24:9
**testified** 9:14
  15:21 32:12 39:6
**testimony** 16:19
  16:21
**thank** 4:24 5:2,8
  5:11,16 6:7,17 7:5
  8:17 10:22 17:2,2
  17:23 24:21 26:19
  27:7 30:7 31:23
  32:14 34:10,11
  35:7,14,14 38:24
  42:17,18,22 43:25
  45:22 46:7 49:11
  49:19 50:25 51:3
  51:4,9 54:3,4
**they're** 50:20
**things** 49:17
**think** 8:3 9:12
  18:11 25:12 26:3
  26:13 27:4,4
  29:18 37:2,25
  39:1,14,16 41:13
  41:14,20 46:16
  48:11 50:6
**thinking** 30:8
  52:3
**thomas** 9:2
**thousand** 25:13
  37:2
**three** 5:25 6:1
  14:7 21:3 44:8
**time** 4:4 15:6 16:7
  21:15,16 43:13,18
  43:19 44:21 47:10

49:4 51:7 52:3
  54:4
**timeframe** 48:20
**timing** 20:3
**title** 6:5
**titles** 6:3 13:17
  15:20
**today** 4:4 9:14
  10:8 16:15,25
  28:3 30:11 48:20
  52:2,17,24 53:2
**today's** 4:3 47:22
  53:4,14
**told** 15:23 27:5
  48:18
**top** 20:9 31:13
**topic** 45:5 46:22
  46:22 49:20
**total** 25:9,21
**totally** 53:20
**train** 24:12,12,19
  24:22
**transaction** 50:1
**transcribed** 3:25
**transcript** 53:18
  55:4
**transcripts** 53:11
**transfer** 30:11
**transit** 24:23
**treasurer** 13:19
**true** 7:15 55:4
**trustee** 1:12,25
  2:4 4:11,13 7:7
  9:6 43:5,10,11,14
  43:20 44:20 51:5
  51:10 53:11
**truth** 4:20,21,21
**try** 31:15 46:24
**trying** 11:22
  15:15 17:15 26:11
  41:15,16 48:2
**turn** 7:8 42:20

**twenty** 5:25 6:1
**two** 12:21 23:5
  41:14 42:15 48:2
  48:8 50:2
**type** 18:7

## u

**u** 13:16
**u.s.** 2:4 43:14 51:5
  51:10 53:10
**understand** 5:8
  8:17 11:15 14:20
  17:16 19:17 20:12
  20:21 21:1,9,19
  23:22,25 24:9
  25:25 26:16 27:5
  28:22,24 29:16
  31:9 33:11,14
  35:24 36:2,13,21
  37:10 39:6 40:9
  43:15,17,23 45:6
  50:6
**understood** 34:9
**union** 29:7,8 36:6
**unit** 10:25
**united** 1:1,12 2:3
  4:11,11,13 7:7 9:6
  43:5,10,11,20
  44:20
**units** 22:25 23:1,2
  45:9
**unpaid** 19:1
**usdoj.gov** 53:16
**usdoj.gov.** 53:17
**use** 22:9 49:9
  50:13,18

## v

**v** 4:10
**vacant** 22:17,18
  23:6,9 25:1,2,4
  26:25 27:1
**value** 24:10
**varick** 2:5

**veritext**  55:20
**versus**  38:20
**vice**  2:22 6:3,6
  12:10 13:3,17,19
**violations**  26:21
  26:21,22,23
**virus**  47:19

## w

**w**  3:3
**w2**  18:6 38:20
**w2s**  18:16
**wages**  19:1 38:18
**waiting**  37:6
  48:12
**wall**  6:15
**walnut**  50:10
**want**  40:6 45:6
  46:21 49:8,19
  51:14 52:18,19,20
**wanted**  15:16
  24:10 35:15 51:5
  53:2
**way**  9:22 31:16
**we've**  37:5
**welcome**  32:15
  34:12
**went**  6:24 7:6
  47:20 53:10
**we'll**  16:5
**we're**  41:16
**whichever**  37:25
**wire**  35:22
**withdrawals**  33:5
**word**  36:3 40:1
**words**  10:23
  11:18 18:16 24:2
  40:3 42:14
**work**  17:19 18:2
  22:14 45:13,20,21
  45:24 46:7,10,11
  46:13 48:7,23
  49:1,6,16

**working**  18:9,22
  38:19 41:15 48:2
**works**  37:25
**worth**  26:4
**written**  48:22

## x

**x**  1:4,11

## y

**y**  4:10
**yeah**  17:23 41:4
**year**  8:4 12:1 17:7
  18:25 26:17 29:10
  30:15 32:6 36:24
  36:24,25 42:15
  49:16
**years**  8:5 25:3,5
  34:24 35:3 42:15
**york**  1:2,13 2:6,6
  5:15 6:15,15
  10:20 11:1,3
  14:11,13,17 19:18
  20:3 21:7
**yup**  16:15,18

## z

**z**  4:9
**zero**  26:23
**zone**  24:6
**zoned**  24:1,2,5