United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 22-41410-jmm
Fraleg Group, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1     User: admin     Page 1 of 2
Date Rcvd: Jul 12, 2022     Form ID: pdfall     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Fraleg Group, Inc., 931 Lincoln Place, Brooklyn, NY 11213-3332 |
| 10083657 | + | Andy Alege, 195 St. James Place, Brooklyn, NY 11238-7385 |
| 10083658 | + | CAF Borrower GS LLC, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10083659 | + | CoreVest American Finance, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10083661 | + | Small Business Associatio, 409 Third St., SW, Washington, DC 20416-0002 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10083660 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 12 2022 18:23:00 | NYS Dept. of Tax. & Fin., Bankruptcy Sections, P.O. Box 5300, Albany, NY 12205-0300 |
| 10090402 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jul 12 2022 18:23:00 | New York City Department of Finance, 375 Pearl Street, 27th Floor, New York, NY 10038-1441 |
| 10085020 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 12 2022 18:23:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2022      Signature:     /s/Gustava Winters

District/off: 0207-1  User: admin  Page 2 of 2
Date Rcvd: Jul 12, 2022  Form ID: pdfall  Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avrum J Rosen | on behalf of Debtor Fraleg Group  Inc. arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: Fraleg Group, Inc.                                    Chapter 11

                                            Case No. 22-41410-JMM

                              Debtor.
------------------------------------------------------------x

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

       Fraleg Group, Inc.       (the "Debtor") having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on     June 17, 2022    , and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is

       **ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be conducted by the undersigned Bankruptcy Judge in   3529  , United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800, on     August 3, 2022    , at  10:00 am , and it is further

       **ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at this Case Management Conference and shall be prepared to discuss, as applicable, at the Court's direction, the following matters:

1. the nature of the Debtor's business and the reason for the chapter 11 filing;
2. the Debtor's current financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;
11. if this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to § 362(d)(3), or whether the Debtor intends to commence adequate protection payments;
12. if this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by § 1121(e);

13. if this is an individual case, all issues unique to individual chapter 11 cases;
14. the scheduling of additional Case Management Conferences; and
15. any other case administrative matters, and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of the Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.



**Dated: Brooklyn, New York**
**July 12, 2022**

_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**