UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                              Chapter 11

FRALEG GROUP, INC.,                                 Case No.: 22-41410-jmm

                                Debtor.
--------------------------------------------------------X

## AFFIRMATION OF NO ADVERSE INTEREST

STATE OF NEW YORK        )
                                    )ss.:
COUNTY OF SUFFOLK        )

       Avrum J. Rosen, an attorney at law duly admitted to practice before this Court affirms the following under penalty of perjury:

       1.     I am a member of the Law Offices of Avrum J. Rosen, PLLC (the "Firm") and make this affidavit in support of the application of Fraleg Group, Inc., the debtor and debtor-in-possession (the "Debtor"), for an Order authorizing the Debtor to retain the Firm as counsel in this case.

       2.     I am admitted to practice before this Court and am qualified to represent the Debtor in all matters pertaining to the administration of the case. Bankruptcy presently constitutes eighty-five percent (85%) of the firm's practice.

       3.     The undersigned is the attorney who will bear primary responsibility for the representation of the Debtor.

       4.     The undersigned has read and is generally familiar with Title 11 of the United States Code (the "Bankruptcy Code") together with current amendments, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and this Court's Chamber's Rules.

5. The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advice and assistance to the Debtor in determining whether to file a petition under the Bankruptcy Code;

    (b) preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the Court;

    (c) representation of the Debtor at the meeting of creditors;

    (d) preparation of motions, documents and applications in connection with the case; and

    (e) rendering legal advice to the Debtor in connection with all matters pending before the Court.

6. The undersigned is competent to represent the interest of the entity on whose behalf representation is now sought in all proceedings now pending or which may reasonably be expected.

7. The undersigned does not hold or represent an interest adverse to the Debtor or to the estate and is disinterested as that term is defined in Section 101(14) of the Bankruptcy Code.

8. As the result of inquiries, deponent believes that the Firm and the undersigned has no connection with any creditor or interested party.

9. The Firm and Avrum J. Rosen do not hold or represent any interests adverse to this estate or to the Debtor, and the Firm and Avrum J. Rosen are disinterested as that term is defined in Section 101(14) of the Bankruptcy Code. In an abundance of caution, the undersigned is disclosing that he and the Firm represented IBK Partners Inc., in a Chapter 11 bankruptcy matter identified by case number 19-72940-reg. IBK Partners Inc., is an entity whose principals

are some of the same principals as the Debtor. The bankruptcy matter of IBK Partners Inc. ended in January 2020 with a stipulated dismissal which led to the successful refinance of the subject property of that Chapter 11 and subsequent completion of the renovations. This Firm is not owed any fees or expenses from IBK and none of those actions are related to this Debtor.

10. Prepetition, Monkey Tech, Inc., an entity controlled by a relative of the Debtor's president, remitted to the Firm: (i) a retainer in the sum of fifteen thousand dollars ($15,000.00); and (ii) the filing fee in the sum of one thousand seven hundred and thirty-eight dollars ($1,738.00). The petition and Schedules reflected that the retainer came from the Debtor, because the Firm was not aware of the remitter of the funds until it received the wire confirmation several days later. . As of the filing, approximately $10,000.00 of that retainer remains in this Firm's IOLA account.

11. The undersigned affirms that the acceptance of a retainer from a third party will not in anywayaffect this Firm's independent professional judgment, duty of loyalty to its client and ability to maintain client confidentiality.

**WHEREFORE**, deponent respectfully requests that the Debtor's application for authority to retain the Law Offices of Avrum J. Rosen, PLLC, as attorney for the Debtor, be granted.

*s/Avrum J. Rosen*
Avrum J. Rosen

Sworn to before me this
_13th  day of July, 2022

/s/Alexandros Tsionis
Alexandros Tsionis
Notary Public State of New York
Qualified in Suffolk County
No. 02TS6391338
Commission Exp. 05/06/2023