**Law Offices of Avrum J. Rosen, PLLC**
*Proposed Counsel to Fraleg Group Inc.*
38 New Street
Huntington, New York 11743
(631) 423-8527
Avrum J. Rosen, Esq.
Nico G. Pizzo, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              Chapter 11

FRALEG GROUP, INC.,                                 Case No.: 22-41410-jmm

                            Debtor.
------------------------------------------------------------X

### "LAR-DAN" AFFIDAVIT OF WANNICK ALEGE OF MONKEY TECH, INC. IN CONNECTION WITH THE RETENTION OF THE LAW OFFICES OF <u>AVRUM J. ROSEN, PLLC, AS COUNSEL FOR THE DEBTOR</u>

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF KINGS     )

Wannick Alege, being duly sworn, deposes and states as follows:

1.     I am the President and the sole shareholder of Monkey Tech, Inc.

2.     Monkey Tech, Inc. is a foreign corporation created under the laws of Montana, with its corporate office located at 122 W. 27th Street, New York, New York 10001.

3.     Monkey Tech, Inc., is not a creditor of the debtor and debtor-in-possession, Fraleg Group Inc., (the "<u>Debtor</u>").

4.     I submit this Affidavit in connection with the Debtor's application to retain the Law Offices of Avrum J. Rosen, PLLC, (the "<u>Firm</u>") as attorneys for the Debtor.

5.     As disclosed in the Affidavit of Avrum J. Rosen, filed in support of the Application seeking the entry of an order authorizing the Debtor to retain the Law Offices of Avrum J. Rosen, PLLC, Monkey Tech, Inc., advanced $15,000.00 plus the filing fee of $1,738.00 and the Firm is currently holding $10,000.00 plus the Court imposed filing fee for a chapter 11 case in its escrow account. All funds of said retainer were received from Monkey

Tech, Inc., in its business capacity.  Neither Monkey Tech, Inc., nor its principals owe any funds to Debtor or to the Firm. To the extent that the Debtor may owe funds to Monkey Tech, Inc., I understand that Monkey Tech, Inc., is a creditor and may not receive a distribution in connection with the Chapter 11 case. I hereby irrevocably waive any right to recover from Debtor the $15,000.00 retainer and the Court imposed filing fee advanced to the Firm, on behalf of Debtor.

6. This shall confirm that the Firm has expressly advised Monkey Tech, Inc., and I acknowledge that, with regard to the matters which the Firm is to be engaged in this Chapter 11 proceeding, to the extent that the interests of the Debtor on one had diverge from Monkey Tech, Inc.'s interests, the Firm shall represent the Debtor only and not Monkey Tech, Inc.

7. I further expressly acknowledge that the Firm owes a duty of undivided loyalty to the Debtor only.  I have been advised by the Firm that if a conflict of interest should arise, that it will notify both the Court and me, and that in such circumstance, I, on behalf of Monkey Tech, Inc., should consult with independent legal counsel in connection with this matter.  The Firm has advised me that they will not represent Monkey Tech, Inc. with respect to any potential claims that Monkey Tech, Inc. may have against the Debtor or that the Debtor may have against Monkey Tech, Inc., and that I may wish to seek the advice of separate counsel with respect to same.

8. I further represent that neither the payor nor its principals expect to bid on any of the Debtor's assets nor to provide any DIP financing to the Debtor.

    _s/_ *Wannick Alege* _
Wannick Alege
President of Monkey Tech, Inc.,

Sworn to before me this
18th day of July, 2022

*s/ Richard Roach*_____
Notary Public State of New York
No. O1Ro0000257
Qualified in New York County
My Commission Expires March 4, 2024