UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                    Chapter 11

FRALEG GROUP, INC.,                                       Case No.: 22-41410-jmm

                        Debtor.
---------------------------------------------------------x

## ORDER GRANTING THE DEBTOR'S MOTION: (I) ENFORCING THE AUTOMATIC STAY, AND (II) GRANTING THE DEBTOR AN AWARD FOR DAMAGES FROM VIOLATION OF THE AUTOMATIC STAY

Upon the Application dated August 4, 2022, Fraleg Group, Inc., the debtor and debtor-in-possession (the "Debtor"), in this Chapter 11 case, by and through its proposed counsel, the Law Offices of Avrum J. Rosen, PLLC, seeking entry of an Order under Sections 105, and 362(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and the Court's inherent power to enforce its orders and the mandates of the Bankruptcy Code: (i) enforcing the automatic stay with respect to the creditor CAF Borrower GS LLC's (the "Lender") motion to void the order of dismissal entered in the dismissed bankruptcy case captioned *Fraleg Group, Inc., Chapter 11 Subchapter V Case Number 21-42322-jmm* (the "Dismissed Bankruptcy"); (ii) granting the Debtor an award for damages against the Lender and its counsel, Polsinelli PC (the "Counsel"), arising from violation of the automatic stay; and (iii) granting such other and further relief as this Court deems just and proper under the circumstances as follows; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due notice of the Application and this Order having been made; and after

due deliberation it being determined that the relief requested is necessary to the administration of the Debtor's estate; and the Court having determined that the legal and factual basis set forth in the Application establish just cause for the relief granted herein; and there being no opposition to the relief raised; and upon the record of the hearing held; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is granted to the extend set forth herein; and it is further

**ORDERED**, that the Lender shall withdraw its motion that was filed in the Dismissed Bankruptcy, which seeks to void the order of dismissal entered in the Dismissed Bankruptcy; and it is further

**ORDERED**, that the Lender and its Counsel is hereby assessed all of the fees and expenses of the Debtor in bringing this Application, including without limitation, fees and expenses of the Debtor's proposed counsel in connection with this matter; and it is further

**ORDERED**, that the parties are directed to confer by no later than five (5) business days of the entry of this Order, regarding the amount of damages to be paid to the Debtor, and the Court shall set a hearing for _____, 2022 on the amount of damages awarded to the Debtor; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.