UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                        Chapter 11

FRALEG GROUP, INC.,                                           Case No.: 22-41410-jmm

                        Debtor.

--------------------------------------------------------x

## ORDER SCHEDULING A HEARING ON AN EXPEDITED BASIS

Upon the application dated August 4, 2022, Fraleg Group, Inc., the debtor and debtor-in-possession (the "Debtor"), in this Chapter 11 case, by and through its proposed counsel, the Law Offices of Avrum J. Rosen, PLLC, seeking entry of an Order scheduling a hearing on an expedited basis seeking entry of an Order under Sections 105, and 362(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and the Court's inherent power to enforce its orders and the mandates of the Bankruptcy Code: (i) enforcing the automatic stay with respect to the creditor, CAF Borrower GS LLC's (the "Lender"), motion to void the order of dismissal entered in the Dismissed Bankruptcy case; (ii) granting the Debtor an award for damages against the Lender and its counsel, Polsinelli PC (the "Counsel"), arising from violation of the automatic stay; and (iii) granting such other and further relief as this Court deems just and proper under the circumstances as follows; it is hereby

**ORDERED**, that a hearing will be conducted telephonically, or if the Court deems necessary, by Zoom, before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on **August 17, 2022 at 10:45 a.m.** (the "Virtual Hearing") to consider the Application.

**ORDERED**, all hearing participants must register with eCourt Appearances two days in advance of all appearances. Registration is required by both attorneys and non-attorneys. If you

have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging

into CM/ECF. If you do not have a CM/ECF account, you may access eCourt Appearances on the

Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl. Those unable to

access eCourt Appearances must email Judge Mazer-Marino's Courtroom Deputy at:

jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email

must include your name, the case number(s), who you represent (if you are an attorney), hearing

date, and phone number; and it is further

**ORDERED**, Once registered, eCourt Appearances will email the telephone number and

video link for your hearing.  You may register for hearings weeks in advance, but the telephone

number video link will not be sent to you until **48 hours before the hearing date**.  Those

registering with eCourt Appearances for hearings less than 48 hours in advance should allow up

to 15 minutes after registration to receive the email with the telephone number and video link.

**ORDERED**, please follow these guidelines when appearing telephonically or by

videoconference:

1. Please join your hearing at the scheduled hearing time to avoid missing the call of your case.  Several matters may be scheduled for the same calendar.  Please keep your phone or video on mute until your case is called.
2. State your name before speaking, every time you speak.
3. Speak up and speak clearly.
4. Avoid using a speaker phone.
5. If you are not speaking, keep your phone or computer on mute. When appearing on Zoom, press **\*6** to mute and unmute the audio.
6. Join the hearing from a quiet room.

**ORDERED**, that the Debtor shall serve by email or facsimile, or if not available by FedEx,

UPS or other overnight mail service, a copy of this Order and the underlying Application for relief

upon: (1) all secured creditors (2) those unsecured creditors who filed proofs of claim; (3) those

parties having filed a notice of appearance in this case; (4) the Office of the United States Trustee;

and (5) the Lender's Counsel by not later than **August __, 2022**; and it is further

        **ORDERED**, that the Debtor shall file an affidavit of service attesting to service of this

Order and the underlying Application for relief by not later than **August __, 2022**; and it is further

        **ORDERED**, that objections, if any, to the relief requested in the Application may be heard

at the Virtual Hearing.