# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 8/5/2022 |
| Case: 1−22−41410−jmm | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty      Avrum J Rosen      arosen@ajrlawny.com

                                                                                  TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Fraleg Group, Inc.      931 Lincoln Place      Brooklyn, NY 11213

                                                                                 TOTAL: 1