UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                    Chapter 11

FRALEG GROUP, INC.,                                         Case No.: 22-41410-jmm

                       Debtor.
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                   ) ss:
COUNTY OF SUFFOLK        )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

      On the 5th day of August, 2022, deponent served the: **ORDER SCHEDULING A HEARING ON AN EXPEDITED BASIS and DEBTOR'S MOTION FOR AN ORDER: (I) ENFORCING THE AUTOMATIC STAY, AND (II) GRANTING THE DEBTOR AN AWARD FOR DAMAGES FROM VIOLATION OF THE AUTOMATIC STAY**, upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by Electronic Mail, Federal Express Mail and USPS Express Mail to:

See attached service list

                                                       */s/ Everlyn Meade-Bramble*
                                                       Everlyn Meade-Bramble

Sworn to before me this
5th day of August, 2022

*/s/ Nico G. Pizzo*
Nico G. Pizzo
Notary Public State of New York
Qualified in Suffolk County
No. 02PI6384544
Commission Exp. 12/17/2022

**Via Electronic Mail:**

David Ferguson
Polsinelli PC
dferguson@polsinelli.com

US Small Business Administration
c/o Jeffrey H Schervone
jeffrey.schervone@sba.gov

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

**Via Federal Express Mail:**

David Ferguson
Polsinelli PC
900 West 48th Place Suite 900
Kansas City MO 64112

CAF Borrower GS LLC
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Small Business Administration
c/o Jeffrey H Schervone
26 Federal Plaza Suite 3100
New York NY 10278-3199

Office of the United States Trustee
US Federal Office Building
201 Varick Street Unit 1006
New York NY 10014-9449

CoreVest American Finance
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street FL 400
New York NY 10281-5520

New York City Department of Finance
375 Pearl Street FL 27
New York NY 10038-1441

**Via USPS Express Mail:**

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346