United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                                      Case No. 22-41410-jmm
Fraleg Group, Inc.                                                                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                                    User: admin                                    Page 1 of 2
Date Rcvd: Aug 05, 2022                          Form ID: pdf000                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Fraleg Group, Inc., 931 Lincoln Place, Brooklyn, NY 11213-3332 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022                                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:**

**Name**                                    **Email Address**

Avrum J Rosen
    on behalf of Plaintiff Fraleg Group  Inc. arosen@ajrlawny.com,
    atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

Avrum J Rosen
    on behalf of Debtor Fraleg Group  Inc. arosen@ajrlawny.com,
    atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com

David Ferguson
    on behalf of Creditor CAF Borrower GS  LLC dferguson@polsinelli.com, tbackus@polsinelli.com;docketing@polsinelli.com

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

District/off: 0207-1  User: admin  Page 2 of 2
Date Rcvd: Aug 05, 2022  Form ID: pdf000  Total Noticed: 1
TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                    Chapter 11

FRALEG GROUP, INC.,                                       Case No.: 22-41410-jmm

                              Debtor.
----------------------------------------------------------x

## ORDER SCHEDULING A HEARING ON AN EXPEDITED BASIS

Upon the application **(the "Application") [ECF No. 22] (JMM),** dated August 4, 2022, Fraleg Group, Inc., the debtor and debtor-in-possession (the "Debtor"), in this Chapter 11 case, by and through its proposed counsel, the Law Offices of Avrum J. Rosen, PLLC, seeking entry of an Order scheduling a hearing on an expedited basis seeking entry of an Order under Sections 105, and 362(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and the Court's inherent power to enforce its orders and the mandates of the Bankruptcy Code: (i) enforcing the automatic stay with respect to the creditor, CAF Borrower GS LLC's (the "Lender"), motion to void the order of dismissal entered in the Dismissed Bankruptcy case; (ii) granting the Debtor an award for damages against the Lender and its counsel, Polsinelli PC (the "Counsel"), arising from violation of the automatic stay; and (iii) granting such other and further relief as this Court deems just and proper under the circumstances as follows; it is hereby

**ORDERED**, that a hearing will be conducted telephonically, or if the Court deems necessary, by Zoom, before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on **August 17, 2022 at 10:45 a.m.** (the "Virtual Hearing") to consider the Application.

**ORDERED**, all hearing participants must register with eCourt Appearances two days in advance of all appearances. Registration is required by both attorneys and non-attorneys. If you

1

have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you may access eCourt Appearances on the Court's website at https://www.nyeb.uscourts.gov/node/2126. Those unable to access eCourt Appearances must email Judge Mazer-Marino's Courtroom Deputy at: jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number; and it is further

**ORDERED**, once registered, eCourt Appearances will email the telephone number and video link for your hearing. You may register for hearings weeks in advance, but the telephone number video link will not be sent to you until **48 hours before the hearing date**. Those registering with eCourt Appearances for hearings less than 48 hours in advance should allow up to 15 minutes after registration to receive the email with the telephone number and video link.

**ORDERED**, please follow these guidelines when appearing telephonically or by videoconference:

1. Please join your hearing at the scheduled hearing time to avoid missing the call of your case. Several matters may be scheduled for the same calendar. Please keep your phone or video on mute until your case is called.
2. State your name before speaking, every time you speak.
3. Speak up and speak clearly.
4. Avoid using a speaker phone.
5. If you are not speaking, keep your phone or computer on mute. When appearing on Zoom, press **\*6** to mute and unmute the audio.
6. Join the hearing from a quiet room.

**ORDERED**, that the Debtor shall serve by email, **where available, (JMM)** or facsimile, ~~or if not available~~ **and (JMM)** by FedEx, UPS or other overnight mail service, a copy of this Order and the underlying Application for relief upon: (1) all secured creditors (2) those unsecured

creditors who filed proofs of claim; (3) those parties having filed a notice of appearance in this case; (4) the Office of the United States Trustee; and (5) the Lender's Counsel by not later than **August 7, 2022**; and it is further

**ORDERED**, that the Debtor shall file an affidavit of service attesting to service of this Order and the underlying Application for relief by no later than **August 15, 2022**; and it is further

**ORDERED**, that objections, if any, to the relief requested in the Application ~~may be heard at the Virtual Hearing~~ **shall be filed by August 12, 2022 (JMM)**.



**Dated: Brooklyn, New York**
**August 5, 2022**

_____
**Jil Mazer-Marino**
**United States Bankruptcy Judge**