# EXHIBIT

# "C"



**Nico Pizzo <npizzo@ajrlawny.com>**

---

## Fwd: 22MH3111A; New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

1 message

---

**Ronald Fraser** <ronfar73@gmail.com>  Tue, Aug 2, 2022 at 2:20 PM
To: Nico Pizzo <npizzo@ajrlawny.com>, Andy Alege <femyan@outlook.com>

Hi Nico,
Please find communication between the lender and the title c company in reference to closing of 112 N Walnut Street transaction.

Ronald Fraser
Modern Builders & Contractors Inc
Email: ronfar73@gmail.com
Office: (347) - 241 - 1641
Cell:    (347) - 634 - 1382


---------- Forwarded message ---------
From: **Mark Kraus** <mkraus@mhtitle.com>
Date: Wed, Jun 1, 2022 at 4:14 PM
Subject: RE: 22MH3111A; New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017
To: Title Team <titleteam@constructionloanservices.com>, Lexi Trent <lexi.trent@constructionloanservices.com>
Cc: Luke Harrison <luke.harrison@builders-capital.com>, Zane Thirus <fortressholdings@gmail.com>, Oscar Mendez <Oscar.Mendez@builders-capital.com>, <General@hemmingssnell.com>, Ronald Fraser <ronfar73@gmail.com>


Good Afternoon – We have received the last remaining search for this transaction and will be issuing the second title commitment this week. Thanks everyone!


Sincerely,


**Mark Kraus**

**Morris Home Abstract Co., Inc.**

**t/a Morris Home Title Agency**

301 East Hanover Avenue, Suite 1

Morristown, NJ 07960

(p) 973-267-0240 (f) 973-267-4219

Visit us at www.mhtitle.com





**From:** Mark Kraus <mkraus@mhtitle.com>
**Sent:** Tuesday, May 24, 2022 12:00 PM
**To:** 'Title Team' <titleteam@constructionloanservices.com>; 'Title Team' <titleteam@constructionloanservices.com>; 'Lexi Trent' <lexi.trent@constructionloanservices.com>
**Cc:** 'Luke Harrison' <luke.harrison@builders-capital.com>; 'Zane Thirus' <fortressholdings@gmail.com>; 'Oscar Mendez' <Oscar.Mendez@builders-capital.com>; 'General@hemmingssnell.com' <General@hemmingssnell.com>; 'Ronald Fraser' <ronfar73@gmail.com>
**Subject:** RE: 22MH3111A; New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017


Hi Ms. Trent:

We are compiling all searches from the county and state this week and are aiming to issue the title within the next week. For easy reference, we have assigned **Morris Home File No. 22MH3111A**.

Thank you,

**Mark Kraus**

**Morris Home Abstract Co., Inc.**

**t/a Morris Home Title Agency**

301 East Hanover Avenue, Suite 1

Morristown, NJ 07960

(p) 973-267-0240 (f) 973-267-4219

Visit us at www.mhtitle.com



---

**From:** Title Team <titleteam@constructionloanservices.com>
**Sent:** Tuesday, May 24, 2022 11:57 AM
**To:** Mark Kraus <mkraus@mhtitle.com>; Title Team <titleteam@constructionloanservices.com>; Lexi Trent <lexi.trent@constructionloanservices.com>
**Cc:** Luke Harrison <luke.harrison@builders-capital.com>; Zane Thirus <fortressholdings@gmail.com>; Oscar Mendez <Oscar.Mendez@builders-capital.com>; General@hemmingssnell.com; Ronald Fraser <ronfar73@gmail.com>
**Subject:** RE: 22MH3111A; New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

Hello Mark,

Do you have an ETA for the new commitment?

