UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                          Chapter 11

FRALEG GROUP, INC.,                                              Case No.: 22-41410-jmm

                                  Debtor.
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss:
COUNTY OF SUFFOLK      )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

        On the 11th day of August, 2022, deponent served the **DEBTOR'S OPPOSITION TO CAF BORROWER GS LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND *IN REM* RELIEF with EXHIBITS attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                                              */s/ Everlyn Meade-Bramble*
                                                              Everlyn Meade-Bramble

Sworn to before me this
11th day of August, 2022

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2022

Office of the United States Trustee
US Federal Office Building
201 Varick Street Unit 1006
New York NY 10014-9449

David Ferguson
Polsinelli PC
900 West 48th Place Suite 900
Kansas City MO 64112-1899