UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                    Chapter 11

FRALEG GROUP, INC.,                                          Case No.: 22-41410-jmm

                                    Debtor.
-------------------------------------------------------X

## <u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                                ) ss:
COUNTY OF SUFFOLK        )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

      On the 11th day of August, 2022, deponent served the **AMENDED SCHEDULES,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                  */s/ Everlyn Meade-Bramble*
                                    Everlyn Meade-Bramble

Sworn to before me this
11th day of August, 2022

<u>s/Avrum J. Rosen</u>
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2022

Andy Alege
195 St James Place
Brooklyn NY 11216-7385

CoreVest American Finance
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Small Business Administration
c/o Jeffrey H Schervone
26 Federal Plaza Suite 3100
New York NY 10278-3199

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

US Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street FL 400
New York NY 10281-5520

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Office of the United States Trustee
US Federal Office Building
201 Varick Street Unit 1006
New York NY 10014-9449

David Ferguson
Polsinelli PC
900 West 48th Place Suite 900
Kansas City MO 64112-1899