# Exhibit A

# Foreclosure Case Summary

**Case Number:** SWC F-001632-20

**Case Caption:** Caf Borrower Gs Llc Vs Fraleg Group, Inc.

**Court:** General Equity  **Venue:** Essex  **Case Initiation Date:** 01/30/2020

**Case Type:** Commercial Mortgage Foreclosure  **Case Status:** Defaulted

**Case Track:**  **Judge:**

## Plaintiffs

### Caf Borrower Gs Llc

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** Jason A Nagi |
| **Address Line 1:** 1920 Main Street, Suite 850 | **Address Line 2:** | **Attorney Bar ID:** 036452000 |
| **City:** Irvine  **State:** CA | **Zip:** 92614 | **Phone:** |
| **Attorney Email:** | | |

## Defendants

### Fraleg Group, Inc.

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**  **State:** NY | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

### Renhan Llc

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**  **State:** | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

### Tam Lending Center Inc.

| | | |
|---|---|---|
| **Party Description:** Business | | **Attorney Name:** |
| **Address Line 1:** | **Address Line 2:** | **Attorney Bar ID:** |
| **City:**  **State:** | **Zip:** 00000 | **Phone:** |
| **Attorney Email:** | | |

## Properties

Block: 360    Lot: 15

**Street Address:** 112 N. Walnut Street  **County:** Essex  **Municipality:** 0706 - East Orange City

**Property Type:** Foreclosed Property

## Case Proceeding

| Created Date | Scheduled Time | Court Room | Judge Name | Proceeding Description | Motion Type | Proceeding Status | Motion Status |
|---|---|---|---|---|---|---|---|
| 04/16/2021 | 09:00 | REMOT | JAMES   R PAGANELLI | MOTION HEARING | MISCELLANEOUS MOTION | COMPLETED | CM |

## Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 01/30/2020 | Complaint submitted by NAGI, JASON A, POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC. | CHC202035781 | 01/30/2020 |
| 08/20/2020 | RETURN OF SERVICE submitted by NAGI, JASON, A of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC. | CHC2020202969 | 08/20/2020 |
| 09/17/2020 | AMENDED COMPLAINT submitted by NAGI, JASON, A of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., RENHAN LLC, TAM LENDING CENTER INC. | CHC2020221759 | 09/17/2020 |
| 11/20/2020 | RETURN OF SERVICE submitted by NAGI, JASON, A of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against TAM LENDING CENTER INC. | CHC2020269048 | 11/20/2020 |
| 11/20/2020 | RETURN OF SERVICE submitted by NAGI, JASON, A of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against RENHAN LLC | CHC2020269053 | 11/20/2020 |
| 02/22/2021 | REQUEST FOR DEFAULT submitted by FIANDER, MORGAN, COLLEEN of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., TAM LENDING CENTER INC., RENHAN LLC | CHC202133951 | 02/22/2021 |
| 02/22/2021 | MOTION FOR FINAL JUDGMENT submitted by FIANDER, MORGAN, COLLEEN of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., TAM LENDING CENTER INC., RENHAN LLC | CHC202133965 | 02/22/2021 |
| 03/16/2021 | Denied Order For Final Judgment submitted by Court | CHC202150951 | 03/16/2021 |

| | | | |
|---|---|---|---|
| 03/17/2021 | CORRESPONDENCE - CORRESPONDENCE submitted by DAVIS, AARON, PAUL of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., TAM LENDING CENTER INC., RENHAN LLC | CHC202152209 | 03/17/2021 |
| 03/17/2021 | NOTICE OF APPEARANCE submitted by DAVIS, AARON, PAUL of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., TAM LENDING CENTER INC., RENHAN LLC | CHC202152441 | 03/17/2021 |
| 03/17/2021 | NOTICE OF APPEARANCE submitted by FIANDER, MORGAN, COLLEEN of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., TAM LENDING CENTER INC., RENHAN LLC | CHC202152442 | 03/17/2021 |
| 03/19/2021 | DEFICIENCY NOTICE: re: CORRESPONDENCE [CHC202152209] -received not filed; no pending motion on docket | CHC202153324 | 03/19/2021 |
| 03/26/2021 | REQUEST FOR DEFAULT submitted by FIANDER, MORGAN, COLLEEN of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., TAM LENDING CENTER INC., RENHAN LLC | CHC202159269 | 03/26/2021 |
| 03/29/2021 | MOTION FOR FINAL JUDGMENT submitted by FIANDER, MORGAN, COLLEEN of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., TAM LENDING CENTER INC., RENHAN LLC | CHC202160518 | 03/29/2021 |
| 03/29/2021 | MISCELLANEOUS MOTION submitted by FIANDER, MORGAN, COLLEEN of POLSINELLI, PC on behalf of CAF BORROWER GS LLC against FRALEG GROUP, INC., TAM LENDING CENTER INC., RENHAN LLC | CHC202160588 | 03/29/2021 |
| 03/30/2021 | The motion filed on 03/29/2021 will be decided on 04/16/2021. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MISCELLANEOUS MOTION [CHC202160588] | CHC202160764 | 03/30/2021 |
| 04/16/2021 | MISCELLANEOUS ORDER-Granted by Judge PAGANELLI, JAMES, R re: MISCELLANEOUS MOTION [CHC202160588] | CHC202174464 | 04/16/2021 |
| 04/22/2021 | Denied Order For Final Judgment submitted by Court | CHC202178892 | 04/22/2021 |
| 04/26/2021 | Order Signed-ORDER TO VACATE submitted by Court | CHC202181128 | 04/26/2021 |
| 04/26/2021 | Uncontested Order for Final Judgment and Taxed Cost Sheet submitted by Court | CHC202181187 | 04/26/2021 |
| 04/26/2021 | Writ of Execution submitted by Court | CHC202181188 | 04/26/2021 |
| 04/27/2021 | Foreclosure Judgment Notice Notice submitted by Case Management | CHC202181739 | 04/27/2021 |
| 04/27/2021 | Foreclosure Writ Notice Notice submitted by Case Management | CHC202181740 | 04/27/2021 |