# Exhibit B

# AFFIDAVIT OF SERVICE

**State of New Jersey**  **County of Essex**  **Superior Court**

Case Number: SWC-F-001632-20

Plaintiff/Petitioner:
**CAF BORROWER GS, LLC**
vs.
Defendant/Respondent:
**FRALEG GROUP, INC., a New York corporation**

Received by HPS Process Service & Investigations to be served on **Fraleg Group, Inc., c/o VCorp Services, LLC, 820 Bear Tavern Road, West Trenton, NJ 08628**. I, __Ted Cordasco__, being duly sworn, depose and say that on the __13th__ day of __July__, 20__20__ at __2__:__49__ p.m., executed service by delivering a true copy of the Summons; Complaint in Foreclosure; and Schedule A in accordance with state statutes in the manner marked below:

(x) REGISTERED AGENT SERVICE: By serving __Ebony Hill__
as __Intake Specialist @ VCorp Services, LLC__ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_signature_ 7/21/2020
PROCESS SERVER # _____
Appointed in accordance with State Statutes

Subscribed and Sworn to before me on the __21st__ day of __July__, __2020__ by the affiant who is personally known to me.

_signature_
NOTARY PUBLIC

**CARMEN I. MOLINA**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 2442741**
**My Commission Expires 2/6/2024**

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2020012838
Ref: CAF Borrower GS v. Fraleg Group, Inc.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c