# Exhibit I

**From:** Amy Hatch <AHatch@Polsinelli.com>
**Sent:** Wednesday, July 22, 2020 4:25 PM
**To:** Ronald Fraser <ronfar73@gmail.com>
**Cc:** Andy Alege <femyan@outlook.com>
**Subject:** RE: FW: Payoff requests (Fraleg)

Ronald –

It appears the interest amount for 6 months will be approximately $218K leaving $109K still owed for the 3 months that would be deferred.

The Lender would agree to forbear from its rights to allow a refinance until 9/30.

The August and September payments would be due as required by the Loan Documents.

If the Borrower does not perform, then the Borrower consents to foreclosure.

This is all subject to the Lender's committee approval. If these terms are feasible, please let me know so I can further discuss with the Lender.

Attached is the full payoff as of 8/21 for your review.

Amy


Amy E. Hatch
Polsinelli PC
816-678-1139 (cell)




**From:** Ronald Fraser <ronfar73@gmail.com>
**Sent:** Tuesday, July 21, 2020 1:50 PM
**To:** Amy Hatch <AHatch@Polsinelli.com>

**Cc:** Andy Alege <femyan@outlook.com>
**Subject:** Re: FW: Payoff requests (Fraleg)

**EXTERNAL EMAIL**    **ronfar73@gmail.com**

Hi, Amy good afternoon to you.
Yes, we would like the lender to consider the following:
a: consider a deferred payment for the month of March, April, and May as a result of COVID - 19
b: we will be paying for November, December, January, February, June, and July.
This request will allow us to continue our development while we complete our refinance of this loan.
please advise
Thanks

Ronald Fraser
Modern Builders & Contractors Inc
Email: ronfar73@gmail.com
Office: (347) - 241 - 1641
Cell:   (347) - 634 - 1382


On Tue, Jul 21, 2020 at 2:25 PM Amy Hatch <AHatch@polsinelli.com> wrote:

> I am following up on the below email.  Please provide more details on whether you have a proposal you want the Lender to consider.
>
>
> Thanks.
>
>
> Amy
>
>
> ------
> **From:** Hector Rodriguez <Hector.Rodriguez@cvest.com>
> **Sent:** Monday, July 20, 2020 2:14 PM
> **To:** ronfar73@gmail.com; femyan@outlook.com
> **Cc:** Cynthia Martinez <Cynthia.Martinez@cvest.com>; CoreVest Servicing <corevestservicing@statebridgecompany.com>; George Younes <George.Younes@5arch.com>; CJ Suzuki <CJ.Suzuki@cvest.com>; Michael Minck <Michael.Minck@cvest.com>; Meghan Moran <mmoran@statebridgecompany.com>; Stef Jeffries <sjeffries@statebridgecompany.com>; Keith Minch <kminch@statebridgecompany.com>; CoreVest Servicing <corevestservicing@statebridgecompany.com>; John Prins <John.Prins@cvest.com>
> **Subject:** RE: Payoff requests (Fraleg)
> **Importance:** High
>
>
> Ronald/Andy ,

You will need to reach out to our Foreclosure attorney Amy Hatch  to discuss .

She is copied on this email , her contact info is provided below –

Amy Hatch - AHatch@Polsinelli.com

Polsinelli PC

816-678-1139 (cell)

Amy- please reach out to Ronald Fraser to discuss possible reinstatement of Fraleg property .

**Loans is past due for 11/10/2019 .**

His info is provided below –

Ronald Fraser

Modern Builders & Contractors Inc

Email: ronfar73@gmail.com

Office: (347) - 241 - 1641

Cell:    (347) - 634 - 1382

Regards ,

**Hector Rodriguez** | Bridge Asset Management Associate

Office: 949.288.7085 | Mobile: 562.599.9679

19800 MacArthur Blvd., Suite 1150, Irvine, CA 92612

Website | LinkedIn | Instagram | Facebook | YouTube

---

**From:** Cynthia Martinez <Cynthia.Martinez@cvest.com>
**Sent:** Monday, July 20, 2020 11:51 AM
**To:** Hector Rodriguez <Hector.Rodriguez@cvest.com>
**Subject:** FW: Payoff requests

Hector,

Please see below

Thanks

**Cynthia Martinez** | Underwriting Associate

Office: 949.344.7868 | Mobile: 909.268.6181

19800 MacArthur Blvd., Suite 1150, Irvine, CA 92612

Website | LinkedIn | Instagram | Facebook | YouTube

>
**Sent:** Monday, July 20, 2020 9:49 AM
**To:** Cecilia Lai <Cecilia.Lai@cvest.com>; Andy Alege <femyan@outlook.com>; Cynthia Martinez <Cynthia.Martinez@cvest.com>
**Subject:** Re: Payoff requests

GOOD MORNING CECILLA, hope your morning is going as planned,

We would like to speak with you in reference to bringing our loan current and also we need a payoff valid for the next 30.

We are still in the process of refinancing this but we cannot get a definitely date as to when this process will be completed.

4

Please feel free to contact us at your earliest convenience.

Thank you


Ronald Fraser

Modern Builders & Contractors Inc

Email: ronfar73@gmail.com

Office: (347) - 241 - 1641

Cell:    (347) - 634 - 1382



On Mon, Jul 20, 2020 at 10:34 AM Leonel Solis <lsolis@statebridgecompany.com> wrote:

> Please note:
>
> If your inquiry is payoff related, please send your inquiry directly to our CoreVest payoff department: corevestpayoff@statebridgecompany.com.
>
>
> Leonel Solis
> Servicing Specialist
> Statebridge Company
> 6061 S. Willow Dr. Suite 300
> Greenwood Village, CO 80111
> P: (720) 697-6358 | F: (720) 552-6193
> (Toll Free): 866-466-3360
> lsolis@statebridgecompany.com
>
> **Statebridge Company** is a mortgage loan servicer and a portion of our business involves the collection of debts. Any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt. This message and any accompanying communications are covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510.2521, and contain information intended for the specified individual(s) only. This information is confidential and proprietary, and may contain information that is privileged, attorney work product, or otherwise protected by applicable law. If you are not the intended recipient or an agent responsible for delivering the communication to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, copying, or the taking of any action based upon the contents of this communications strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message. Please note that any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of The Company. Finally, the recipient should check this e-mail and any attachments for the presence of viruses. The Company accepts no liability for any damage caused by any virus transmitted by this e-mail.
>
> **Links contained in this email have been replaced by ZixProtect Link Protection. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is**

**found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.**

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.