# Exhibit J

**EXTERNAL EMAIL**  dsnell@darlenesnelllaw.com

Hello Morgan,

Thank you for your reply. I will advise my client of your terms and get back to you as soon as possible.

Regards,

Darlene Y. Snell, Esq.
**Law Office of Darlene Yvette Snell, PLLC**
140 Broadway, Suite 4600
New York, NY 10005
(212) 208-1404 Tel.
(212) 401-4754 Fax
dsnell@darlenesnelllaw.com

*This email, including all attachments, is attorney-client privileged and intended only for the use of the individual to whom or the entity to which it is addressed. This email contains information that is attorney-client privileged, personal and confidential and exempt from disclosure under applicable law. If the reader of this email is not the intended recipient, or the employee or agent responsible for delivering this email to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding or copying of this email communication is strictly prohibited. If you have received this email in error, please notify me immediately by email or telephone and delete this email. Thank you.*

On Fri, Jun 25, 2021 at 1:45 PM Morgan Fiander <mfiander@polsinelli.com> wrote:

> Darlene,
>
> As I mentioned yesterday, we have gone down the settlement/resolution road before with your predecessor(s) and client and they have continually gone radio silent and off the radar, which indicated to the lender that such offers or proposals were nothing more than delay tactics. At this point we are continuing to move forward. If they wish to avoid the sheriff's sale, and you have an offer/request, please put it in writing and we will provide it to our client. To be clear, unless the request is accompanied by a large payment and/or deposit to be applied to the debt, it will not be entertained.
>
> Thank you,

**Morgan Fiander**
*Associate*

mfiander@polsinelli.com
**212.413.2838**
600 Third Avenue, 42nd Floor
New York, NY 10016
polsinelli.com



Polsinelli PC, Polsinelli LLP in California

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.