# Exhibit B

# AFFIDAVIT OF SERVICE

**State of New Jersey**  **County of Essex**  **Superior Court**

Case Number: SWC-F-001632-20

Plaintiff/Petitioner:
**CAF BORROWER GS, LLC**
vs.
Defendant/Respondent:
**FRALEG GROUP, INC., a New York corporation**

Received by HPS Process Service & Investigations to be served on **Fraleg Group, Inc., c/o VCorp Services, LLC, 820 Bear Tavern Road, West Trenton, NJ 08628**. I, __Ted Cordasco__, being duly sworn, depose and say that on the __13th__ day of __July__, 20__20__ at __2__:__49__ p.m., executed service by delivering a true copy of the Summons; Complaint in Foreclosure; and Schedule A in accordance with state statutes in the manner marked below:

(x) REGISTERED AGENT SERVICE: By serving __Ebony Hill__
as __Intake Specialist @ VCorp Services, LLC__ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __21st__ day of __July__, __2020__ by the affiant who is personally known to me.

NOTARY PUBLIC

**CARMEN I. MOLINA**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 2442741**
**My Commission Expires 2/6/2024**

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2020012838
Ref: CAF Borrower GS v. Fraleg Group, Inc.

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c