UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
In re:                                             Chapter 11

FRALEG GROUP, INC.,                                Case No.: 22-41410-jmm

                         Debtor.
-------------------------------------X

### ORDER AUTHORIZING DEBTOR TO RETAIN
### THE LAW OFFICES OF AVRUM J. ROSEN, PLLC AS COUNSEL TO
### THE DEBTOR, EFFECTIVE AS OF JUNE 17, 2022

UPON the application (the "Application") of Fraleg Group, Inc., the debtor and debtor-in-possession (the "Debtor"), requesting authority to employ the Law Offices of Avrum J. Rosen, PLLC to represent the Debtor in all matters connected with these proceedings, and the affidavit of Avrum J. Rosen, sworn to on the 13th day of July 2022 (the "Rosen Affidavit"), and it appearing that members of the Law Offices of Avrum J. Rosen, PLLC are admitted to practice before this Court, and the Court being satisfied that the Law Offices of Avrum J. Rosen, PLLC neither represents nor holds any interest adverse to the Debtor, or to the estate in the matter upon which it is engaged, and that the employment of the Law Offices of Avrum J. Rosen, PLLC is necessary and in the best interest of the estate; it is hereby

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that pursuant to section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtor is authorized to employ and retain the Law Offices of Avrum J. Rosen, PLLC as its counsel, effective as of June 17, 2022, on the terms and conditions set forth in the Application and in the Rosen Affidavit; and it is further

**ORDERED**, that the Law Offices of Avrum J. Rosen, PLLC shall be compensated for fees and reimbursed for reasonable and necessary expenses and shall file interim and final fee applications for allowance of its compensation and expenses pursuant to sections 330 and 331 of the Bankruptcy Code and in accordance with the Bankruptcy Rules and Guidelines for Fees and Disbursements for Professionals in the Eastern District of New York; and it is further

**ORDERED**, that prior to any increases in the Law Offices of Avrum J. Rosen, PLLC's rates, the Law Offices of Avrum J. Rosen, PLLC shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that the Law Offices of Avrum J. Rosen, PLLC shall not share its compensation with any other attorneys; and it is further

**ORDERED**, that the Law Offices of Avrum J. Rosen, PLLC shall apply any remaining amounts of its prepetition retainer as a credit toward post-petition fees and expenses, after such post-petition fees and expenses are approved pursuant to the first order of the Court awarding fees and expenses to the Law Offices of Avrum J. Rosen, PLLC, after notice and a hearing; and it is further

**ORDERED**, that the Court ~~shall~~ **may** **(JMM)** retain jurisdiction to hear and to determine all matters arising from or related to the implementation of this Order.

**NO OBJECTION:**

**William K. Harrington**
**United States Trustee for Region 2**

**By:** */s/ Nazar Khodorovsky*
    **Nazar Khodorovsky, Trial Attorney**

**Dated: August 16, 2022**

Dated: Brooklyn, New York
August 18, 2022

_____
Jil Mazer-Marino
United States Bankruptcy Judge