# EXHIBIT "A"

# Exhibit 6



August 30, 2022

The property below is included as item# [1]-of-[1] properties in a Bulk Payoff.

Loan# 0000207560
Loan Type: Construction
FRALEG GROUP INC, A NEW YORK CORPORAT
ANDY ALEGE
112 N WALNUT ST
EAST ORANGE NJ 07017

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address. Funds received in this office after 12:00 noon will be processed on the next business day, with interest charged to that date. All funds must be certified: money order, wire, Western Union, or cashier's check.

All payoff figures are subject to clearance of funds in transit. The payoff is subject to final audit when presented. Any overpayment or refunds will be mailed directly to the borrower. We will prepare the release of our interest in the property after all funds have cleared.

| | |
|---|---:|
| **Projected Payoff Date** | **9/15/2022** |
| Principal Balance | $4,550,000.00 |
| Interest Thru 9/15/2022 | $1,161,329.11 |
| Default Interest thru 9/15/2022 | $683,127.14 |
| Fees | $149,196.35 |
| 5% Maturity late fee | $227,500.00 |
| Release Fees | $348.00 |
| Funds owed by borrower (see details page) | $38,578.84 |
| Funds owed to borrower | ($0.00) |
| Unused Holdback Reserve | ($1,400,000.00) |
| **Total Payoff   (includes $330.00 Payoff Demand Fee)** | **$5,410,409.44** |
| Per Diem | $1,706.25 |

The next payment due is 11/10/2019. Payments are made by Billing on a Monthly basis. The current interest rate is 8.500%. The default rate is 5%. This loan matured on 07/23/2020.

**PLEASE CONTACT US TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

Statebridge Company, LLC
6061 S. Willow Drive, Suite 300
Greenwood Village, CO 80111
(866) 466-3360 | (720) 600-7894
corevestpayoff@statebridgecompany.com

Case 21-12440-mmh Doc 40-7 Filed 09/21/22 Entered 09/21/22 16:50:04 Desc Exhibit 6 September 15 2022 Payoff Statement Page 2 of 4

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC  6061 S. Willow Drive, Suite 300  Greenwood Village, CO 80111  www.StatebridgeCompany.com  .(866) 466-3360

*Jennifer Leuenberger*



**FRALEG GROUP INC, A NEW YORK CORPORAT - Loan# 0000207560**

## FEE DETAILS

| Description | Amount |
| --- | --- |
| FC Attorney Cost | $109,556.03 |
| FC Attorney Fee | $26,311.50 |
| Late Charge | $8,218.82 |
| Appraisal | $4,000.00 |
| Vacant Prop Reg | $595.00 |
| BPO | $465.00 |
| Inspections | $35.00 |
| Phone Pay | $15.00 |
|  | $149,196.35 |

## FUNDS OWED BY BORROWER DETAILS

| Description | Amount |
| --- | --- |
| Escrow Advance | $38,578.84 |
|  | $38,578.84 |

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.



# When sending a cashier's check or Money Order please send to:

Statebridge Company, LLC
ATTN: Cashiering Department
6061 S. Willow Drive, Suite 300
Greenwood Village, CO 80111

# BANK WIRE/ACH INSTRUCTIONS

Statebridge Company, LLC - PAYOFFS

Community Banks of Colorado
a division of NBH Bank
1111 Main Street, Suite 2800
Kansas City, MO 64105

ROUTING
ACCOUNT
BENEFICIARY: Statebridge Company

Please reference the loan # or account number in all ACH/Wires. Please be sure to included beneficiary name to ensure your wire is credited to your account.

Statebridge Company, LLC is a debt collector and is attempting to collect a debt. Any information obtained may be used for that purpose. If you are in active bankruptcy or have previously received a discharge in bankruptcy, this correspondence is not and should not be construed to be an attempt to collect a debt, but a possible enforcement of a lien against property.

Statebridge Company, LLC  6061 S. Willow Drive, Suite 300  Greenwood Village, CO 80111  www.StatebridgeCompany.com  (866) 466-3360