UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                Chapter 11

FRALEG GROUP, INC.,                                      Case No.: 22-41410-jmm

                                      Debtor.
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF SUFFOLK    )

       **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

       On the 9th day of September, 2022, deponent served the **DEBTOR'S SUPPLEMENTAL MEMORANDUM OF LAW IN REPLY AND OPPOSITION TO THE: (I) DEBTOR'S MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY AND GRANTING THE DEBTOR AN AWARD FOR DAMAGES FROM VIOLATION OF THE AUTOMATIC STAY; (II) CAF BORROWER GS LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND IN REM RELIEF; AND (III) CAF BORROWER GS LLC'S MOTION TO VOID THE ORDER OF DISMISSAL with EXHIBIT attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail and also served by Electronic Mail to:

See attached list

                                                                    */s/ Everlyn Meade-Bramble*
                                                                    Everlyn Meade-Bramble

Sworn to before me this
9th day of September, 2022

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542

Qualified in Suffolk County
Commission Expires September 8, 2022

**Via First Class Mail:**

Andy Alege
195 St James Place
Brooklyn NY 11216-7385

CoreVest American Finance
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Small Business Administration
c/o Jeffrey H Schervone
26 Federal Plaza Suite 3100
New York NY 10278-3199

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

US Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street FL 400
New York NY 10281-5520

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

**Via Electronic Mail:**

David Ferguson
dferguson@polsinelli.com

Morgan Fiander
mfiander@polsinelli.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

New York City Department of Finance
leungc@finance.nyc.gov