# EXHIBIT "C"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                              Chapter 11

FRALEG GROUP, INC.,                                     Case No.: 22-41410-jmm

                                    Debtor.
------------------------------------------------------------X

# BALLOT FOR ACCEPTING OR REJECTING
# DEBTOR'S PLAN OF REORGANIZATION

## PART I – GENERAL INFORMATION

Fraleg Group, Inc., the debtor and debtor-in-possession (the "Debtor"), by its counsel, the Law Offices of Avrum J. Rosen, PLLC, filed a Chapter 11 Plan of Reorganization dated September 15, 2022 (the "Plan") and Disclosure Statement dated September 15, 2022 (the "Disclosure Statement") in this case.

The Bankruptcy Court has approved the Disclosure Statement. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by theBankruptcy Court.

The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a copy of the Disclosure Statement, you may obtain a copy from the Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, (631) 423-8527, Attn: Avrum J. Rosen, Esq., arosen@ajrlawny.com.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

## PART II – BALLOT

If your ballot is not received by the Law Offices of Avrum J. Rosen, PLLC, on or before**_____, 2022 by 5:00 p.m. (Eastern)**, and such deadline is not extended by order of the Bankruptcy Court permitting a late submission, your vote will not count as either an acceptance or rejection of the Plan.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

1

**Your ballot will not be counted if you fail to vote to either accept or reject the Plan in the space provided below.**

**Your ballot will also not be counted if you have not completed and satisfied Parts III and IV below of this Ballot.**

| |
|---|
| The undersigned is a holder of a Class _____ Claim against the Debtor in the claimed unpaid principal amount of $_____ : |
| *(check one box only)* |
| [  ] **ACCEPTS** THE PLAN |
| [  ] **REJECTS** THE PLAN |

## PART III - SIGN AND DATE THIS BALLOT

| | |
|---|---|
| Dated: | |
| Creditor Name: | |
| Signature: | |
| Print Name: | |
| Title (if corporation or partnership): | |
| Address: | |
| City, State Zip | |

## PART IV - RETURN THIS BALLOT

**BY:   Regular mail, overnight mail, hand delivery, electronic mail, or facsimile to:**

| **If by regular mail, overnight mail or hand delivery:** | **If by electronic mail:** | **If by facsimile:** |
|---|---|---|
| Law Offices of Avrum J. Rosen, PLLC<br>Attn.: Avrum J. Rosen, Esq.<br>38 New Street<br>Huntington, New York 11743 | arosen@ajrlawny.com | (631) 423-4536 |