

900 W. 48th Place, Suite 900, Kansas City, MO 64112 • (816) 753-1000

September 26, 2022

David D. Ferguson
816.360.4311
816.572.5311 Fax
dferguson@polsinelli.com

**VIA PACER/ECF AND EMAIL**

Hon. Jil Mazer-Marino
United States Bankruptcy Judge
United States Bankruptcy Court for the Eastern District of New York
271-C Cadman Plaza East - Suite 1595
Brooklyn, New York 11201
jmm_hearings@nyeb.uscourts.gov

        **Re:**    **In re: Fraleg Group, Inc., Case No. 22-41410**
                **Request for Adjournment of Briefing Deadline**

Judge Mazer-Marino:

       Polsinelli PC represents secured creditor CAF Borrower GS, LLC ("**Lender**") in the above-referenced bankruptcy action. This letter is jointly submitted with counsel for the Debtor Fraleg Group, Inc. ("**Debtor**").

       Lender's current deadline to respond to Fraleg's Supplemental Reply Brief, with respect to the Proof of Claim submitted by Lender on August 31, 2022, is September 28, 2022. Lender and Debtor have reached a tentative settlement regarding terms for a bankruptcy plan that would resolve all issues between the parties, including the amount of the Lender's claim. Accordingly, and with Debtor's consent, Lender respectfully requests that the Court extend Lender's deadline to file its brief to and including October 7, 2022, to allow the parties additional time to complete and document their settlement.

       Thank you for your consideration of this matter.

                                        Sincerely,

                                        */s/ David D. Ferguson*

                                        David D. Ferguson

DDF:mf

polsinelli.com

Atlanta   Boston   Chicago   Dallas   Denver   Houston   Kansas City   Los Angeles   Miami   Nashville   New York
Phoenix   St. Louis   San Francisco   Seattle   Silicon Valley   Washington, D.C.   Wilmington
Polsinelli PC, Polsinelli LLP in California

85302161