# Notice Recipients

District/Off: 0207−1  User: admin  Date Created: 10/3/2022
Case: 1−22−41410−jmm  Form ID: pdf000  Total: 3

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
aty       Avrum J Rosen     arosen@ajrlawny.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Fraleg Group, Inc.     931 Lincoln Place     Brooklyn, NY 11213

TOTAL: 1