United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 22-41410-jmm |
| Fraleg Group, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 03, 2022 | Form ID: pdf000 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Fraleg Group, Inc., 931 Lincoln Place, Brooklyn, NY 11213-3332 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022               Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Avrum J Rosen | on behalf of Plaintiff Fraleg Group Inc. arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Avrum J Rosen | on behalf of Debtor Fraleg Group Inc. arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| David Ferguson | on behalf of Creditor CAF Borrower GS LLC dferguson@polsinelli.com, tbackus@polsinelli.com;docketing@polsinelli.com |
| Morgan Fiander | on behalf of Creditor CAF Borrower GS LLC mfiander@polsinelli.com, tbackus@polsinelli.com;nydocketing@polsinelli.com |

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 03, 2022 | Form ID: pdf000 | Total Noticed: 1 |

Nico G. Pizzo
    on behalf of Plaintiff Fraleg Group Inc. npizzo@ajrlawny.com,
    arosen@ajrlawny.com;ddobbins@ajrlawny.com;emeade-bramble@ajrlawny.com;atsionis@ajrlawny.com

Nico G. Pizzo
    on behalf of Debtor Fraleg Group Inc. npizzo@ajrlawny.com,
    arosen@ajrlawny.com;ddobbins@ajrlawny.com;emeade-bramble@ajrlawny.com;atsionis@ajrlawny.com

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 11

FRALEG GROUP, INC.,                                         Case No.: 22-41410-jmm

                           Debtor.
------------------------------------------------------------X

## ORDER AND NOTICE SCHEDULING A HEARING TO CONSIDER
## THE ADEQUACY OF THE DEBTOR'S DISCLOSURE STATEMENT

**UPON** the application dated September 16, 2022 application [Dkt. No. 44] (the "Application")[1] of Fraleg Group, Inc., the debtor and debtor-in-possession (the "Debtor"), by its counsel, the Law Offices of Avrum J. Rosen, PLLC, seeking the entry of an order (the "Order"), *inter alia*, scheduling a hearing to consider approving the Debtor's disclosure statement [Dkt. No. 43] (the "Disclosure Statement") with respect to the Debtor's Chapter 11 plan [Dkt. No. 42] (the "Plan"); and after due deliberation and sufficient cause having been shown for the relief requested in the Application, it is hereby

**ORDERED,** that the hearing to consider approval of the adequacy of the Disclosure Statement shall be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 **on November 16, 2022 at 11:00 a.m. (JMM)**; and it is further

**ORDERED**, that Objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **November 9, 2022 (JMM)** (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be mailed, so as to be received by the

---

[1] All capitalized terms not defined herein shall be ascribed the same meaning as set forth in the Application, the Disclosure Statement and/or the Plan.

1

Objection Deadline, to: (i) Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, Attn: Avrum J. Rosen, Esq.; and (ii) Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Nazar Khodorovsky, Esq.; and it is further

**ORDERED,** that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED,** that the Debtor must serve by email or, if no notice of appearance was filed, by first class mail, a copy of this Order, together with the Disclosure Statement and the Plan, and all exhibits annexed thereto upon: (1) all creditors; (2) those creditors who filed proofs of claim; (3) those parties having filed a notice of appearance in this case; and (4) the Office of the United States Trustee, by no later than **October 19**, 2022 **(JMM)**; and it is further

**ORDERED,** that that the Debtor shall file an affidavit of service attesting to service of this Order, the underlying Application and the Disclosure Statement and the Plan, and all exhibits annexed thereto, for relief by not later than **October 21,** 2022 **(JMM)**; and it is further

**ORDERED,** that The Court may retain jurisdiction to hear and determine all matters arising from or relating to this Order.



Dated: October 3, 2022
       Brooklyn, New York

                                            **Jil Mazer-Marino**
                                       **United States Bankruptcy Judge**