# EXHIBIT "D"



900 W. 48th Place, Suite 900, Kansas City, MO 64112  •  (816) 753-1000

October 19, 2022

David D. Ferguson
816.360.4311
816.572.5311 Fax
dferguson@polsinelli.com

Via E-Mail

Avrum Rosen

**Re:**   **Fraleg Amended Bankruptcy Plan**

Dear Avrum:

    This firm is counsel to CAF Borrower GS, LLC. CAF Borrower GS, LLC has reviewed the Debtor's Amended Plan and Amended Disclosure Statement filed by Fraleg and agrees to and will vote for the treatment accorded to its Agreed Claim and the other provisions of the Amended Plan.

        Sincerely,

        David D. Ferguson

DDF:ajw

077441 / 645384

Atlanta    Boston    Chicago    Dallas    Denver    Houston    Kansas City    Los Angeles    Miami    Nashville    New York
Phoenix    St. Louis    San Francisco    Seattle    Silicon Valley    Washington, D.C.    Wilmington
Polsinelli PC, Polsinelli LLP in California

86305925.1