# EXHIBIT

# "A"

| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC** | **Hearing Date:** _____ |
| 38 New Street | **Hearing Time:** _____ |
| Huntington, New York 11743 | **Objection Deadline:** _____ |
| (631) 423-8527 | |
| Avrum J. Rosen, Esq. | |
| Nico G. Pizzo, Esq. | |

*Attorneys for the Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 11

FRALEG GROUP, INC.,                                    Case No.: 22-41410-jmm

                            Debtor.
-----------------------------------------------------------X

## NOTICE OF: (I) CONDITIONAL APPROVAL OF THE AMENDED DISCLOSURE STATEMENT;(II) HEARING ON FINAL APPROVAL OF THE AMENDED DISCLOSURE STATEMENT CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION; AND (III) RELATED PROCEDURES

**PLEASE TAKE NOTICE** that, on October \_\_\_, 2022, an order was entered in the above-captioned case conditionally approving Fraleg Group, Inc.'s (the "Debtor") Amended Disclosure Statement dated October 13, 2022 (the "Disclosure Statement") with respect to the Debtor's Amended Plan of Reorganization dated October 13, 2022 (the "Plan")[1] as containing "adequate information" pursuant to section 1125(a) of the Bankruptcy Code and granting related relief (the "Disclosure Statement Order"). A copy of the Disclosure Statement Order is being provided to you with this notice.

**PLEASE TAKE FURTHER NOTICE** that on **November 16, 2022 at \_\_:00 .m. (Eastern)**, or as soon thereafter as counsel may be heard, a hearing (the "Confirmation Hearing") shall be conducted before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, on the Debtor's request for entry of an order giving final approval as to the adequacy of the

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan and Disclosure Statement Order.

1

Disclosure Statement and confirming the Plan, copies of which such Plan are being provided to you with this notice.

**PLEASE TAKE FURTHER NOTICE** that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Disclosure Statement Order, the Bankruptcy Court approved the procedures for voting upon the Plan, which should be reviewedin their entirety by all voting claimants.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Disclosure Statement Order,

the Bankruptcy Court has fixed a Voting Deadline of **November 9, 2022 by 5:00 p.m. (Eastern)** for completed Ballots to be received by counsel to the Debtor. Only Ballots cast by theVoting Deadline will be counted.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Disclosure Statement Order,

the Bankruptcy Court has fixed an Objection Deadline of **November 9, 2022 by 5:00 p.m. (Eastern)** for objections to the3 final approval of the Disclosure Statement and the Confirmation of the Plan, if any, to be filed with the Bankruptcy Court so as to be received by the Objection

Deadline as follows: (i) attorneys (with full access accounts) should file any objection electronically on the Official Court Electronic Document Filing System (the "CM/ECF") system by the Objection Deadline; or (ii) those without accounts to the CM/ECF system may file their objection by mailing or delivering the original objection to the Bankruptcy Court at the following address by the Objection Deadline:

> United States Bankruptcy Court
> 271-C Cadman Plaza East
> Suite 1595
> Brooklyn, NY 11201-1800

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Disclosure Statement Order, copies of any objection filed with the Bankruptcy Court should be simultaneously served on the Debtor's undersigned counsel and the United States Trustee by overnight mail, first class mail, hand delivery or electronic mail (at the addresses listed below) so as to be received by not later than the Objection Deadline:

> Counsel to the Debtor:
> Avrum J. Rosen, Esq.
> Law Offices of Avrum J. Rosen, PLLC
> 38 New Street
> Huntington, New York 11743
> Email: arosen@ajrlawny.com
>
> United States Trustee:
> Nazar Khodorovsky, Esq., Trial Attorney
> Office of the United States Trustee
> 201 Varick Street, Suite 1006
> New York, New York 10014
> Email: Nazar.khodorovsky@usdoj.gov

**PLEASE TAKE FURTHER NOTICE** that objections to the adequacy of the Disclosure Statement or the confirmation of the Plan, if any, which do not comply with the Disclosure Statement Order, or which are not timely filed and served by the Objection Deadline, may not be considered and shall be deemed waived and/or overruled.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Confirmation Hearing if you do not object to the relief to be requested at the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing may be continued or adjourned from time to time without further notice other than by an announcement of the adjourned date at the Confirmation Hearing.

Dated: _____, 2022  
       Huntington, New York

Respectfully submitted,

**Law Offices of Avrum J. Rosen, PLLC**

By: _____  
Avrum J. Rosen, Esq.  
Nico G. Pizzo, Esq.  
38 New Street  
Huntington, New York 11743  
(631) 423-8527  
arosen@ajrlawny.com  
npizzo@ajrlawny.com

*Attorneys for the Debtor*  
*and Debtor-in-Possession*

# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                Chapter 11

FRALEG GROUP, INC.,                                      Case No.: 22-41410-jmm

                                    Debtor.
------------------------------------------------------------X

# BALLOT FOR ACCEPTING OR REJECTING
# DEBTOR'S PLAN OF REORGANIZATION

## PART I – GENERAL INFORMATION

Fraleg Group, Inc., the debtor and debtor-in-possession (the "Debtor"), by its counsel, the Law Offices of Avrum J. Rosen, PLLC, filed an Amended Chapter 11 Plan of Reorganization dated October 18, 2022 (the "Plan") and Disclosure Statement dated October 18, 2022 (the "Disclosure Statement") in this case.

The Bankruptcy Court has approved the Disclosure Statement. Bankruptcy Court approval of the Disclosure Statement does not indicate approval of the Plan by theBankruptcy Court.

The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a copy of the Disclosure Statement, you may obtain a copy from the Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, (631) 423-8527, Attn: Avrum J. Rosen, Esq., arosen@ajrlawny.com.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

## PART II – BALLOT

If your ballot is not received by the Law Offices of Avrum J. Rosen, PLLC, on or before_____**, 2022 by 5:00 p.m. (Eastern)**, and such deadline is not extended by order of the Bankruptcy Court permitting a late submission, your vote will not count as either an acceptance or rejection of the Plan.

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

1

**Your ballot will not be counted if you fail to vote to either accept or reject the Plan in the space provided below.**

**Your ballot will also not be counted if you have not completed and satisfied Parts III and IV below of this Ballot.**

| |
|---|
| The undersigned is a holder of a Class _____ Claim against the Debtor in the claimed unpaid principal amount of $_____ : |
| *(check one box only)* |
| [   ] **ACCEPTS** THE PLAN |
| [   ] **REJECTS** THE PLAN |

## PART III - SIGN AND DATE THIS BALLOT

| | |
|---|---|
| Dated: | |
| Creditor Name: | |
| Signature: | |
| Print Name: | |
| Title (if corporation or partnership): | |
| Address: | |
| City, State Zip | |

## PART IV - RETURN THIS BALLOT

**BY:   Regular mail, overnight mail, hand delivery, electronic mail, or facsimile to:**

| **If by regular mail, overnight mail or hand delivery:** | **If by electronic mail:** | **If by facsimile:** |
|---|---|---|
| Law Offices of Avrum J. Rosen, PLLC<br>Attn.: Avrum J. Rosen, Esq.<br>38 New Street<br>Huntington, New York 11743 | arosen@ajrlawny.com | (631) 423-4536 |