UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In re:

Fraleg Group, Inc.,                                     Case No. 22-41410-jmm

          Debtor.                                       Chapter 11


_____

## CERTIFICATE OF SERVICE

I, David D. Ferguson, hereby certify that on the 19th day of October, 2022, true and correct

copies of the *Notice of Hearing On:  November 9, 2022*, with the *Consent Motion for Relief from*

*the Automatic Stay for Setoff* (Doc. No. 54) were served by First-Class United States Mail, postage

prepaid, to the creditors and interested parties listed on the court's matrix as they appear on the

attached Service List

Dated:  October 20, 2022

                                        Respectfully submitted,

                                        POLSINELLI PC


                                        By: */s/ David D. Ferguson*
                                             MORGAN C. FIANDER
                                             600 Third Avenue, 42nd Floor
                                             New York, New York 10016
                                             (212) 684-0199
                                             mfiander@polsinelli.com

                                             DAVID D. FERGUSON
                                             900 West 48th Place, Suite 900
                                             Kansas City, Missouri 64112
                                             (816) 360-4311
                                             dferguson@polsinelli.com

                                        *Attorneys for Lender CAF Borrower GS, LLC*

## <u>SERVICE LIST</u>

Fraleg Group, Inc.
931 Lincoln Place
Brooklyn, New York 11213

Andy Alege
195 St. James Place
Brooklyn, New York 11238

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101

NYS Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205

Office of the U.S. Trustee
Eastern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Small Business Association
409 Third Street, SW
Washington, D.C. 20416

Avrum J. Rosen
Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743

Nico G. Pizzo
Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743

86307283