UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                                              Chapter 11

FRALEG GROUP, INC.,                                    Case No.: 22-41410-jmm

                                    Debtor.

---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss:
COUNTY OF SUFFOLK      )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides in New York; New York.

        On the 20th day of October, 2022, deponent served the: **AMENDED ORDER (I) CONDITIONALLY APPROVING THE AMENDED DISCLOSURE SATEMENT FILED BY THE DEBTOR; (II) APPROVING SOLICITATION PROCEDURES; AND (III) FIXING THE DATE FOR A HEARING ON THE CONFIRMATION OF THE PLAN OF REORGANIZATION, the NOTICE OF: (I) CONDITIONAL APPROVAL OF THE AMENDED DISCLOSURE STATEMENT; (II) HEARING ON FINAL APPROVAL OF THE AMENDED DISCLOSURE STATEMENT CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION; AND (III) RELATED PROCEDURES and DEBTOR'S AMENDED DISCLOSURE STATEMENT with EXHIBITS attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail to:

See attached list

                                                                */s/ Everlyn Meade-Bramble*
                                                                Everlyn Meade-Bramble

Sworn to before me this
20th day of October, 2022

*/s/Alexandros Tsionis*
Alexandros Tsionis
Notary Public State of New York
Qualified in Suffolk County

No. 02TS6391338
Commission Exp. 05/06/2023

Office of the United States Trustee
US Federal Office Building
201 Varick Street Unit 1006
New York NY 10014-9449

CoreVest American Finance
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Small Business Administration
c/o Jeffrey H Schervone
26 Federal Plaza Suite 3100
New York NY 10278-3199

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

US Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street FL 400
New York NY 10281-5520

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

David Ferguson
Polsinelli PC
900 West 48th Place Suite 900
Kansas City MO 64112-1899