UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
─────────────────────────────────────────

In re:

Fraleg Group, Inc.,                           Case No. 22-41410-jmm

        Debtor.                            Chapter 11

─────────────────────────────────────────

## ORDER GRANTING CAF BORROWER GS LLC
## RELIEF FROM THE AUTOMATIC STAY FOR SETOFF

Upon the motion filed by CAF Borrower GS LLC ("**Lender**") (the "**Motion**") for an Order, pursuant to 11 U.S.C. § 362(d)(1), granting Lender relief from the automatic stay imposed in the above-captioned case for the setoff of certain reserve funds as a debt owed by Lender to Debtor, against the indebtedness owed by Debtor to Lender, as further described in the Motion **[ECF No. 54]** ~~which setoff results in the CAF Agreed Secured Claim as detailed therein~~ **(JMM)**; and due and proper notice of the Motion having been made on all necessary parties; and there being no objection to the Motion; ~~and upon there being no contest to the Motion by Debtor;~~ **(JMM)** and Debtor having consented to the requested relief; and upon all the proceedings had before the Court and after due deliberation and sufficient cause appearing; it is hereby:

ORDERED that Lender's Motion is GRANTED **to the extent set forth herein (JMM)** and that, pursuant to 11 U.S.C. § 362(d)(1), the automatic stay is hereby lifted to allow Lender to exercise Lender's rights to setoff; and it is further

ORDERED that Lender may immediately pursue and exercise Lender's rights to setoff; and it is further

ORDERED that the granting of this Motion does not affect the **Lender's secured claim, as it is already net of the setoff amount** ~~Agreed CAF Secured Claim as further detailed in the Motion~~. **(JMM)**



Dated: November 21, 2022
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge