| Information to identify the case: | | |
|---|---|---|
| Debtor: Fraleg Group, Inc.<br>Name | EIN: 82–1085179 | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: | 11  6/17/22 |
| Case number:  1–22–41410–jmm | | |

# NOTICE OF ENTRY OF ORDER CONFIRMING
# CHAPTER 11 PLAN OF REORGANIZATION

**NOTICE IS HEREBY GIVEN THAT:**

In accordance with Bankruptcy Rule 2002, an order was signed on December 1, 2022 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office at:

271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800


Dated: December 2, 2022


For the Court, Robert A. Gavin, Jr., Clerk of Court


**BLeoc1.jsp** [Notice Confirming Chapter 11 Plan rev. 02/01/17]