# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 12/2/2022 |
| Case: 1–22–41410–jmm | Form ID: 225 | Total: 19 |

**Recipients of Notice of Electronic Filing:**
aty   Avrum J Rosen   arosen@ajrlawny.com
aty   Nico G. Pizzo   npizzo@ajrlawny.com

                                                                                                      TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Fraleg Group, Inc.          931 Lincoln Place          Brooklyn, NY 11213
smg         United States of America          Secretary of the Treasury          15th Street & Pennsylvania Ave. NW          Washington, DC 20220
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101–7346
smg         NYC Department of Finance          345 Adams Street          Office of Legal Affairs          Brooklyn, NY 11201–3719
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office Building          201 Varick Street, Suite 1006          New York, NY 10014
10083657    Andy Alege          195 St. James Place          Brooklyn, NY 11216
10083658    CAF Borrower GS LLC          4 Park Plaza, Suite 900          Irvine, CA 92614
10106588    CAF Borrower GS LLC          c/o David D. Ferguson, Esq.          900 West 48th Place, Suite 900          Kansas City, Missouri 64112
10101650    CAF Borrower GS, LLC          c/o Morgan C. Fiander, Esq.          Polsinelli PC          600 Third Avenue, 42nd Floor          New York, New York 10016
10083659    CoreVest American Finance          4 Park Plaza, Suite 900          Irvine, CA 92614
10092517    Internal Revenue Service          PO Box 7346          Philadelphia, PA 19101–7346
10083660    NYS Dept. of Tax. & Fin.          Bankruptcy Sections          P.O. Box 5300          Albany, NY 12205–0300
10090402    New York City Department of Finance          375 Pearl Street, 27th Floor          New York, NY 10038
10085020    New York State Department of Taxation & Finance          Bankruptcy Section          P O Box 5300          Albany New York 12205–0300
10083661    Small Business Associatio          409 Third St., SW          Washington, DC 20416

                                                                                                     TOTAL: 17