| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC**<br>38 New Street<br>Huntington, New York 11743<br>(631) 423-8527<br>Avrum J. Rosen, Esq.<br>Nico G. Pizzo, Esq. | **Hearing Date: January 18, 2023**<br>**Hearing Time: 10:30 am**<br>**Objection Deadline: January 11, 2023** |

*Counsel for the Reorganized Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                            Chapter 11

FRALEG GROUP, INC.,                                          Case No.: 22-41410-jmm

                                                      Debtor.
------------------------------------------------------------X

**NOTICE OF HEARING ON REORGANIZED DEBTOR'S
MOTION FOR THE ENTRY OF AN ORDER PURSUANT TO
11 U.S.C. §§ 105 AND 502, RULE 3007 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE AND E.D.N.Y. LBR 3007-1
REDUCING CLAIMS NUMBERED 2 AND 3 FILED BY
<u>NEW YORK CITY DEPARTMENT OF TAXATION AND FINANCE</u>**

      **PLEASE TAKE NOTICE** that a hearing before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 shall be held on **<u>January 18, 2023 at 10:30 a.m.</u>** on the motion filed by Fraleg Group, Inc., the reorganized debtor herein, seeking the entry of an order reducing Claims 2 and 3 filed by New York City Department of Finance by $45,644.86 each ($91,289.72 together) or in an amount to be determined by the Court, pursuant to sections 105(a) and 502 of Title 11 of the United States Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure and E.D.N.Y. LBR 3007-1 (the "<u>Motion</u>").

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **<u>January 11, 2023</u>** (the "<u>Objection Deadline</u>") through the Court's electronic filing system. Instructions for electronically filing an objection can

be found at www.nyeb.uscourts.gov. A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to: (i) The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, Attn: Avrum J. Rosen, Esq.; and (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014.

**PLEASE TAKE FURTHER NOTICE** that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without notice other than an announcement in open Court.

Dated:  December 14, 2022  　　　　　　　　　　Respectfully submitted,
　　　　Huntington, New York

　　　　　　　　　　　　　　　　　　　　　　**The Law Offices of**
　　　　　　　　　　　　　　　　　　　　　　**Avrum J. Rosen, PLLC**

　　　　　　　　　　　　　　　　　　By:　　*/s/ Avrum J. Rosen*
　　　　　　　　　　　　　　　　　　　　　　Avrum J. Rosen, Esq.
　　　　　　　　　　　　　　　　　　　　　　Nico G. Pizzo, Esq.
　　　　　　　　　　　　　　　　　　　　　　38 New Street
　　　　　　　　　　　　　　　　　　　　　　Huntington, NY 11743
　　　　　　　　　　　　　　　　　　　　　　(631) 423-8527
　　　　　　　　　　　　　　　　　　　　　　arosen@ajrlawny.com
　　　　　　　　　　　　　　　　　　　　　　npizzo@ajrlawny.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Reorganized Debtor*