# EXHIBIT "C"



Nico Pizzo <npizzo@ajrlawny.com>

## In Re Fraleg Group Inc., Ch 11 Bankruptcy Case Number 22-41410-jmm - NYCDOF Claims
1 message

**Nico Pizzo** <npizzo@ajrlawny.com>   Wed, Sep 14, 2022 at 11:22 AM
To: "Leung, Catherine (DOF)" <leungc@finance.nyc.gov>
Cc: Avrum Rosen <arosen@ajrlawny.com>

Good morning Ms. Leung:

My firm is counsel to the Debtor and Debtor-in-possession in the above Chapter 11 Bankruptcy Case.

On July 8, 2022, the New York City Department of Finance filed two separate claims [Claims number 2 and 3] in the above bankruptcy for identical amounts. The basis of the claim appears to be unpaid "business taxes". As to the filing of identical claims, could you notify the undersigned if this was filed in error and if in fact only one claim was intended to be filed. In addition, please provide support for the claimed "business taxes" (e.g., a claim balance itemization or statement of tax liability) to support the assertions that the New York City Department of Finance is actually owed the stated claim.

Kindly, provide the above requested information by September 21, 2022 to avoid any unnecessary litigation related to the above filed claims.

Very truly yours,

Nico G. Pizzo, Esq.
Associate Attorney
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: (631) 423-8527
Fax: (631) 423-4536
npizzo@ajrlawny.com

**NEW EMAIL ADDRESS**
**\*\*\*Please note my new email address and that all emails should be sent to npizzo@ajrlawny.com**

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited.