**Law Offices of Avrum J. Rosen, PLLC**　　　　　　　　　　**Plan Effective Date: December 16, 2022**
38 New Street
Huntington, New York 11743
(631) 423-8527
Avrum J. Rosen, Esq.
Nico G. Pizzo, Esq.

*Counsel for the Reorganized Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

FRALEG GROUP, INC.,                                        Case No.: 22-41410-jmm

　　　　　　　　　　　　Debtor.
-----------------------------------------------------------X

### NOTICE OF: (I) ORDER CONFIRMING THE DEBTOR'S AMENDED PLAN OF REORGANIZATION AND FINAL APPROVAL OF THE AMENDED DISCLOSURE STATEMENT; AND (II) OCCURANCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on December 1, 2022, the Honorable Jil Mazer-Marino, United States Bankruptcy Judge for the Eastern District of New York entered an *Order Confirming the Debtor's Amended Plan of Reorganization and Final Approval of the Amended Disclosure Statement* [Dkt. No. 65] (the "Confirmed Plan").[1]

**PLEASE TAKE FURTHER NOTICE** that, the Confirmed Plan became effective on **December 16, 2022**.

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Confirmed Plan.

**PLEASE TAKE FURTHER NOTICE** that, the fact that you are receiving this notice shall not constitute an admission by the Reorganized Debtor that you have a claim. The Reorganized Debtor expressly reserves any and all rights.

**PLEASE TAKE FURTHER NOTICE THAT, YOUR RIGHTS MAY BE AFFECTED; IF YOU ARE UNSURE ABOUT ANY OF THESE MATTERS, YOU MAY WISH TO CONSULT AN ATTORNEY.**

Dated: December 19, 2022
       Huntington, New York

Respectfully submitted,

**Law Offices of Avrum J. Rosen, PLLC**

By: */s/ Avrum J. Rosen*
    Avrum J. Rosen, Esq.
    Nico G. Pizzo, Esq.
    38 New Street
    Huntington, New York 11743
    (631) 423-8527
    arosen@ajrlawny.com
    npizzo@ajrlawny.com

    *Counsel to the Reorganized Debtor*