UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Chapter 11

FRALEG GROUP, INC.,                                        Case No.: 22-41410-jmm

                                      Debtor.
--------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                      ) ss:
COUNTY OF SUFFOLK      )

       **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

       On the 20th day of December, 2022, deponent served the **NOTICE OF: (I) ORDER CONFIRMING THE DEBTOR'S AMENDED PLAN OF REORGANIZATION AND FINAL APPROVAL OF THE AMENDED DISCLOSURE STATEMENT; AND (II) OCCURRENCE OF THE EFFECTIVE DATE,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                                                           */s/ Everlyn Meade-Bramble*
                                                                            Everlyn Meade-Bramble

Sworn to before me this
20th day of December, 2022

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2022

## Service List

Andy Alege
195 St James Place
Brooklyn NY 11216-7385

CAF Borrower GS LLC
4 Park Plaza Suite 900
Irvine CA 92614-2551

CoreVest American Finance
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Small Business Administration
409 3rd Street SW FL 5
Washington DC 20416-0001

US Small Business Administration
c/o Jeffrey H Schervone
26 Federal Plaza Suite 3100
New York NY 10278-3199

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

US Securities & Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street FL 400
New York NY 10281-5520

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Office of the United States Trustee
US Federal Office Building
201 Varick Street Unit 1006
New York NY 10014-9449

Office of the United States Trustee
1 Bowling Green
New York NY 10004-4108

New York City Department of Finance
375 Pearl Street FL 27
New York NY 10038-1441

Morgan C Fiander
Polsinelli PC
600 Third Avenue FL 42
New York NY 10016-1924

CAF Borrower GS LLC
c/o David D Ferguson Esq
Polsinelli PC
900 West 48th Place Suite 900
Kansas City MO 64112-1899

NYC Department of Finance
Correspondence Unit
1 Centre Street FL 22
New York NY 10007-1632

NYC Department of Finance
66 John Street Room 104
New York NY 10038-3735