UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

                                            Chapter 11

FRALEG GROUP, INC.,

                                            Case No.: 22-41410 (JMM)

                   Debtor.

-------------------------------------------------------X

## AFFIDAVIT OF MARC P. YAVERBAUM IN SUPPORT FOR THE RETENTION OF MYC & ASSOCIATES, INC. AS A REAL ESTATE BROKER TO THE DEBTOR

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF RICHMOND  )

        **MARC P. YAVERBAUM**, a licensed real estate broker, being duly sworn, deposes and says:

        1.     I am a principal shareholder of the firm MYC & Associates, Inc. ("**MYC**"), maintaining its corporate office at 1110 South Avenue, Suite 22, Staten Island, NY 10314.

        2.     This affidavit is being submitted in accordance with the application of Fraleg Group, Inc. ("**Debtor**"), to retain MYC as its real estate broker.

        3.     MYC is a full-service, asset management firm whose principals have been engaged in this field for many years and have dealt with the types of real properties involved herein.

        4.     MYC is duly licensed to transact business as a real estate broker, and I am permitted to represent the firm as such.

1

5. To the best of my knowledge and belief, MYC neither holds nor represents any interest adverse to the estate herein, and is not related to the Debtor, the attorney for the Debtor, the creditors of this estate, any party in interest or their respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee. The undersigned is a "disinterested person" as that term is defined in Section 101(14) and 327(a) of the Bankruptcy Code.

6. MYC proposes to broker the Debtor's real property commonly known as and located at 112 North Walnut Street, East Orange, New Jersey 07017 (the "**Real Property**").

7. The undersigned hereby requests that the Court allow MYC to be retained pursuant to the terms in the attached Brokerage Agreement.

8. No agreement or understanding exists between MYC and any other person for a division of compensation to be received for services rendered in, or in connection with this Chapter 7 case, nor shall MYC share or agree to share the compensation paid or allowed from the Debtor's estate for such services with any other person unless otherwise authorized by this Court.

9. No agreement or understanding prohibited by Section 155 of Title 18 of the United States Code, or Section 504 of Title 11 of the United States Code has been or will be made by MYC.

[*Remainder of Page Intentionally Left Blank*]

10. MYC understands and agrees that the payment of commissions, fees and reimbursement of expenses in this matter will be paid at closing by the buyer as a buyer's premium.

WHEREFORE, your deponent respectfully requests a proper Order for employment for MYC & Associates, Inc.

/s/ Marc P. Yaverbaum
Marc P. Yaverbaum

Sworn to me before this
19th day of December 2022

/s/ Victor M. Moneypenny

Victor M. Moneypenny
Notary Public, State of New York
No. 01MO6343439
Qualified in Richmond County
Commission Expires 6/13/24