| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC** | **Presentment Date: January 16, 2023** |
| 38 New Street | **Objection Deadline: January 9, 2023** |
| Huntington, New York 11743 | **Hearing on Objections, if any: January 18,** |
| (631) 423-8527 | **2023 at 10:00 a.m.** |
| Nico G. Pizzo, Esq. | |
| Avrum J. Rosen, Esq. | |

*Counsel for the Reorganized Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Chapter 11

FRALEG GROUP, INC.,                                       Case No.: 22-41410-jmm

                       Debtor.
--------------------------------------------------------X

## NOTICE OF PRESENTMENT FOR AN ORDER
## TO EMPLOY MYC & ASSOCIATES, INC. AS REAL ESTATE BROKER
## EFFECTIVE AS OF DECEMBER 1, 2022

**PLEASE TAKE NOTICE**, that Fraleg Group, Inc., the reorganized debtor (the "Debtor"), in this Chapter 11 case, shall move BY PRESENTMENT before the Honorable Jil Mazer-Marino, on **January 16, 2023**, at the United States Bankruptcy Court, for entry of an order, retaining retaining MYC & Associates, Inc. ("MYC"), as real estate broker for the Debtor, effective as of December 1, 2022 under sections 105, 327 and 328 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules, and to permit the payment of a post-petition retainer.

**PLEASE TAKE FURTHER NOTICE**, that unless a written objection to the Application, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Court at least seven (7) days before the date of presentment, there will not be a hearing and the proposed order may be signed.

**PLEASE TAKE FURTHER NOTICE**, that objections if any, to the Application must be in writing, conform with the Bankruptcy Code, the Bankruptcy Rules and the E.D.N.Y. Local

1

Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than **4:00 p.m. (prevailing Eastern Time) on January 9, 2023** as follows: (i) through the Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nyeb.uscourts.gov/ and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that only those objections that have been timely filed may be considered by the Court.

**Objections to be filed by January 9, 2023, by no later than 4:00 p.m. (prevailing Eastern Time). Hearing on objections, if any, will be held on January 18, 2023 at 10:00 a.m.**

Dated: December 20, 2022  
      Huntington, New York

Respectfully submitted,

**Law Offices of Avrum J. Rosen, PLLC**

By: */s/ Nico G. Pizzo*  
Nico G. Pizzo, Esq.  
Avrum J. Rosen, Esq.  
38 New Street  
Huntington, New York 11743  
(631) 423-8527  
npizzo@ajrlawny.com  
arosen@ajrlawny.com

*Attorneys for the Reorganized Debtor*