

# Essex County Register Document Summary Sheet

| | |
|---|---|
| **ESSEX COUNTY REGISTER OF DEEDS & MORTGAGES** | **Transaction Identification Number**    6493773    7893868 |
| HALL OF RECORDS - ROOM 130 | **Recorded Document to be Returned by Submitter to:** |
| 465 DR. MARTIN LUTHER KING BLVD | FIDELITY NATIONAL TITLE INSURANCE LLC |
| NEWARK NJ 07102 | 2 UNIVERSITY PLAZA SUITE |
| | SUITE 206 |
| | HACKENSACK, NJ 07601 |

**Official Use Only**

| | |
|---|---|
| **Submission Date** *(mm/dd/yyyy)* | 01/12/2023 |
| **No. of Pages** *(excluding Summary Sheet)* | 6 |
| **Recording Fee** *(excluding transfer tax)* | $95.00 |
| **Realty Transfer Tax** | $0.00 |
| **Total Amount** | $95.00 |
| **Document Type** | DEED-NO CONSIDERATION |
| **Electronic Recordation Level** | L2 - Level 2 (With Images) |
| **Municipal Codes** | |
| ESSEX COUNTY | 99 |

```
JUAN M. RIVERA, JR
REG. OF DEEDS & MORTGAGES
ESSEX COUNTY
New Jersey

DOCUMENT TYPE
1
INSTRUMENT NUMBER
2023002526
RECORDED ON
Jan 12, 2023
2:38:20 PM
Total Pages: 8

NJ PRESERVATION ACCOUNT   $40.00
REGISTER RECORDING FEE    $50.00
HOMELESSNESS TRUST FUND    $3.00
CODE BLUE EMERGENCY        $2.00
SHELTER SERVICES
TOTAL PAID                $95.00
INV: 627970 USER: IKM
```

690047

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

*Not Certified Copy*



# Essex County Register Document Summary Sheet

| | | | | | |
|---|---|---|---|---|---|
| **DEED-NO CONSIDERATION** | **Type** | DEED-NO CONSIDERATION | | | |
| | **Consideration** | $1.00 | | | |
| | **Submitted By** | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | **Document Date** | 01/05/2023 | | | |
| | **Reference Info** | | | | |
| | **Book ID** | **Book** | **Beginning Page** | **Instrument No.** | **Recorded/File Date** |
| | | | | | |
| | **GRANTOR** | **Name** | | **Address** | |
| | | FRALEGE GROUP INC A NEW YORK CORPORATION | | 45 MAIN STREET SUITE 518, BROOKLYN, NY 11201 | |
| | | FRALEG GROUP INC A NEW YORK CORPORATION | | 45 MAIN STREET SUITE 518, BROOKLYN, NY 11201 | |
| | **GRANTEE** | **Name** | | **Address** | |
| | | FRALEGE GROUP INC A NEW YORK CORPORATION | | 45 MAIN STREET SUITE 518, BROOKLYN, NY 11201 | |
| | **Parcel Info** | | | | |
| | **Property Type** | **Tax Dist.** | **Block** | **Lot** | **Qualifier** | **Municipality** |
| | | 99 | 360 | 14 | | 99 |

*DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ESSEX COUNTY REGISTER FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

Not Certified Copy

Prepared by:

Glenn Reiner
Siegel & Reiner
130 East 59th Street
New York, New York 10022

## CORRECTION
## QUITCLAIM DEED

**This deed is intended to correct the deed executed on April 5, 2019 and recorded on April 12, 2019, in Essex County, New Jersey with Instrument Number – 2019034127 which incorrectly spelled the Corporation name as FRALEG instead of FRALEGE.**

This Deed is made on January 5th, 2023

**BETWEEN:** Fralege Group Inc., a New York Corporation, incorrectly spelled Fraleg Group Inc., a New York Corporation on original filing

whose address is 45 Main Street, Suite 518, Brooklyn, New York 11201

referred to as the Grantor,

**AND:**    Fralege Group Inc., a New York Corporation,

whose address is 45 Main Street, Suite 518, Brooklyn, New York 11201,

referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**TRANSFER OF OWNERSHIP.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of **Zero and 00/00 ($0)**. The Grantor acknowledges receipt of this money.

**TAX MAP REFERENCE. (N.J.S.A. 46:15-1.1):**
Municipality of: East Orange, Block No. 360, Lot No. 14

**PROPERTY.** The property consists of the land and all the buildings and structures on the land in the township of East Orange, County of Essex, State of New Jersey. The legal description is:

### SEE ATTACHED SCHEDULE "A"

**BEING** commonly known as 116 North Walnut Street, East Orange, New Jersey 07017.

**BEING** the same premises conveyed to Fraleg Group Inc., a New York Corporation dated April 5, 2019 and Recorded on April 12, 2019, in Essex County, New Jersey with Instrument Number 2019034127.



