**AMENDMENT TO CONTRACT**

This Amendment to the Contract of Sale, dated 02/05/2019, between Penchant for Property, LLC "Penchant", as Seller, and Fraleg Group, Inc., "Fraleg", as Purchaser, agree to amend the terms of the Contract as follows:

1. The parties agree to sever and split the Contract of Sale so as the improved parcel known as 112 North Walnut Street, East Orange, New Jersey shall be sold separately to "Fraleg" for $2,350,000.00 and the unimproved parcel known as 116 North Walnut Street, East Orange, New Jersey shall be sold separately to "Fraleg" for $50,000.00.

2. The parties agree that both parcels must close simultaneously and agree that a default on one shall constitute a default on the other.

3. All other terms of the Contract of Sale shall remain in effect.

AGREED to this 6th day of March, 2019.

FRALEG GROUP, INC.                                      PENCHANT FOR PROPERTY, LLC


By:_____                              By:_____