

Avrum Rosen <arosen@ajrlawny.com>

## Fraleg Group, LLC
1 message

**Avrum Rosen** <arosen@ajrlawny.com>  Thu, Feb 9, 2023 at 10:45 AM
Reply-To: arosen@ajrlawny.com
To: Francis Hemings <general@hemmingssnell.com>, Nico Pizzo <npizzo@ajrlawny.com>

Dear Mr. Hemmings:

This is not an email I enjoy sending.  But as Fraleg's chapter 11 counsel, you should understand my fiduciary duty.

Last week the lender's counsel ran a title update on both parcels owned by the debtor.  A mortgage turned up on the 116 Walnut parcel inthe name of "Fralege Group, LLC" in the amount of $395,000.00.  That mortgage was dated November 22, 2022.  On January 5, 2023, a correction deed was filed which "corrected" the title of this parcel as of the deed  into the Debtor  back in 2019.

To make matters worse, Fralege was not even formed until April 7, 2020.   I immediately made the US Trustee aware of what was a serious unauthorized post-petition transfer and a breach of Andy and Ronald's fiduciary duties.   These documents led to many very difficult conversations with them and I then asked the US Trustee to "stand down" while I investigated the entire incident.  I have spoken with the attorney who did the initial closing, the title company of this alleged mortgage, Glen Reiner, who represented the lender on the mortgage and Andy and Ron.

I was flabergasted to find out that you represented "Fralege" at the closing in November.  You were clearly aware of the fact that the Debtor owned that parcel.  You prepared and filed the Amended Schedules which listed this property as property of the estate.  You were aware of the second filing.  We reached out to you for information and you have been on court zooms when this case was on the calendar.  You were the ONLY attorney in this matter that knew the entire story.  Andy and Ron were under the mistaken impression that these parcels were under different ownership.  I am preparing a status report to be filed later today.  As a matter of professional courtesy and due process I am giving you advance notice so that you may offer any explanation you may have.

Please be guided accordingly.

Thank you.

Avrum J. Rosen, Esq.





The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Phone: 631-423-8527
Fax 631-423-4536
arosen@ajrlawny.com
a**jrlawny.com**