

## COMMERCIAL TERM SHEET & FEE AGREEMENT

**Borrower Name:** Fralege Group Inc. Ronald Fraser & Andy Alege

**Date:** 02/14/2023

**Contact:** Edward McCarthy

**Address**: 112 N Walnut St. East Orange, NJ 07017

**Telephone:** (347) 634-1382

**Email:** ronfar73@gmail.com  femyan@outlook.com

**PROPOSED TERMS for the Refinance & Renovation of 112 N Walnut St. East Orange, NJ 07017**
**Apprx. Loan Amount: $7,927,775**
**Interest Rate: 12%**
**Term: 12 Months**
**Lender Origination: 3%**
**Redwood Capital Origination: 1%**
**Estimated Closing Date: 4/03/2023**

Total Loan Amount (Subject to Change) **$7,927,775**

**THIS AGREEMENT entered into between** Fralege Group Inc. Ronald Fraser & Andy Alege **and Redwood Capital Advisor's, Edward McCarthy with offices located at, 500 Route 17 South, Suite 303, Hasbrouck Heights, New Jersey 07604 sets forth the terms of the transaction as follows:**

Consultant will assist Client in applying for a firm commitment to obtain a financing for the above referenced project under the commercial lending conduit program.

Consultant will assist in preparation of all loan application(s) and all required exhibits which must be submitted to Lender(s).

Consultant will assist and obtain any additional documents requested and required by Lender(s) to process the loan file.

Consultant will make due diligence to secure a commitment acceptable to Client and will assist in procuring all necessary documents to close loan.

Client agrees to furnish all current information to allow Consultant to perform Consultant's services in a timely manner.  All submissions made to a lending institution will be based on the information supplied to Consultant by the Client.  Any analysis provided to the Client is likewise based on the information supplied to Consultant by the Client.  Where warranted, the Client agrees that the Client will authorize appropriate professional(s) to supply the information.

All reasonable and customary expenses and fees related to this transaction requested by Consultant and by

separate financial institutions (application fees, appraisals, credit reports, etc.) shall be incurred directly by Client and paid in a timely fashion.

A processing fee of $500 is required for this loan application. Said fee is payable upon signing of this Agreement.

A Consultant Commission Fee of 1% of the total loan amount of **$7,927,775** will be paid to the Consultant if: (a) the Client closes on the transaction described above, and (b) when and if the Client accepts funding from the Consultant's Lender(s). By signing this Agreement the Client authorizes the Consultant to send Agreement as part of the loan package. It further authorizes the lender to deduct the total sum due directly from the proceeds of the loan and pay this sum directly to Consultant at time of closing. Additional points and fees may be due directly to the Lender. Client is aware and authorizes said fees and points to be paid directly to Lender out of loan proceeds.

The Client agrees that Consultant is the exclusive originator to obtain the funds for this project.

If, for a period of twenty-four months from the date of this Agreement, the Client secures any direct financing from the Lender or affiliates introduced by the Consultant or successors during the term of this Agreement, the Consultant shall be paid the same compensation as set forth in this Agreement, as if the application was fully processed by the Consultant.

This agreement shall remain valid for a period of twenty-four months from the date of signing this Agreement. The terms of this Agreement may only be changed in writing and signed by both parties.

Case 1-22-41410-jmm    Doc 79-4    Filed 03/01/23    Entered 03/01/23 20:51:21
DocuSign Envelope ID: 61EED5BD-4ACF-450B-A9FE-C0C68F6D640B

*Andy Alege*
_____
**Client**

*Ronald Fraser*
_____
**Client**

**DATED:** 03/01/2023

**WITNESSED BY:** _____

**DATED:** _____

DocuSigned by:
*Eddie McCarthy*
—149357D3E4884F3...
_____
**Edward McCarthy**
**Redwood Capital Advisors**

500 Route 17 South, Suite 303
Hasbrouck Heights, New Jersey
07604

201.383.4044
201.383.4088 Fax

www.redwoodrealtyadvisors.com

Loans provided by third parties