UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                          Chapter 11

FRALEG GROUP, INC.,                             Case No.: 22-41410-jmm

                            Debtor.
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF SUFFOLK     )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

        On the 1st day of March, 2023, deponent served the **POST CONFIRMATION DEBTOR'S OPPOSITION TO CAF BORROWER GS LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND IN REM RELIEF with EXHIBITS attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by Electronic Mail:

See attached list

                                                                */s/ Avrum J. Rosen*
                                                               Avrum J. Rosen

Sworn to before me this
1st day of March, 2023

*s/Alexandros Tsionis*
Alexandros Tsionis
Notary Public State of New York
Qualified in Suffolk County
No. 02TS6391338
Commission Expires May 6, 2023

**Service List**

David Ferguson DFerguson@polsinelli.com
Morgan Fiander mfiander@polsinelli.com
Nazar Khodorovsky nazar.khodorovsky@usdoj.gov
USTPRegion02.BR.ECF@usdoj.gov
Marc Yaverbaum my@myccorp.com