# The Law Offices of Avrum J. Rosen

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

AVRUM J. ROSEN
    ------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

March 12, 2023

VIA ECF

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

Re: FRALEG GROUP, INC., Case No.: 22-41410-jmm

Dear Judge Mazer-Marino,

In light of your Honor's decision on the Motion to Lift Stay the other day, the Debtor is withdrawing its Notice of Presentment as to the Order Scheduling the Sale [Dkt. No. 81], without prejudice.

Thank you.

Very truly yours,

*S/ Avrum J. Rosen, Esq.*

To All Paries in interest, via ECF