| | Period Begin | Period End | Tax As Adjusted | Tax Paid | Additional Tax Due | Interest | Penalty | Total |
|---|---|---|---|---|---|---|---|---|
| Corporation Tax | 4/5/2017 | 12/31/2017 | 25.00 | 0.00 | 25.00 | 16.33 | 31.00 | 72.33 |
| Corporation Tax | 1/1/2018 | 12/31/2018 | 25.00 | 0.00 | 25.00 | 12.91 | 29.56 | 67.47 |
| Corporation Tax | 1/1/2019 | 12/31/2019 | 5,000.00 | 0.00 | 5,000.00 | 910.93 | 1,250.00 | 7,160.93 |
| Corporation Tax | 1/1/2020 | 12/31/2020 | 5,000.00 | 0.00 | 5,000.00 | 466.55 | 1,250.00 | 6,716.55 |
| Corporation Tax | 1/1/2021 | 12/31/2021 | 5,000.00 | 0.00 | 5,000.00 | 67.29 | 1,250.00 | 6,317.29 |
| Corporation Tax | 1/1/2022 | 6/17/2022 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| UBT - Partnership | 1/1/2019 | 12/31/2019 | 5,000.00 | 0.00 | 5,000.00 | 954.81 | 1,250.00 | 7,204.81 |
| UBT - Partnership | 1/1/2020 | 12/31/2020 | 5,000.00 | 0.00 | 5,000.00 | 501.48 | 1,250.00 | 6,751.48 |
| UBT - Partnership | 1/1/2021 | 12/31/2021 | 5,000.00 | 0.00 | 5,000.00 | 104.00 | 1,250.00 | 6,354.00 |
| UBT - Partnership | 1/1/2022 | 6/17/2022 | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| | | | 35,050.00 | 0.00 | 35,050.00 | 3,034.30 | 7,560.56 | 45,644.86 |

Fraleg Group Inc. -Claim Tax Deficiency