| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC** | **Hearing Date: July 26, 2023** |
| 38 New Street | **Hearing Time: 10:00 am** |
| Huntington, New York 11743 | **Objection Deadline: July 19, 2023** |
| (631) 423-8527 | |
| Avrum J. Rosen, Esq. | |
| Nico G. Pizzo, Esq. | |

*Counsel for the Reorganized Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                          Chapter 11

FRALEG GROUP, INC.,                                            Case No.: 22-41410-jmm

                                   Debtor.
------------------------------------------------------------X

**NOTICE OF HEARING ON REORGANIZED DEBTOR'S
FIRST AND FINAL FEE APPLICATION OF THE LAW OFFICES OF AVRUM J.
ROSEN, PLLC, COUNSEL TO DEBTOR, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTIONS 327, 328 AND
330 OF THE BANKRUPTCY CODE AND RULES 2002 AND 2016 OF
<u>THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

      **PLEASE TAKE NOTICE** that a hearing before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 shall be held on **<u>July 26, 2023 at 10:00 a.m.</u>** on the motion (the "<u>Motion</u>") filed by Law Offices of Avrum J. Rosen, PLLC (the "<u>Firm</u>"), retained counsel for Fraleg Group, Inc., the reorganized debtor herein, seeking the entry of an order for a first and final allowance of compensation for legal services rendered by Firm to Debtor during the period between June 17, 2022 through June 28, 2023, pursuant to sections 327, 328 and 330 of Title 11, United States Code (the "<u>Bankruptcy Code</u>") and Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>").

      **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **<u>July 19, 2023</u>** (the "<u>Objection Deadline</u>") through

the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to: (i) The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, Attn: Avrum J. Rosen, Esq.; and (ii) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Suite 510, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing.  The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without notice other than an announcement in open Court.

Dated:  June 28, 2023            Respectfully submitted,
       Huntington, New York

                                **The Law Offices of**
                                **Avrum J. Rosen, PLLC**

                     By:    */s/ Avrum J. Rosen*
                            Avrum J. Rosen, Esq.
                            Nico G. Pizzo, Esq.
                            38 New Street
                            Huntington, NY 11743
                            (631) 423-8527
                            arosen@ajrlawny.com

npizzo@ajrlawny.com

*Attorneys for the Reorganized Debtor*