| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC**<br>38 New Street<br>Huntington, New York 11743<br>(631) 423-8527<br>Avrum J. Rosen, Esq.<br>Nico G. Pizzo, Esq. | **Hearing Date: July 26, 2023**<br>**Hearing Time: 10:00 am**<br>**Objection Deadline: July 19, 2023** |

*Counsel for Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                            Chapter 11

FRALEG GROUP, INC.,                                            Case No.: 22-41410-jmm

                              Debtor.
-------------------------------------------------------------X

**CERTIFICATION OF AVRUM J. ROSEN, ESQ. AS TO FIRST AND FINAL
APPLICATION OF THE LAW OFFICES OF AVRUM J. ROSEN, PLLC
COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES PURSUANT TO SECTIONS 327, 328 AND 330
OF THE U.S. BANKRUPTCY CODE AND RULES 2002 AND 2016 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AS REQUIRED BY
THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT
<u>FOR THE EASTERN DISTRICT OF NEW YORK AND GENERAL ORDER 613</u>**

TO:    HONORABLE JIL MAZER-MARINO
          UNITED STATES BANKRUPTCY JUDGE

Avrum J. Rosen, Esq., an attorney duly admitted to practice law before the Courts of the State of New York and before this Honorable Court, and the shareholder ("Certifying Professional") designated by applicant The Law Offices of Avrum J. Rosen, ("Applicant"), with the responsibility in this particular case for complying with the Amended Guidelines pursuant to the Local Rules for the United States Bankruptcy Court, Eastern District of New York, and General Order 613, affirms the following to be true under the penalties of perjury, and states as follows:

1. Certifying Professional read the application seeking entry of an Order authorizing Applicant's allowance of compensation and reimbursement of out-of-pocket expenses incurred related to its representation of Fraleg Group, Inc. ("Debtor") in the above-captioned estate.

2. Applicant expended 253.80 hours in rendering legal services to Debtor, having an aggregate monetary value of $123,852.50, related to its representation of Debtor in this estate for a blended hourly rate of $488.00 per hour. Expenses are sought in the sum of $2,910.18.

3. To the best of Certifying Professional's knowledge, information and belief formed after a reasonable inquiry, the fees and disbursements sought fall within these Amended Guidelines as well as those Guidelines established by the Office of the United States Trustee, except to the extent that the application specifically notes otherwise and is duly noted in this certification.

4. Except to the extent that fees or disbursements are prohibited by the Amended Guidelines or Guidelines established by the Office of the United States Trustee, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by Applicant and generally accepted by Applicant's clients.

5. In providing a reimbursable service, Applicant does not make a profit on that service, whether the service is performed by the Applicant in-house or through a third party.

6. Certifying Professional further states that Applicant provided Debtor with billing updates on a periodic basis, in order to continually keep Debtor apprised of the accrual of fees and disbursements incurred by the estate during the pendency of this case. These periodic updates provided Debtor a list of professionals and paraprofessional that have and continue to provide services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the fees and disbursements incurred and an explanation of billing practices.

7. Certifying Professional further states that the Debtor, the Court and the Office of the United States Debtor have each been provided with a copy of the Application seeking an award of reimbursement of expenses, more than twenty-one (21) days before the date set by the Court for the hearing on the Application.

Dated: Huntington, New York
   June 28, 2023

             BY: /s/ Avrum J. Rosen
                Avrum J. Rosen, Esq.
                Certifying Professional