# EXHIBIT

# "A"

Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

Invoice submitted to:
Fraleg Group Inc.

June 28, 2023

In Reference To:   Fraleg Group Inc. Chapter 11 case
Invoice #11263

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| Alex Tsionis | 7.40<br>400.00/hr | 2,960.00 |
| Avrum J. Rosen | 132.30<br>637.35/hr | 84,321.00 |
| Everlyn Meade | 3.40<br>150.00/hr | 510.00 |
| Nico Pizzo | 110.70<br>325.76/hr | 36,061.50 |
| For professional services rendered | 253.80 | $123,852.50 |
| Additional Charges : | | |
| $expense | | 2,910.18 |
| Total additional charges | | $2,910.18 |
| Total amount of this bill | | $126,762.68 |
| Accounts receivable transactions | | |
| 6/15/2022 Payment - thank you | | ($10,738.00) |
| Total payments and adjustments | | ($10,738.00) |

Fraleg Group Inc.                                                                                    Page      2

| | Amount |
| --- | --- |
| Balance due | $116,024.68 |

Law Offices of Avrum J. Rosen, PLLC

38 New Street
Huntington, NY 11743

Invoice submitted to:
Fraleg Group Inc.

June 28, 2023

In Reference To:   Fraleg Group Inc. Chapter 11 case

Invoice #11263

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Litigation** | | |
| 9/30/2021 | AJR | Multiple calls regarding settlement with lewnder | 0.40 620.00/hr | 248.00 |
| 10/3/2021 | AJR | Call wiuth clients on proposed settlement  and email David with result. | 0.40 620.00/hr | 248.00 |
| | AJR | Further settlement communications with David. | 0.20 620.00/hr | 124.00 |
| 6/15/2022 | NP | Research multiple Chapter 11 filings law | 2.10 325.00/hr | 682.50 |
| 6/16/2022 | AJR | multiple e-mails and telephone calls regarding status of case | 1.20 620.00/hr | 744.00 |
| 6/21/2022 | AJR | Emails with opposing counsel | 0.10 620.00/hr | 62.00 |
| | AJR | review loan documents and research on inflated claim and NJ law. | 2.40 620.00/hr | 1,488.00 |
| 6/22/2022 | AJR | research and draft 1007 | 8.40 620.00/hr | 5,208.00 |
| 6/23/2022 | AJR | research regarding liability on fraud claim | 0.60 620.00/hr | 372.00 |

Fraleg Group Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2022 | AJR | telephone call with client regarding 1007 affidavit | 0.40<br>620.00/hr | 248.00 |
| 6/27/2022 | AJR | e-mails to attorney regarding status of case in response to threats | 0.10<br>620.00/hr | 62.00 |
| 6/28/2022 | AJR | settlement calls with David and follow-up | 0.30<br>620.00/hr | 186.00 |
| 7/5/2022 | AJR | research on adversary proceeding | 3.80<br>620.00/hr | 2,356.00 |
| 7/6/2022 | EM | copy and mail notice and bar date order | 0.20<br>150.00/hr | 30.00 |
| 7/8/2022 | AT | Interoffice meeting with AJR regarding adversary complaint against CAF and Polsinelli | 0.50<br>400.00/hr | 200.00 |
| 7/11/2022 | AJR | interoffice conference with AT regarding adversary proceeding | 0.80<br>620.00/hr | 496.00 |
| 7/13/2022 | AT | Researched causes of action against CAF and Polsinelli | 1.60<br>400.00/hr | 640.00 |
| | AJR | receipt and review motion to vacate order in prior case | 0.70<br>620.00/hr | 434.00 |
| 7/14/2022 | AT | Drafted adversary complaint against CAF and Polsinelli | 4.10<br>400.00/hr | 1,640.00 |
| 7/19/2022 | AJR | revise complaint | 0.20<br>620.00/hr | 124.00 |
| 7/20/2022 | AJR | further review complaint and interoffice conference with AT regarding additional causes of action. | 0.40<br>620.00/hr | 248.00 |
| | AJR | review second draft of complaint and revise | 0.50<br>620.00/hr | 310.00 |
| 7/22/2022 | AT | Revised adversary complaint against CAF and Polsinelli | 1.20<br>400.00/hr | 480.00 |
| 7/25/2022 | NP | edit and Prepare complaint against creditor and counsel for filing | 1.10<br>325.00/hr | 357.50 |
| 7/26/2022 | EM | copy and mail summons and complaint v CAF et al | 0.10<br>150.00/hr | 15.00 |
| | EM | prepare and file affidavit of service for summons and complaint v CAF et al | 0.10<br>150.00/hr | 15.00 |

Fraleg Group Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2022 | NP | Prepare objection to CAF Lender motion to void dismissal | 2.30<br>325.00/hr | 747.50 |
| 8/1/2022 | NP | Draft and Edit objection to CAF Lender motion to void dismissal | 3.10<br>325.00/hr | 1,007.50 |
| | AJR | review opposition to reopen and MTLS | 0.80<br>620.00/hr | 496.00 |
| 8/2/2022 | NP | Research objection to CAF Lender motion to void dismissal | 2.90<br>325.00/hr | 942.50 |
| | NP | Edit opposition to CAF Lender motion to void dismissal | 2.10<br>325.00/hr | 682.50 |
| 8/4/2022 | AJR | settlement e-mails with opposing counsel | 0.10<br>620.00/hr | 62.00 |
| 8/5/2022 | EM | copy and serve order to show cause motion | 0.20<br>150.00/hr | 30.00 |
| | EM | prepare and file affidavit of service for order to show cause motion | 0.10<br>150.00/hr | 15.00 |
| 8/11/2022 | EM | copy and serve CAF void dismissal motion and stay motion | 0.30<br>150.00/hr | 45.00 |
| | EM | prepare and file CAF void dismissal motion and stay motion affidavit of service | 0.10<br>150.00/hr | 15.00 |
| 8/14/2022 | AJR | research, draft and file memorandum of law | 6.00<br>620.00/hr | 3,720.00 |
| 8/15/2022 | AJR | e-mails regarding settlement and telephone call with client | 0.30<br>620.00/hr | 186.00 |
| 8/17/2022 | AJR | attend hearing and follow-up with clients and opposing counsel. | 1.80<br>620.00/hr | 1,116.00 |
| 8/24/2022 | NP | Prepare stipulation to extend defendants time to answer complaint in adversary pro | 0.70<br>325.00/hr | 227.50 |
| 8/25/2022 | AJR | research regarding supplemental memorandum of law | 4.90<br>620.00/hr | 3,038.00 |
| 8/26/2022 | NP | Sign and file stipulation to extend defendants time to answer complaint | 0.10<br>325.00/hr | 32.50 |
| 8/29/2022 | AJR | settlement e-mails with David | 0.10<br>620.00/hr | 62.00 |

