| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC** | **Hearing Date: July 26, 2023** |
| 38 New Street | **Hearing Time: 10:00 am** |
| Huntington, New York 11743 | **Objection Deadline: July 19, 2023** |
| (631) 423-8527 | |
| Avrum J. Rosen, Esq. | |
| Nico G. Pizzo, Esq. | |

*Counsel for the Reorganized Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                              Chapter 11

FRALEG GROUP, INC.,                                              Case No.: 22-41410-jmm

                                    Debtor.
-----------------------------------------------------------X

### NOTICE OF HEARING ON THE LAW OFFICES OF AVRUM J. ROSEN, PLLC'S APPLICATION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

**PLEASE TAKE NOTICE** that a hearing before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 shall be held on **July 26, 2023 at 10:00 a.m.** on the motion (the "Motion") filed by Law Offices of Avrum J. Rosen, PLLC (the "Firm"), retained counsel for Fraleg Group, Inc., the reorganized debtor herein, seeking the entry of an order authorizing the Firm to be relieved as counsel of record to the Debtor.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **July 19, 2023** (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to: (i) The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, Attn: Avrum J. Rosen, Esq.; and (ii) the Office of the United States

Trustee, Alexander Hamilton Custom House, One Bowling Green, Suite 510, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be adjourned without notice other than an announcement in open Court.

Dated: June 29, 2023  
       Huntington, New York

Respectfully submitted,

**The Law Offices of Avrum J. Rosen, PLLC**

By: */s/ Avrum J. Rosen*  
Avrum J. Rosen, Esq.  
Nico G. Pizzo, Esq.  
38 New Street  
Huntington, NY 11743  
(631) 423-8527  
arosen@ajrlawny.com  
npizzo@ajrlawny.com

*Attorneys for the Reorganized Debtor*