UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                Chapter 11

FRALEG GROUP, INC.,                                      Case No.: 22-41410-jmm

                                   Debtor.
---------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                              ) ss:
COUNTY OF SUFFOLK     )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

        On the 29th day of June, 2023, deponent served the **APPLICATION OF THE LAW OFFICES OF AVRUM J. ROSEN, PLLC TO WITHDRAW AS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION with ATTORNEY AFFIDAVIT AND PROPOSED ORDER attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                                                         */s/ Everlyn Meade-Bramble*
                                                                         Everlyn Meade-Bramble

Sworn to before me this
29th day of June, 2023

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

## Service List

Andy Alege
195 St James Place
Brooklyn NY 11216-7385

CAF Borrower GS LLC
4 Park Plaza Suite 900
Irvine CA 92614-2551

CoreVest American Finance
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Small Business Administration
409 3rd Street SW FL 5
Washington DC 20416-0001

US Small Business Administration
c/o Jeffrey H Schervone
26 Federal Plaza Suite 3100
New York NY 10278-3199

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

US Securities & Exchange Commission
Brookfield Place
200 Vesey Street FL 400
New York NY 10281-5520

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Office of the United States Trustee
Alexander Hamilton Custom House
1 Bowling Green Room 510
New York NY 10004-1408

New York City Department of Finance
375 Pearl Street FL 27
New York NY 10038-1441

Morgan C Fiander
Polsinelli PC
600 Third Avenue FL 42
New York NY 10016-1924

CAF Borrower GS LLC
c/o David D Ferguson Esq
Polsinelli PC
900 West 48th Place Suite 900
Kansas City MO 64112-1899

NYC Department of Finance
Correspondence Unit
1 Centre Street FL 22
New York NY 10007-1632

NYC Department of Finance
66 John Street Room 104
New York NY 10038-3735

Glenn Reiner
Siegel & Reiner LLP
130 East 59th Street FL 12
New York NY 10022-1354

MYC & Associates Inc
1110 South Avenue Suite 22
Staten Island NY 10314-3403

Hugh H Shull III
Office of Corporation Counsel for
the City of New York
100 Church Street Room 5-233
New York NY 10007-2601