UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                  Chapter 11

FRALEG GROUP, INC.,                                      Case No.: 22-41410-jmm

                                 Debtor.
--------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss:
COUNTY OF SUFFOLK    )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

        On the 29th day of June, 2023, deponent served the **FIRST AND FINAL FEE APPLICATION OF MYC & ASSOCIATES, INC, REAL ESTATE BROKER TO DEBTOR, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTIONS 327, 328 AND 330 OF THE BANKRUPTCY CODE AND RULES 2002 AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE with EXHIBITS attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                                    */s/ Everlyn Meade-Bramble*
                                                    Everlyn Meade-Bramble

Sworn to before me this
29th day of June, 2023

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

## Service List

Andy Alege
195 St James Place
Brooklyn NY 11216-7385

CAF Borrower GS LLC
4 Park Plaza Suite 900
Irvine CA 92614-2551

CoreVest American Finance
4 Park Plaza Suite 900
Irvine CA 92614-2551

US Small Business Administration
409 3rd Street SW FL 5
Washington DC 20416-0001

US Small Business Administration
c/o Jeffrey H Schervone
26 Federal Plaza Suite 3100
New York NY 10278-3199

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

US Securities & Exchange Commission
Brookfield Place
200 Vesey Street FL 400
New York NY 10281-5520

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Office of the United States Trustee
Alexander Hamilton Custom House
1 Bowling Green Room 510
New York NY 10004-1408

New York City Department of Finance
375 Pearl Street FL 27
New York NY 10038-1441

Morgan C Fiander
Polsinelli PC
600 Third Avenue FL 42
New York NY 10016-1924

CAF Borrower GS LLC
c/o David D Ferguson Esq
Polsinelli PC
900 West 48th Place Suite 900
Kansas City MO 64112-1899

NYC Department of Finance
Correspondence Unit
1 Centre Street FL 22
New York NY 10007-1632

NYC Department of Finance
66 John Street Room 104
New York NY 10038-3735

Glenn Reiner
Siegel & Reiner LLP
130 East 59th Street FL 12
New York NY 10022-1354

MYC & Associates Inc
1110 South Avenue Suite 22
Staten Island NY 10314-3403

Hugh H Shull III
Office of Corporation Counsel for
the City of New York
100 Church Street Room 5-233
New York NY 10007-2601