# *The Law Offices of Avrum J. Rosen*

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
arosen@ajrlawny.com

AVRUM J. ROSEN
  ------------

DEBORAH L. DOBBIN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

July 20, 2023

VIA ECF

Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

        Re: FRALEG GROUP, INC., Case No.: 22-41410-jmm

Dear Judge Mazer-Marino,

    The Office of the United States Trustee raised some informal objections to this firm's final fee application. We have resolved them by agreeing to an $1,800.00 reduction in our fee application for professional fees.

    Thank you.

        Very truly yours,

        *S/ Avrum J. Rosen, Esq.*

To All Paries in interest, via ECF