Thank you,



---

**From:** Mark Kraus <mkraus@mhtitle.com>
**Sent:** Tuesday, May 17, 2022 12:31 PM
**To:** Title Team <titleteam@constructionloanservices.com>; Lexi Trent <lexi.trent@constructionloanservices.com>
**Cc:** Luke Harrison <luke.harrison@builders-capital.com>; Zane Thirus <fortressholdings@gmail.com>; Oscar Mendez <Oscar.Mendez@builders-capital.com>; General@hemmingssnell.com; Ronald Fraser <ronfar73@gmail.com>
**Subject:** 22MH3111A; New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

Good Afternoon:

Thanks for reaching out. This is what we initially suspected. We have created a new Morris Home File No. **22MH3111A** proposing to include and insure Lot 15. It is a separate chain of title with separate requirements which is why we need to keep it by itself. We will circulate said title commitment once completed.

Thank you,

**Mark Kraus**

**All County Title, LLC**

301 East Hanover Avenue, Suite 1A

Morristown, NJ 07960

(p) 973-267-8570 (f) 973-267-8571



**From:** Title Team <titleteam@constructionloanservices.com>
**Sent:** Tuesday, May 17, 2022 3:18 PM
**To:** Mark Kraus <mkraus@mhtitle.com>; Lexi Trent <lexi.trent@constructionloanservices.com>
**Cc:** Luke Harrison <luke.harrison@builders-capital.com>; Zane Thirus <fortressholdings@gmail.com>; Oscar Mendez <Oscar.Mendez@builders-capital.com>; Title Team <titleteam@constructionloanservices.com>
**Subject:** RE: FW: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

Mark,

We would like the commitment to be updated to include both Lot 14 and 15 s soon as possible for our review. This is a rehabilitation loan for the apartment and will need to encumber both.

Thank you!

Cheers,

Chalo



Senior Title Manager
Title Department
TitleTeam@ConstructionLoanServices.com

CONFIDENTIALITY STATEMENT: This message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachments, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.

**From:** Mark Kraus <mkraus@mhtitle.com>
**Sent:** Tuesday, May 3, 2022 9:45 AM
**To:** Lexi Trent <lexi.trent@constructionloanservices.com>
**Cc:** Luke Harrison <luke.harrison@builders-capital.com>; Zane Thirus <fortressholdings@gmail.com>; Oscar Mendez <Oscar.Mendez@builders-capital.com>; Title Team <titleteam@constructionloanservices.com>
**Subject:** RE: FW: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

Hi Lexi:

Thanks for your note. We are working to issue this title commitment this week. We are still awaiting a few results back from the county. We'll be sure to circulate a copy of our commitment as soon as it's completed.

Sincerely,

**Mark Kraus**

**Morris Home Abstract Co., Inc.**

**t/a Morris Home Title Agency**

301 East Hanover Avenue, Suite 1

Morristown, NJ 07960

(p) 973-267-0240 (f) 973-267-4219

Visit us at www.mhtitle.com



---

**From:** Lexi Trent <lexi.trent@constructionloanservices.com>
**Sent:** Tuesday, May 3, 2022 12:40 PM
**To:** Mark Kraus <mkraus@mhtitle.com>
**Cc:** Luke Harrison <luke.harrison@builders-capital.com>; Zane Thirus <fortressholdings@gmail.com>; Oscar Mendez <Oscar.Mendez@builders-capital.com>; Title Team <titleteam@constructionloanservices.com>
**Subject:** RE: FW: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

Hi Mark,

Will you please send the commitment at your earliest convenience or provide an ETA?

Thank you!



---

**From:** Zane Thirus <fortressholdings@gmail.com>
**Sent:** Tuesday, April 26, 2022 4:12 PM
**To:** Oscar Mendez <Oscar.Mendez@builders-capital.com>
**Cc:** Lexi Trent <lexi.trent@constructionloanservices.com>; Luke Harrison <luke.harrison@builders-capital.com>
**Subject:** Re: FW: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

I will contact the borrower now and have him reply.