# OLD REPUBLIC TITLE

## SCHEDULE A-5
## LEGAL DESCRIPTION

Issuing Office File No. 22MH3111

ALL that certain lot, piece or parcel of land lying and being in the City of East Orange, County of Essex, State of New Jersey, and being more particularly described as follows:

BEGINNING at a point in the easterly right of way line of North Walnut Street, which has a 50 foot wide right of way, said point therein distant 190.00 feet as measured southerly along a course of South 37 degrees 33 minutes 00 seconds West, from the intersecting northerly right of way line of Summit Street, which has 50 foot wide right of way and from said point of BEGINNING; thence running

1. South 53 degrees 25 minutes 00 seconds East, for a distance of 203.25 feet to a point; thence

2. South 36 degrees 35 minutes 00 seconds West, for a distance of 10.00 feet to a point; thence

3. South 53 degrees 25 minutes 00 seconds East, for a distance of 106.90 feet to a point; thence

4. South 33 degrees 16 minutes 00 seconds West, for a distance of 32.16 feet to a point; thence

5. South 39 degrees 45 minutes 00 seconds West, for a distance of 17.98 feet to a point; thence

6. North 53 degrees 25 minutes 00 seconds West, for a distance of 314.85 feet to a point in the easterly right of way line of North Walnut Street; thence

7. Along the easterly right of ways of North Walnut Street, North 37 degrees 33 minutes 00 seconds East, for a distance of 60.00 feet to the point and place of BEGINNING.

FOR INFORMATION ONLY: Being known as Lot 14 in Block 360, on the official tax map of City of East Orange, County of Essex, in the State of NJ.

This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Old Republic National Title Insurance Company. This Commitment is not valid without the Notice, the Commitment to Issue Policy, the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions, and a counter-signature by the Company or its issuing agent that may be in electronic form.

ALTA Commitment for Title Insurance (8-1-16)

NJRB 3-09 (Last Revised 9/01/19)

**SUBJECT** to easements and restrictions of record, if any.

**TYPE OF DEED.** This Deed is called a Quitclaim Deed. The Grantor makes no promises as to ownership or title, but simply transfers whatever interest the Grantor has to the Grantee.

**SIGNATURES.** The Grantor signs this Deed as of the date at the top of the first page. If the Grantor is a corporation, this Deed is signed and attested to by its proper corporate officers and its corporate seal is affixed.

**WITNESSED BY:**                                   Fralege Group Inc.,

_____              _____
                                                              Name: Andy Alege
                                                              Title:    President



GIT/REP-4a
(6-10)

## State of New Jersey

## WAIVER OF SELLER'S FILING REQUIREMENT OF GIT/REP FORMS AND PAYMENT FOR CORRECTED DEED WITH NO CONSIDERATION

(C.55, P.L. 2004)

(Please Print or Type)

### OWNER(S) INFORMATION

Name(s)

Fralege Group Inc., a New York Corporation

Current Resident Address:

| 45 Main Street, Suite 518, | Brooklyn, | New York | 11201 |
|---|---|---|---|
| City, Town, Post Office | | State | Zip Code |

### PROPERTY INFORMATION (Brief Property Description)

| Block(s) | Lot(s) | Qualifier |
|---|---|---|
| 360 | 14 | |

Street Address:

| 116 North Walnut Street, | | |
|---|---|---|
| City, Town, Post Office | State | Zip Code |
| East Orange, New Jersey 07017 | | |

### OWNER(S) DECLARATION

The undersigned is (are) the title owner(s) of the real property identified under the "Property Information" section above. By presenting this declaration fully completed and signed by me (us), I (we) represent that the deed to which this form is attached is for corrective or confirmatory purposes only. In other words, the deed needs to be recorded or re-recorded solely due to a typographical, clerical, property description or other scrivener error or omission and there is no consideration for the corrective or confirmatory deed. The county recording officer will accept this form for recording along with such deed. The recording officer may also, however, continue to accept the GIT/REP-4 form with the Division's raised seal in lieu of the GIT/REP-4A. By checking this box ☐ I certify that the Power of Attorney to represent the seller(s) has been previously recorded or is being recorded simultaneously with the deed to which this form is attached.

This waiver form may be presented to the appropriate county recording officer for recording along with the deed of the owner as identified in the information above. Accordingly, the county recording officer is hereby authorized to accept this waiver form in lieu of any other GIT/REP form without any further payment of any tax on estimated income gain pursuant P.L. 2004, c. 55.

| 1/5/23 | _signature_ |
|---|---|
| Date | Signature (Owner) Please indicate if Power of Attorney or Attorney in Fact |
| | Andy Alcge, president |
| Date | Signature (Owner) Please indicate if Power of Attorney or Attorney in Fact |

RTF-1 (Rev. 3/2/22)
MUST SUBMIT IN DUPLICATE

**STATE OF NEW JERSEY**
**AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER**
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY Kings
COUNTY ~~ESSEX~~    County Municipal Code 0705
MUNICIPALITY OF PROPERTY LOCATION East Orange

FOR RECORDER'S USE ONLY
Consideration $
RTF paid $
Date By

*Use symbol "C" to indicate that fee is exclusively for county use.