Fraleg Group Inc.

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/29/2022 | AJR | research on effect of dismissal | 0.20<br>620.00/hr | 124.00 |
|  | AJR | telephone call with client regarding settlement and refi. | 0.20<br>620.00/hr | 124.00 |
|  | AJR | further research for brief on all issues | 1.70<br>620.00/hr | 1,054.00 |
| 8/30/2022 | AJR | settlement e-mails with David and client | 0.30<br>620.00/hr | 186.00 |
| 9/6/2022 | AJR | write Reply brief | 6.20<br>620.00/hr | 3,844.00 |
| 9/7/2022 | AJR | Finish reply brief | 1.40<br>620.00/hr | 868.00 |
| 9/9/2022 | EM | copy and serve memorandum of law | 0.10<br>150.00/hr | 15.00 |
|  | EM | prepare and file affidavit of service for memorandum of law | 0.10<br>150.00/hr | 15.00 |
| 9/19/2022 | AJR | Call with David on settlement. | 0.20<br>620.00/hr | 124.00 |
|  | NP | Conference call with AJR and CAF counsel | 0.50<br>325.00/hr | 162.50 |
| 9/20/2022 | AJR | Call with client over commitment and settlement | 0.30<br>620.00/hr | 186.00 |
| 9/22/2022 | AJR | settlement discussions with David and client | 0.50<br>620.00/hr | 310.00 |
| 9/23/2022 | AJR | emails and calls with clients regarding commitment and issues with additional collateral. | 0.30<br>620.00/hr | 186.00 |
|  | AJR | Call with client and email to Nazar | 0.30<br>620.00/hr | 186.00 |
| 11/17/2022 | NP | Draft stipulation to dismiss adversary proceeding | 0.70<br>325.00/hr | 227.50 |
| 12/9/2022 | AJR | Calls and emails regarding status of financing with David and client | 0.10<br>620.00/hr | 62.00 |
| 1/17/2023 | AJR | e-mails to client regarding status | 0.10<br>620.00/hr | 62.00 |

Fraleg Group Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/18/2023 | AJR | appear on status and multiple telephone calls and e-mails regarding status of case | 2.30<br>620.00/hr | 1,426.00 |
| 1/19/2023 | AJR | e-mails regarding status | 0.10<br>620.00/hr | 62.00 |
| | AJR | follow-up e-mails to broker | 0.10<br>620.00/hr | 62.00 |
| 1/22/2023 | AJR | status e-mails to client | 0.10<br>620.00/hr | 62.00 |
| 1/24/2023 | AJR | e-mails regarding payoff | 0.10<br>670.00/hr | 67.00 |
| 1/26/2023 | AJR | e-mails regarding payments to mortgagee | 0.10<br>670.00/hr | 67.00 |
| 1/30/2023 | AJR | e-mails with clients regarding status | 0.10<br>670.00/hr | 67.00 |
| 1/31/2023 | AJR | telephone calls and e-mails regarding status of refinancing | 0.20<br>670.00/hr | 134.00 |
| 2/3/2023 | AJR | e-mails and telephone calls with clients, David and Marc regarding deed and mortgage and e-mail  to NK regarding issue | 1.90<br>670.00/hr | 1,273.00 |
| 2/5/2023 | AJR | multiple e-mail and telephone calls regarding notifying parties to what happened | 0.10<br>670.00/hr | 67.00 |
| 2/8/2023 | AJR | e-mails to GR regarding deed | 0.20<br>670.00/hr | 134.00 |
| 2/21/2023 | AJR | transmit status e-mail to David | 0.10<br>670.00/hr | 67.00 |
| 2/22/2023 | AJR | e-mails to David regarding status | 0.10<br>670.00/hr | 67.00 |
| 2/27/2023 | AJR | status e-mails | 0.10<br>670.00/hr | 67.00 |
| 3/1/2023 | AJR | settlement e-mails with David | 0.20<br>670.00/hr | 134.00 |
| 3/3/2023 | AJR | e-mails regarding status and claims objection | 0.70<br>670.00/hr | 469.00 |
| 3/4/2023 | AJR | e-mails to client regarding default | 0.40<br>670.00/hr | 268.00 |