On Tue, Apr 26, 2022 at 6:03 PM Oscar Mendez <Oscar.Mendez@builders-capital.com> wrote:

> Zane,
>
> Can you help us on this?
>
> Please and thank you
>
> **Oscar Mendez**
>
> Business Relationship Manager
>
> **o:** 206.589.7223
>
> **e:** oscar.mendez@builders-capital.com



> **2910 S. Meridian Ave, Suite 310. Puyallup, WA 98373**
>
> Learn about Builders Capital | Like us on Facebook | Follow us on LinkedIn
>
> ---
>
> **From:** Title Team <titleteam@constructionloanservices.com>
> **Sent:** Tuesday, April 26, 2022 2:52 PM
> **To:** Pearla Lam <pearla.lam@constructionloanservices.com>; Oscar Mendez <Oscar.Mendez@builders-capital.com>; Luke Harrison <luke.harrison@builders-capital.com>
> **Cc:** Title Team <titleteam@constructionloanservices.com>
> **Subject:** FW: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017
> **Importance:** High
>
> Hello,
>
> Please see below.



> **From:** Mark Kraus <mkraus@mhtitle.com>
> **Sent:** Tuesday, April 26, 2022 8:38 AM
> **To:** Title Team <titleteam@constructionloanservices.com>
> **Cc:** Zane Thirus <fortressholdings@gmail.com>
> **Subject:** RE: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

**Importance:** High

Good Afternoon:

Please confirm if your proposed mortgage is encumbering Lot 14, Lot 15 or both.

Thank you,

**Mark Kraus**

**Morris Home Abstract Co., Inc.**

**t/a Morris Home Title Agency**

301 East Hanover Avenue, Suite 1

Morristown, NJ 07960

(p) 973-267-0240 (f) 973-267-4219

Visit us at www.mhtitle.com



**From:** Mark Kraus <mkraus@mhtitle.com>
**Sent:** Tuesday, April 19, 2022 3:25 PM
**To:** 'Title Team' <titleteam@constructionloanservices.com>
**Cc:** 'Zane Thirus' <fortressholdings@gmail.com>; 'Title Team' <titleteam@constructionloanservices.com>
**Subject:** RE: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

Good Afternoon: We expect to issue title/prelim this week. Thanks!

**Mark Kraus**

**Morris Home Abstract Co., Inc.**

**t/a Morris Home Title Agency**

301 East Hanover Avenue, Suite 1

Morristown, NJ 07960

(p) 973-267-0240 (f) 973-267-4219

Visit us at www.mhtitle.com



**From:** Title Team <titleteam@constructionloanservices.com>
**Sent:** Tuesday, April 19, 2022 3:18 PM
**To:** Mark Kraus <mkraus@mhtitle.com>
**Cc:** Zane Thirus <fortressholdings@gmail.com>; Title Team <titleteam@constructionloanservices.com>
**Subject:** RE: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ,

07017

Hello!

Do you have an ETA for the prelim?

Thank you,

 

Lexi Trent
Title Coordinator

P: 253.320.9696
E: lexi.trent@ConstructionLoanServices.com

---

**From:** Mark Kraus <mkraus@mhtitle.com>
**Sent:** Tuesday, April 12, 2022 2:52 PM
**To:** Selena Prince <selena.prince@constructionloanservices.com>
**Cc:** Zane Thirus <fortressholdings@gmail.com>; Title Team <titleteam@constructionloanservices.com>
**Subject:** Re: New Title & Escrow Order - TBD - FRALEG GROUP INC - 112 North Walnut St, East Orange NJ, 07017

Good Evening:

Thank you, request received. I'll circle back tomorrow with our title confirmation and new Morris Home file number.