**(1) PARTY OR LEGAL REPRESENTATIVE** (See Instructions #3 and #4 on reverse side)

Deponent, Andy Alege, being duly sworn according to law upon his/her oath, deposes and says that he/she is the President in a deed dated 1.5.2023 transferring real property identified as Block number 360 Lot number 14 located at 116 North Walnut Street, East Orange, New Jersey 07017 and annexed thereto.

**(2) CONSIDERATION** $ 1.00 (Instructions #1 and #5 on reverse side) ☐ no prior mortgage to which property is subject.

**(3)** Property transferred is Class 4A  4B  4C (circle one). If property transferred is Class 4A, calculation in Section 3A below is required.

**(3A) REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A (COMMERCIAL) PROPERTY TRANSACTIONS:**
(See instructions #6A and #7 on reverse side)
Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation

$_____ ÷ _____% = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized valuation.

**(4) FULL EXEMPTION FROM FEE** (See Instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
To correct a deed previously recorded
D- which confirms or corrects a deed previously recorded #20190-3-1127

**(5) PARTIAL EXEMPTION FROM FEE** (Instruction #9 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption. Deponent claims that this deed transaction is exempt from State portions of the Basic, Supplemental, and General Purpose Fees, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004, and C. 66, P.L. 2004 for the following reason(s):

A.  SENIOR CITIZEN   Grantor(s) ☐ 62 years of age or over.* (Instruction #9 on reverse side for A or B)
B.  BLIND PERSON     Grantor(s) ☐ legally blind or;*
    DISABLED PERSON  Grantor(s) ☐ permanently and totally disabled ☐ receiving disability payments ☐ not gainfully employed*

Senior citizens, blind persons, or disabled persons must also meet all of the following criteria:
☐ Owned and occupied by grantor(s) at time of sale.   ☐ Resident of State of New Jersey.
☐ One or two-family residential premises.             ☐ Owners as joint tenants must all qualify.

*IN CASE OF HUSBAND AND WIFE, PARTNERS IN A CIVIL UNION COUPLE, ONLY ONE GRANTOR NEED QUALIFY IF TENANTS BY THE ENTIRETY

C.  LOW AND MODERATE INCOME HOUSING (Instruction #9 on reverse side) IF APPLIES ALL BOXES MUST BE CHECKED.
    ☐ Affordable according to H.U.D. standards.   ☐ Reserved for occupancy.
    ☐ Meets income requirements of region.        ☐ Subject to resale controls.

**(6) NEW CONSTRUCTION** (Instructions #2, #10 and #12 on reverse side) IF APPLIES ALL BOXES MUST BE CHECKED.
☐ Entirely new improvement       ☐ Not previously occupied.
☐ Not previously used for any purpose.   ☐ "NEW CONSTRUCTION" printed clearly at top of first page of the deed

**(7) RELATED LEGAL ENTITIES TO LEGAL ENTITIES** (Instructions #5, #12, #14 on reverse side) IF APPLIES ALL BOXES MUST BE CHECKED.
☐ No prior mortgage assumed or to which property is subject at time of sale.
☐ No contributions to capital by either grantor or grantee legal entity.
☐ No stock or money exchanged by or between grantor or grantee legal entities.

**(8) INTERCOMPANY TRANSFER** IF APPLIES ALL BOXES MUST BE CHECKED. (Instruction #15 on reverse side)
☐ Intercompany transfer between combined group members as part of the unitary business
☐ Combined group NU ID number (Required) _____

**(9)** Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this 5 day of January, 2022 23

Notary

MONNETT T. SIMON
Notary Public, State of New York
No. 01SI6291750
Qualified in Kings County
Commission Expires 10/21/2025

Signature of Deponent
85 Carlton Avenue,
Apartment 716, Brooklyn, New York 11238
Deponent Address
XXX-XX-X 179
Last three digits in Grantor's Social Security Number

Fralege Group Inc.,
Grantor Name
45 Main Street, Suite 518,
Brooklyn, New York 11201
Grantor Address at Time of Sale

Andy Alege
Name/Company of Settlement Officer

#2023005260 FOR OFFICIAL USE ONLY
Instrument Number                County Essex
Deed Number                      Book      Page
Deed Dated 1/5/23                Date Recorded 1/10/23

County recording officers shall forward one copy of each RTF-1 form when Section 3A is completed to:
STATE OF NEW JERSEY
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended without prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at:
www.state.nj.us/treasury/taxation/lpt/localtax.htm

## ACKNOWLEDGMENT

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF _New York_       )

        I CERTIFY that on _January 5_, 2023, Andy Alege personally came before me and this person acknowledged under oath, to my satisfaction, that:

    1.    this person is the President of the Corporation;

    2.    this person signed this Correction deed on behalf of the Company;

    3.    this person was authorized to execute this Correction deed on behalf of the Company and the person executed this instrument as the true and voluntary act of the Company duly authorized by all necessary action by the Company.

Name: _____

MONNETT T. SIMON
Notary Public, State of New York
No. 01SI6291750
Qualified in Kings County
Commission Expires 10/21/2025

**RECORD & RETURN TO:**

**Fralege Group Inc., a New York Corporation**
**45 Main Street, Suite 518,**
**Brooklyn, New York 11201**

FNT# 23CCC030RCT