Fraleg Group Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/7/2023 | AJR | multiple e-mails regarding offer to David and follow-up | 1.40 670.00/hr | 938.00 |
| 3/8/2023 | AJR | telephone call with client and e-mails regarding results | 0.40 670.00/hr | 268.00 |
| | AJR | follow-up e-mails and telephone calls regarding status with clients and David. | 0.30 670.00/hr | 201.00 |
| 3/9/2023 | AJR | settlement e-mails to David | 0.10 670.00/hr | 67.00 |
| 3/12/2023 | AJR | draft file and serve letter with order | 0.10 670.00/hr | 67.00 |
| 3/13/2023 | AJR | e-mail to client regarding deed | 0.10 670.00/hr | 67.00 |
| | AJR | e-mails with GR regarding deed | 0.10 670.00/hr | 67.00 |
| 3/14/2023 | AJR | telephone call with DF regarding status and resolution of case | 0.50 670.00/hr | 335.00 |
| 3/20/2023 | AJR | e-mails with DF regarding status | 0.40 670.00/hr | 268.00 |
| 3/21/2023 | AJR | e-mails and telephone call with client regarding status | 0.20 670.00/hr | 134.00 |
| 3/24/2023 | AJR | telephone calls and e-mails regarding payment to lender | 0.80 670.00/hr | 536.00 |
| 3/30/2023 | AJR | e-mails to all parties regarding wire not being sent | 0.20 670.00/hr | 134.00 |
| 3/31/2023 | AJR | e-mails and telephone calls regarding case status | 0.20 670.00/hr | 134.00 |
| 4/3/2023 | AJR | telephone call with clients | 0.30 670.00/hr | 201.00 |
| 4/4/2023 | AJR | telephone call and e-mails to client | 0.20 670.00/hr | 134.00 |
| 4/5/2023 | AJR | telephone call with David and e-mails regarding settlement | 0.60 670.00/hr | 402.00 |
| 4/6/2023 | AJR | telephone call to client regarding status | 0.10 670.00/hr | 67.00 |

Fraleg Group Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2023 | AJR | review and revise stipulation | 0.40<br>670.00/hr | 268.00 |
| 4/7/2023 | AJR | review and revise stipulation | 0.10<br>670.00/hr | 67.00 |
| 4/10/2023 | AJR | Finalize stipulation on time to close and send to client for signature. | 0.20<br>670.00/hr | 134.00 |
| 4/18/2023 | AJR | emails regarding funding not happening | 0.20<br>670.00/hr | 134.00 |
| 5/26/2023 | AJR | e-mails regarding status to client | 0.10<br>670.00/hr | 67.00 |
| 6/28/2023 | AJR | E mails to clients regarding lack of response and draft motion to be releived as counsel | 1.00<br>670.00/hr | 670.00 |
| | AJR | Finalize fee application | 0.60<br>670.00/hr | 402.00 |
| | AJR | Estimated time for hearing on fee application | 2.00<br>670.00/hr | 1,340.00 |
| | SUBTOTAL: | | [      88.50 | 48,774.00] |
| | Meetings of Creditors | | | |
| 6/22/2022 | NP | Prepare petition and documents required for IDI and 341 Meeting | 0.70<br>325.00/hr | 227.50 |
| 7/27/2022 | NP | Edit declaration for 341 hearing | 0.40<br>325.00/hr | 130.00 |
| 7/29/2022 | NP | Appear for 341 Meeting | 1.30<br>325.00/hr | 422.50 |
| | SUBTOTAL: | | [      2.40 | 780.00] |
| | Plan and Disclosure Statement | | | |
| 9/7/2022 | NP | Prepare Debtor's proposed plan | 4.00<br>325.00/hr | 1,300.00 |
| 9/12/2022 | AJR | emails with clients on status of commitment | 0.10<br>620.00/hr | 62.00 |

Fraleg Group Inc.

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/12/2022 | NP | Draft Disclosure Statement | 4.10<br>325.00/hr | 1,332.50 |
| 9/13/2022 | AJR | revise plan and ds and review term sheet. | 3.20<br>620.00/hr | 1,984.00 |
|  | NP | Edit Disclosure statements and email clients | 1.00<br>325.00/hr | 325.00 |
| 9/14/2022 | AJR | interoffice conference with NP on changes to plan and DS and claims objection | 0.30<br>620.00/hr | 186.00 |
|  | AJR | interoffice conference with NP on changes to plan and DS and claims objection | 0.30<br>620.00/hr | 186.00 |
|  | AJR | further revise DS | 0.20<br>620.00/hr | 124.00 |
|  | AJR | Follow up emails on loan commitment | 0.10<br>620.00/hr | 62.00 |
|  | NP | Edit Plan and Disclosure statement and send to client for review | 1.90<br>325.00/hr | 617.50 |
| 9/15/2022 | AJR | interoffice conference with NP on changes to plan and DS | 0.10<br>620.00/hr | 62.00 |
|  | AJR | multiple calls and emaiols on loan commitment needed for DS | 0.30<br>620.00/hr | 186.00 |
|  | NP | Draft application to approve DS and schedule a hearing to approve the Plan | 3.60<br>325.00/hr | 1,170.00 |
|  | NP | Edit and file plan and disclosure statement with exhibits and supporting documents | 2.10<br>325.00/hr | 682.50 |
| 9/16/2022 | NP | Edit and file application approve DS and schedule a hearing to approve the Plan | 2.00<br>325.00/hr | 650.00 |
| 9/19/2022 | AJR | Review and send executed commitment letter | 0.10<br>620.00/hr | 62.00 |
|  | AJR | Mult emails and review title policy | 0.50<br>620.00/hr | 310.00 |
| 10/2/2022 | AJR | Revise Disclosure Statement | 0.80<br>620.00/hr | 496.00 |
| 10/4/2022 | AJR | Call with David on settlement and revised DS and plan | 0.40<br>620.00/hr | 248.00 |