Sincerely,

Mark Kraus

Morris Home Title Agency

301 E. Hanover Ave., Ste. 1

Morristown, NJ 07960

p 973-267-0240

Visit us at www.mhtitle.com

> On Apr 12, 2022, at 5:46 PM, Selena Prince <selena.prince@constructionloanservices.com> wrote:
>
> **PLEASE READ ENTIRE EMAIL**
>
> Hi Mark,
>
> Construction Loan Services would like to open title and escrow; please see below information. **If applicable, we need you to send list of items needed for title underwriting as soon as possible.**
>
> **PLEASE REPLY ALL TO THIS EMAIL!**
>
> **Lender: Construction Loan Services II, LLC, a Washington limited liability company, its successors and/or assigns as their interests may appear (ISAOA/ATIMA)**
>
> **Lender's Address:** 1019 39th Ave SE, Suite 220, Puyallup, WA 98374.
>
> **\*\*\*THIS IS A CONSTRUCTION LOAN\*\*\***
>
> **Lender Policy Requested:** ALL LOANS REQUIRE FULL UPFRONT COVERAGE FOR MECHANIC

LIENS.

IF UPFRONT COVERAGE IS NOT AVAILABLE, PLEASE RESPOND ASAP TO ALL PARTIES ON THIS ORDER REQUEST.

Work Started?: Yes

**Endorsements:** UPFRONT mechanics lien coverage or the ALTA 32/33 Endorsements required. ALTA 3.2 (if available), ALTA 5.1, ALTA 8.1, ALTA 9.7, ALTA 17 or 17.1, ALTA 17.2, ALTA 18 Series, ALTA 19 Series, ALTA 22, ALTA 26, ALTA 27 (if available), ALTA 28.2, CLTA 102.5 (x # of units), Arbitration requirement must be deleted from FINAL POLICY

**PREPAID** DATE DOWN/LIEN SEARCHES REQUESTED YES _X___ NO _____
If yes, how many? ____

**Loan Amount:** 6,653,701.02

**Loan Type:** Construction, External Refi

**Loan Number:** TBD

**Date of Loan Closing:** Apr 22, 2022

**Borrower:** FRALEG GROUP INC
**Contact Information:** Andy Alege
**Email:** Fraleggroup@gmail.com
**Phone:** 585-431-5426

Parcel/APN number(s): TBD

**Project Address and number of units:**

112 North Walnut St, East Orange NJ, 07017

Block 360, Lots 14 & 15

**Lender Requirements:**

1. Please reference our loan number on all correspondence
2. All exception documents must be hyperlinked or included as a PDF please
3. Parcel numbers, tax certificates, and plat maps
4. CPL, Wire instructions & Initial Settlement Statement/Fees

**Please provide an estimated turn time.**

Thank you and please let me know if you have any questions!

Zane Thirus

Email: fortressholdings@gmail.com

@Zane Please send questionnaire to borrower and forward to title after completion.

Please also request borrowers Articles of Incorporation and Bylaws and forward to the Title Team.

Title Team: titleteam@constructionloanservices.com

CONFIDENTIALITY STATEMENT: This message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachments, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.

CONFIDENTIALITY STATEMENT: This message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachments, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.

CONFIDENTIALITY STATEMENT: This message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachments, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.

--

Thank you,

Zane V. Thirus

V.P. Of Commercial Lending
**Fortress Holdings Corporation**
708-296-4387

PLEASE READ: This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please delete it and all copies from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Fortress Holdings Corporation and its respective subsidiaries each reserve the right to monitor all e-mail communications through its networks. Any views expressed in this message -are those of the individual sender, except where the message states otherwise and the sender is authorized to state the views of such entity. Unless otherwise stated, any pricing information in this message is indicative only, is subject to change and does not constitute an offer to deal at any price quoted. Any reference to the terms of executed transactions should be treated as preliminary only and subject to our formal written confirmation.

CONFIDENTIALITY STATEMENT: This message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachments, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.

CONFIDENTIALITY STATEMENT: This message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachments, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.

CONFIDENTIALITY STATEMENT: This message and any files transmitted with it are intended exclusively for the individual or entity to which it is addressed. The message, together with any attachments, may contain confidential and/or privileged information. Any unauthorized review, use, printing, saving, copying, disclosure or distribution is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply email and delete all copies.