Fraleg Group Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/4/2022 | AJR | emails to client regarding settlement | 0.20<br>620.00/hr | 124.00 |
| | AJR | Further revise DS and Plan in accord withsettlement | 2.40<br>620.00/hr | 1,488.00 |
| 10/6/2022 | AJR | call with attorney for new lender | 0.40<br>620.00/hr | 248.00 |
| | AJR | send amended DS to Default to review | 0.20<br>620.00/hr | 124.00 |
| 10/9/2022 | AJR | further email with client on new loan status | 0.10<br>620.00/hr | 62.00 |
| 10/10/2022 | AJR | email to David regarding any changes to DS | 0.10<br>620.00/hr | 62.00 |
| 10/11/2022 | AJR | confirmation call with broker and client on new loan terms | 0.70<br>620.00/hr | 434.00 |
| | AJR | Call with client and draft corr to Broker | 0.60<br>620.00/hr | 372.00 |
| 10/12/2022 | AJR | revise disclosure statement order and notice and send to David | 1.20<br>620.00/hr | 744.00 |
| 10/14/2022 | NP | Edit Plan and disclosure statement with CAf proposed edits | 2.90<br>325.00/hr | 942.50 |
| 10/17/2022 | AJR | multiple revisions  to sale order, plan and disclosure statement | 2.20<br>620.00/hr | 1,364.00 |
| | AJR | finalize all pleadings and file plan | 1.80<br>620.00/hr | 1,116.00 |
| 10/18/2022 | NP | Edit plan and disclosure statement with CAF edits | 1.90<br>325.00/hr | 617.50 |
| 10/19/2022 | AJR | revise all documents and multiple e-mails with DF and client | 2.60<br>620.00/hr | 1,612.00 |
| | NP | Edit and prep 363 Sale Order for exhibit to Disclosure statement | 0.90<br>325.00/hr | 292.50 |
| | NP | Prepare exhibits to Court Order approving DS per chambers requests | 0.30<br>325.00/hr | 97.50 |
| 10/20/2022 | EM | copy and serve amended disclosure statement | 0.10<br>150.00/hr | 15.00 |

Fraleg Group Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/20/2022 | EM | prepare and file affidavit of service for amended disclosure statement | 0.10<br>150.00/hr | 15.00 |
| | NP | Prep and file sale order as Exhibit E to Disclosure Statement | 0.20<br>325.00/hr | 65.00 |
| 11/1/2022 | NP | Prepare plan supplement | 0.70<br>325.00/hr | 227.50 |
| | AJR | review US Trustee changes to Plan and DS and make them | 0.60<br>620.00/hr | 372.00 |
| 11/3/2022 | AJR | emails to clients with questions on substituted collateral. | 0.30<br>620.00/hr | 186.00 |
| 11/7/2022 | AJR | emails from client and call on financing | 0.30<br>620.00/hr | 186.00 |
| | AJR | Review and revise affidavit in support of confirmation | 0.20<br>620.00/hr | 124.00 |
| 11/8/2022 | AJR | call with US Trustee on Plan supplement | 0.10<br>620.00/hr | 62.00 |
| | AJR | emails with NP on commiutment | 0.10<br>620.00/hr | 62.00 |
| 11/9/2022 | AJR | enmail to client regarding status | 0.10<br>620.00/hr | 62.00 |
| 11/14/2022 | AJR | Interoffice conference with NP on confirmation | 0.20<br>620.00/hr | 124.00 |
| | NP | Draft Affidavit to confirm Chapter 11 Plan | 2.00<br>325.00/hr | 650.00 |
| 11/15/2022 | AJR | email regarding confirmation | 0.10<br>620.00/hr | 62.00 |
| 11/16/2022 | AJR | email with clients regarding confirmation | 0.10<br>620.00/hr | 62.00 |
| | AJR | attend confirmation hearing and status | 2.50<br>620.00/hr | 1,550.00 |
| | NP | Appear for status conference and plan and DS hearing | 1.00<br>325.00/hr | 325.00 |
| 11/17/2022 | NP | Draft Confirmation Order | 1.90<br>325.00/hr | 617.50 |

Fraleg Group Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2022 | NP | Update confirmation order with UST edits | 0.30 325.00/hr | 97.50 |
| 11/21/2022 | NP | Emails creditors and UST regarding plan confirmation order | 0.10 325.00/hr | 32.50 |
| 11/22/2022 | NP | Prepare and upload plan confirmation Order | 0.30 325.00/hr | 97.50 |
| 11/28/2022 | AJR | follow up with client and David on status of refi. | 0.10 620.00/hr | 62.00 |
| 12/1/2022 | AJR | email to chambers on Confirmatioin order | 0.10 620.00/hr | 62.00 |
| | AJR | Status email to lender's counsel | 0.10 620.00/hr | 62.00 |
| 12/2/2022 | AJR | email to client regarding status on refinances | 0.10 620.00/hr | 62.00 |
| 12/3/2022 | NP | Edit Plan and Bidding terms and send to CAF counsel | 1.00 325.00/hr | 325.00 |
| 12/8/2022 | AJR | emails over status of financing for plan | 0.10 620.00/hr | 62.00 |
| 12/13/2022 | AJR | call with mortgage broker and emails to David regarding same. | 0.40 620.00/hr | 248.00 |
| 12/14/2022 | AJR | emails over new financing | 0.40 620.00/hr | 248.00 |
| 12/19/2022 | AJR | Forward confirmation order to all parties | 0.10 620.00/hr | 62.00 |
| 12/20/2022 | EM | copy and serve notice of effective date | 0.10 150.00/hr | 15.00 |
| | EM | prepare and file affidavit of service for notice of effective date | 0.10 150.00/hr | 15.00 |
| 1/5/2023 | AJR | e-mails with David Ferguson regarding status | 0.60 620.00/hr | 372.00 |
| 1/6/2023 | AJR | e-mails regarding status of financing | 0.10 620.00/hr | 62.00 |
| 1/9/2023 | AJR | e-mails to broker regarding status | 0.10 620.00/hr | 62.00 |

Fraleg Group Inc.                                                                                    Page    12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/18/2023 | NP | Appear for post confirmation hearing | 0.60<br>325.00/hr | 195.00 |
| 2/17/2023 | AJR | e-mails from David regarding status of funding purchase | 0.10<br>670.00/hr | 67.00 |
| 3/14/2023 | AJR | telephone call and e-mails from client regarding status | 0.20<br>670.00/hr | 134.00 |
| 3/27/2023 | AJR | telephone call and e-mails regarding wire and calculations of amount due | 0.40<br>670.00/hr | 268.00 |
|  |  | SUBTOTAL: | [          59.60 | 27,123.00] |

Relief from Stay Proceedings

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2022 | NP | Draft motion that CAF Lender violated the automatic stay | 4.40<br>325.00/hr | 1,430.00 |
| 8/2/2022 | AJR | research effect of dismissal of orders in case | 0.40<br>620.00/hr | 248.00 |
| 8/3/2022 | NP | Edit debtor's application to enforce the automatic stay | 0.70<br>325.00/hr | 227.50 |
|  | AJR | review stay violation motion | 0.40<br>620.00/hr | 248.00 |
| 8/4/2022 | NP | Draft expedited Hearing application, affidavit and order to violation of stay motion | 2.30<br>325.00/hr | 747.50 |
|  | NP | Prepare and file application seeking to enforce the automatic stay with expedited hearing | 0.90<br>325.00/hr | 292.50 |
|  | AJR | research motion to lift stay | 0.30<br>620.00/hr | 186.00 |
| 8/8/2022 | NP | Prepare opposition to the Lender motion to lift the stay | 3.30<br>325.00/hr | 1,072.50 |
| 8/9/2022 | NP | Research lift stay law on multiple filing | 2.10<br>325.00/hr | 682.50 |
|  | NP | Edit opposition to the Lender's motion to lift the stay | 2.00<br>325.00/hr | 650.00 |
|  | AJR | interoffice conference with NP regarding opposition to lift stay and revise same | 0.60<br>620.00/hr | 372.00 |

Fraleg Group Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/29/2022 | NP | Research res judicata on lift stay issue | 2.40<br>325.00/hr | 780.00 |
| 10/12/2022 | NP | Appear for hearing on the stay motions | 2.00<br>325.00/hr | 650.00 |
| 11/9/2022 | AJR | Appear on Motion to lift stay | 0.50<br>620.00/hr | 310.00 |
| 2/10/2023 | AJR | review motion to lift stay | 0.30<br>670.00/hr | 201.00 |
| | AJR | transmit motion to lift stay to clients | 0.10<br>670.00/hr | 67.00 |
| 3/1/2023 | AJR | draft opposition to motion to lift stay | 5.40<br>670.00/hr | 3,618.00 |
| 3/8/2023 | AJR | attend lift stay hearing | 1.80<br>670.00/hr | 1,206.00 |
| | | SUBTOTAL: | [      29.90 | 12,988.50] |

Asset Disposition

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/19/2022 | AJR | settlement calls | 0.30<br>620.00/hr | 186.00 |
| 1/10/2023 | AJR | e-mail to client and mortgage broker | 0.10<br>620.00/hr | 62.00 |
| 1/11/2023 | AJR | telephone call to mortgage broker and e-mail regarding refinance | 0.60<br>620.00/hr | 372.00 |
| | AJR | telephone call and e-mails regarding finance | 0.10<br>620.00/hr | 62.00 |
| 1/12/2023 | AJR | telephone call with client and e-mail to David regarding status | 0.60<br>620.00/hr | 372.00 |
| 1/13/2023 | AJR | e-mails regarding status of refinance | 0.10<br>620.00/hr | 62.00 |
| 1/17/2023 | AJR | forward potential purchaser to MY and e-mails with MY regarding same | 0.10<br>620.00/hr | 62.00 |
| 1/20/2023 | AJR | e-mails with MY regarding sale process | 0.20<br>620.00/hr | 124.00 |

Fraleg Group Inc.                                                                              Page    14

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2023 | AJR | e-mails to David regarding status | 0.20<br>620.00/hr | 124.00 |
| 1/23/2023 | AJR | e-mails and telephone calls regarding refinance | 0.20<br>620.00/hr | 124.00 |
| 2/1/2023 | AJR | telephone calls and e-mails regarding lender | 0.30<br>670.00/hr | 201.00 |
| 2/2/2023 | AJR | review payoff and transmit to client | 0.20<br>670.00/hr | 134.00 |
| | AJR | e-mails with MY regarding auction and telephone calls with David<br>regarding sale process and deed and mortgage | 0.90<br>670.00/hr | 603.00 |
| 2/7/2023 | AJR | telephone call with MY regarding offer | 0.30<br>670.00/hr | 201.00 |
| 2/10/2023 | AJR | telephone call with GR regarding mortgage | 0.40<br>670.00/hr | 268.00 |
| 2/12/2023 | AJR | e-mails to clients regarding plans for MY | 0.10<br>670.00/hr | 67.00 |
| 2/13/2023 | AJR | multiple e-mails with client regarding sale | 0.40<br>670.00/hr | 268.00 |
| 2/15/2023 | AJR | attend hearing and follow up with clients and all parties | 3.00<br>670.00/hr | 2,010.00 |
| 2/16/2023 | AJR | telephone call with broker and clients | 0.40<br>670.00/hr | 268.00 |
| | AJR | e-mails with clients regarding status | 0.30<br>670.00/hr | 201.00 |
| | AJR | telephone call with mortgage broker regarding refinancing | 0.20<br>670.00/hr | 134.00 |
| 2/18/2023 | AJR | e-mails regarding potential purchaser from MY | 0.10<br>670.00/hr | 67.00 |
| 2/21/2023 | AJR | e-mails with broker | 0.20<br>670.00/hr | 134.00 |
| | AJR | e-mails with Glen regarding potential sale | 0.10<br>670.00/hr | 67.00 |
| 2/22/2023 | AJR | telephone call with new lender and e-mails with David regarding same | 1.00<br>670.00/hr | 670.00 |

Fraleg Group Inc.                                                                                          Page    15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/24/2023 | AJR | e-mails with GP regarding closings | 0.10<br>670.00/hr | 67.00 |
|  | AJR | settlement e-mails to David | 0.20<br>670.00/hr | 134.00 |
| 3/2/2023 | AJR | revise sale order and transmit | 0.90<br>670.00/hr | 603.00 |
| 3/6/2023 | NP | Prepare and file the notice of settled order to revised 363 order | 1.10<br>325.00/hr | 357.50 |
|  | EM | copy and serve notice of 363 settlement order | 0.20<br>150.00/hr | 30.00 |
|  | EM | prepare and file affidavit of service for notice of 363 settlement order | 0.10<br>150.00/hr | 15.00 |
|  | AJR | multiple e-mails and telephone calls to client regarding status and transfer of deed | 0.30<br>670.00/hr | 201.00 |
| 3/10/2023 | AJR | telephone calls and e-mails regarding sale | 0.30<br>670.00/hr | 201.00 |
| 3/15/2023 | AJR | telephone calls and e-mails regarding wire | 0.40<br>670.00/hr | 268.00 |
| 3/21/2023 | AJR | telephone calls with MY regarding potential sale | 0.20<br>670.00/hr | 134.00 |
| 4/10/2023 | AJR | Calls to broker on refi and client | 0.20<br>670.00/hr | 134.00 |
|  | AJR | email with Default regarding sale of vacant lot. | 0.10<br>670.00/hr | 67.00 |
| 5/19/2023 | AJR | e-mails to David regarding status | 0.10<br>670.00/hr | 67.00 |
| 6/1/2023 | AJR | emails on different ways to finish case. | 0.10<br>670.00/hr | 67.00 |
| 6/6/2023 | AJR | emails as to status of funding plan. | 0.10<br>670.00/hr | 67.00 |
| 6/13/2023 | AJR | emails regarding status of closing | 0.10<br>670.00/hr | 67.00 |
| 6/15/2023 | AJR | Emails to clients regarding status of closing on refi | 0.20<br>670.00/hr | 134.00 |

Fraleg Group Inc.                                                                                                        Page    16

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/15/2023 | AJR | emails to client regarding status of closing | 0.10<br>670.00/hr | 67.00 |
| 6/16/2023 | AJR | email regarding issue with closing. | 0.10<br>670.00/hr | 67.00 |
| 6/17/2023 | AJR | Email to clientrs regarding status. | 0.10<br>670.00/hr | 67.00 |
|  | AJR | email exchange with clients regarding difficulty with refi of non estate property to fund plan. | 0.10<br>670.00/hr | 67.00 |
| 6/23/2023 | AJR | Email to clients regarding options for case if they continue to not communicate with counsel and fail to deposit fund to confirm. | 0.20<br>670.00/hr | 134.00 |
|  |  | SUBTOTAL: | [          15.70 | 9,858.50] |
|  |  | Case Administration |  |  |
| 6/16/2022 | NP | Draft petition and review filings | 4.20<br>325.00/hr | 1,365.00 |
|  | NP | Draft corporate disclosure and resolution documents | 1.10<br>325.00/hr | 357.50 |
| 6/17/2022 | NP | Edit petition and corporate disclosure and resolution | 1.80<br>325.00/hr | 585.00 |
| 6/21/2022 | NP | Phone call with principals of the Debtor regarding case | 0.50<br>325.00/hr | 162.50 |
|  | AJR | zoom with clients on status and and case management | 0.60<br>620.00/hr | 372.00 |
| 6/22/2022 | NP | Email exhcnage with Debtor and UST regarding IDI, 341 meeting and documents | 0.30<br>325.00/hr | 97.50 |
|  | NP | Edit 1007 affidavit | 1.20<br>325.00/hr | 390.00 |
| 6/23/2022 | NP | Edit 1007 affidavit | 0.80<br>325.00/hr | 260.00 |
|  | AJR | revisions to 1007 affidavit and transmit to client for signature | 1.60<br>620.00/hr | 992.00 |
|  | AJR | file 1007 affidavit with exhibits and serve | 0.20<br>620.00/hr | 124.00 |

Fraleg Group Inc.                                                                                      Page     17

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/27/2022 | NP | Draft bar date motion with notice and Order | 1.00 325.00/hr | 325.00 |
| 6/28/2022 | NP | Compile IDI documents and request document from Andy | 0.70 325.00/hr | 227.50 |
| | NP | Prep and file bar date motion | 0.60 325.00/hr | 195.00 |
| | EM | copy and mail petition and schedules | 0.10 150.00/hr | 15.00 |
| 6/29/2022 | NP | Prep and send IDI documents to the UST | 0.60 325.00/hr | 195.00 |
| 7/5/2022 | NP | Appear for IDI with Debtor | 0.90 325.00/hr | 292.50 |
| | NP | Phone call with Debtors regarding payoff value of mortgage, and Draft letter noting the value of the payoff in writing | 1.00 325.00/hr | 325.00 |
| 7/6/2022 | EM | prepare and file affidavit of service for notice and bar date order | 0.20 150.00/hr | 30.00 |
| 7/8/2022 | EM | copy and mail notice and bar date order | 0.10 150.00/hr | 15.00 |
| | EM | prepare and file affidavit of service for notice and bar date order | 0.10 150.00/hr | 15.00 |
| 8/3/2022 | NP | Appear for Status conference | 0.90 325.00/hr | 292.50 |
| | AJR | appear on prepare for status hearing and appear on same | 0.90 620.00/hr | 558.00 |
| 8/5/2022 | AJR | e-mails to NP regarding documents | 0.10 620.00/hr | 62.00 |
| 8/10/2022 | NP | Prepare amended Schedule A and send to client for review | 0.60 325.00/hr | 195.00 |
| 8/11/2022 | NP | Prepare MOR | 0.60 325.00/hr | 195.00 |
| | EM | copy and serve amended schedules | 0.10 150.00/hr | 15.00 |
| | EM | prepare and file amended schedules affidavit of service | 0.10 150.00/hr | 15.00 |

Fraleg Group Inc.                                                                                     Page    18

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2022 | NP | Appear for status conference and motions | 1.60<br>325.00/hr | 520.00 |
| 8/23/2022 | AJR | e-mails regarding IRS request for tax returns and petition | 0.10<br>620.00/hr | 62.00 |
| 8/29/2022 | NP | Prepare letter and send tax returns to IRS | 0.10<br>325.00/hr | 32.50 |
| 9/20/2022 | NP | Prepare Monthly Operating Report | 0.90<br>325.00/hr | 292.50 |
| 9/23/2022 | NP | Prepare and file MOR | 0.90<br>325.00/hr | 292.50 |
| 10/12/2022 | AJR | appear at status conference | 1.90<br>620.00/hr | 1,178.00 |
| 10/14/2022 | NP | Prepare monthly operating report | 0.30<br>325.00/hr | 97.50 |
| 11/27/2022 | AJR | conference regarding status of case | 0.30<br>620.00/hr | 186.00 |
| 1/18/2023 | NP | Prepar MOR pre confirmation | 0.70<br>325.00/hr | 227.50 |
| 2/2/2023 | AJR | e-mails regarding status | 0.10<br>670.00/hr | 67.00 |
|  | AJR | e-mails regarding status | 0.10<br>670.00/hr | 67.00 |
| 2/7/2023 | AJR | telephone call with DF and review documents | 1.00<br>670.00/hr | 670.00 |
|  | AJR | further review documents and e-mail to client | 1.30<br>670.00/hr | 871.00 |
| 2/8/2023 | AJR | telephone calls and e-mails with client regarding status | 0.30<br>670.00/hr | 201.00 |
| 2/9/2023 | AJR | draft status letters with client and MY | 3.60<br>670.00/hr | 2,412.00 |
| 2/15/2023 | NP | Appear for post confirmation hearing | 0.60<br>325.00/hr | 195.00 |
| 3/24/2023 | AJR | status e-mail to David | 0.20<br>670.00/hr | 134.00 |

Fraleg Group Inc.                                                                                    Page    19

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2023 | AJR | e-mails regarding wire | 0.20<br>670.00/hr | 134.00 |
| 3/29/2023 | AJR | e-mails regarding status of wire | 0.30<br>670.00/hr | 201.00 |
| 4/3/2023 | AJR | telephone call with client | 0.10<br>670.00/hr | 67.00 |
| 4/10/2023 | NP | Send stipulation to client and prepare for filing | 0.50<br>325.00/hr | 162.50 |
| 4/12/2023 | AJR | Attend Status and follow up. | 0.80<br>670.00/hr | 536.00 |
| 5/2/2023 | AJR | e-mails to clients regarding next steps | 0.40<br>670.00/hr | 268.00 |
| 5/10/2023 | AJR | e-mails to client regarding status of property | 0.30<br>670.00/hr | 201.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | SUBTOTAL: | | [    37.50 | 16,748.00] |

Claims Administration and Objections

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/8/2022 | NP | Edit and prepare for filing the supplemental reply memo of law on the motions | 1.60<br>325.00/hr | 520.00 |
| 9/9/2022 | NP | Edit supplemental reply memo of law on the motions and prepare exhibit for filing | 1.60<br>325.00/hr | 520.00 |
| 9/16/2022 | NP | Review POCs and send to client to review | 0.60<br>325.00/hr | 195.00 |
| 11/29/2022 | NP | Emails with clients regarding terms of settlement with CAF | 0.20<br>325.00/hr | 65.00 |
| 12/13/2022 | NP | Draft objection to NYCDOF claim | 2.00<br>325.00/hr | 650.00 |
| 12/15/2022 | EM | copy and serve motion to reduce claim | 0.30<br>150.00/hr | 45.00 |
| | EM | prepare and file affidavit of service for motion to reduce claim | 0.10<br>150.00/hr | 15.00 |
| 1/3/2023 | NP | Emails with NYC tax regarding claim objection | 0.20<br>325.00/hr | 65.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2023 | AJR | telephone call with Hugh Schull regarding claim objection and follow-up | 0.40 620.00/hr | 248.00 |
| 1/10/2023 | NP | Email NYCDOF to extend time to respond to claim objection | 0.10 325.00/hr | 32.50 |
| 4/10/2023 | AJR | emails with HS and  and emails to client regarding NYC claim Objection | 0.10 670.00/hr | 67.00 |
| | SUBTOTAL: | | [    7.20 | 2,422.50] |
| | Fee/Employment Applications | | | |
| 7/5/2022 | NP | Prepare AJR retention Application | 1.90 325.00/hr | 617.50 |
| 7/13/2022 | AJR | revise retention and submit | 0.40 620.00/hr | 248.00 |
| 7/25/2022 | NP | Amended the disclosure of compensation and file | 0.30 325.00/hr | 97.50 |
| 12/12/2022 | NP | Prepare MYC retention application | 2.10 325.00/hr | 682.50 |
| 12/15/2022 | NP | Circulate MYC retention application for review | 0.30 325.00/hr | 97.50 |
| 12/19/2022 | NP | Prepare and send retention application to Debtor for review and signing | 0.70 325.00/hr | 227.50 |
| 12/20/2022 | NP | File retention application for MYC | 0.70 325.00/hr | 227.50 |
| 12/21/2022 | EM | prepare and file affidavit of service for motion to employ MYC | 0.10 150.00/hr | 15.00 |
| | EM | copy and serve motion to employ MYC | 0.20 150.00/hr | 30.00 |
| 2/9/2023 | AJR | e-mails with MY regarding retention | 0.10 670.00/hr | 67.00 |
| 2/12/2023 | AJR | e-mails regarding retention | 0.30 670.00/hr | 201.00 |
| 2/17/2023 | AJR | transmit MYC retention order | 0.10 670.00/hr | 67.00 |

Fraleg Group Inc.                                                                                          Page    21

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2023 | NP | Draft AJR Fee Application | 2.80 325.00/hr | 910.00 |
|  | AJR | draft motion to be relieved as counsel | 0.40 670.00/hr | 268.00 |
| 6/23/2023 | NP | Update and edit first and final fee applications | 0.70 395.00/hr | 276.50 |
| 6/24/2023 | AJR | review and revise fee application. | 1.00 670.00/hr | 670.00 |
|  |  | SUBTOTAL: | [    12.10 | 4,702.50] |
|  |  | Fee/Employment Objections | | |
| 6/14/2023 | NP | Appear at status hearing and Claim objection hearing | 0.50 395.00/hr | 197.50 |
|  |  | SUBTOTAL: | [    0.50 | 197.50] |
|  |  | Financing | | |
| 10/7/2021 | AJR | follow up email on new loan | 0.10 620.00/hr | 62.00 |
| 12/12/2022 | AJR | follow up on status with all parties | 0.10 620.00/hr | 62.00 |
| 3/1/2023 | AJR | e-mails and telephone calls regarding funding | 0.20 670.00/hr | 134.00 |
|  |  | SUBTOTAL: | [    0.40 | 258.00] |
|  |  | For professional services rendered | 253.80 | $123,852.50 |
|  |  | Additional Charges : | | |
|  |  | Litigation | | |
| 7/6/2022 |  | photocopy charge to copy notice and bar date order; 162 pages @ $.10 per page | | 16.20 |
|  |  | postage charge to mail notice and bar date order | | 6.57 |
| 7/8/2022 |  | photocopy charge to copy notice and bar date order;18 pages @ $.10 per page | | 1.80 |

Fraleg Group Inc.                                                                                            Page    22

|            |                                                                                              | Amount  |
|------------|----------------------------------------------------------------------------------------------|---------|
| 7/22/2022  | PACER charge for the months of April, May and June                                           | 22.10   |
| 7/25/2022  | Adv Proceeding Filing fee                                                                     | 350.00  |
| 7/26/2022  | photocopy charge to copy summons and complaint v CAF et al; 243 pages @ $.10 per page         | 24.30   |
|            | postage charge to mail summons and complaint v CAF et al                                     | 44.12   |
| 8/5/2022   | photocopy charge to copy order to show cause order; 27 pages @ $.10 per page                  | 2.70    |
|            | photocopy charge to copy order to show cause motion; 117 pages @ $.10 per page                | 11.70   |
|            | postage charge to mail order to show cause motion                                            | 47.00   |
| 8/11/2022  | photocopy charge to copy objection to CAF void dismissal motion; 116 pages @ $.10 per page    | 11.60   |
|            | photocopy charge to copy objection to CAF stay motion; 388 pages @ $.10 per page              | 38.80   |
|            | postage charge to mail objection to CAF stay motion                                          | 15.50   |
| 9/9/2022   | photocopy charge to copy memorandum of law; 126 pages @ $.10 per page                         | 12.60   |
|            | postage charge to mail memorandum of law                                                     | 4.86    |
| 9/30/2022  | PACER charges for the months of July, August and September                                   | 22.70   |
| 11/2/2022  | Fedex charge for overnight mail for scheduling order 8/5                                      | 233.51  |
| 12/20/2022 | photocopy charge to copy notice of effective date; 30 pages @ $.10 per page                   | 3.00    |
|            | postage charge to mail notice of effective date                                              | 8.55    |
|            | SUBTOTAL:                                                                          [          | 877.61] |

### Plan and Disclosure Statement

|            |                                                                                              | Amount  |
|------------|----------------------------------------------------------------------------------------------|---------|
| 10/20/2022 | photocopy charge to copy amended disclosure statement; 756 pages @ $.10 per page              | 75.60   |
|            | postage charge to mail amended disclosure statement                                          | 23.52   |
|            | SUBTOTAL:                                                                          [          | 99.12]  |

### Asset Disposition

|            |                                                                                              | Amount  |
|------------|----------------------------------------------------------------------------------------------|---------|
| 3/6/2023   | photocopy charge to copy notice of 363 settlement order; 416 pages @ $.10 per page            | 41.60   |
|            | postage charge to mail notice of 363 settlement order                                        | 17.28   |

Fraleg Group Inc.                                                                                          Page    23

|  |  | Amount |
|---|---|---|
| | SUBTOTAL: | [        58.88] |
| | Case Administration | |
| 6/17/2022 | Court filing fee | 1,738.00 |
| 6/30/2022 | photocopy charge to copy petition and schedules; 62 pages @ $.10 per page | 6.20 |
| | postage charge to mail petition and schedules | 2.69 |
| 8/11/2022 | photocopy charge to copy amended schedules; 384 pages @ $.10 per page | 38.40 |
| | postage charge to mail amended schedules | 6.48 |
| | SUBTOTAL: | [     1,791.77] |
| | Claims Administration and Objections | |
| 12/15/2022 | photocopy charge to copy motion to reduce claim; 315 pages @ $.10 per page | 31.50 |
| | postage charge to mail motion to reduce claim | 12.15 |
| | SUBTOTAL: | [        43.65] |
| | Fee/Employment Applications | |
| 12/21/2022 | photocopy charge to copy motion to employ MYC; 270 pages @ $.10 per page | 27.00 |
| | postage charge to mail motion to employ MYC | 12.15 |
| | SUBTOTAL: | [        39.15] |
| | Total additional charges | $2,910.18 |
| | Total amount of this bill | $126,762.68 |
| | Accounts receivable transactions | |
| 6/15/2022 | Payment - thank you | ($10,738.00) |
| | Total payments and adjustments | ($10,738.00) |
| | Balance due | $116,024.68 |