| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC** | **Settlement Date: August 8, 2023** |
| 38 New Street | **Objection Date: August 7, 2023** |
| Huntington, New York 11743 | |
| (631) 423-8527 | |
| Avrum J. Rosen, Esq. | |
| Nico G. Pizzo, Esq. | |

*Attorneys for the Reorganized Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                              Chapter 11

FRALEG GROUP, INC.,                                 Case No.: 22-41410-jmm

                        Debtor.
----------------------------------------------------------x

## NOTICE OF SETTLEMENT OF PROPOSED ORDER

**PLEASE TAKE NOTICE**, that the attached proposed Order (the "Proposed Order"), authorizing the Firm to be relieved as counsel of record to Fraleg Group, Inc., the post confirmation debtor (the "Reorganized Debtor"), will be submitted for signature to the Honorable Jil Mazer-Marino, United States Bankruptcy Judge for the Eastern District of New York, on **August 8, 2023 at 5:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Proposed Order must be filed on the Court's electronic docket system and made in writing and received by (i) Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, Attn: Avrum J. Rosen, Esq.; (ii) the Office of the United States Trustee, One Bowling Green, Suite 510, New York, New York 10004; and (iii) the Honorable Jil-Mazer-Marino at Chambers **by no later than 4:00 p.m. (prevailing Eastern time) on August 7, 2023.** Unless objections are received at that time, the Proposed Order may be signed.

**PLEASE TAKE FURTHER NOTICE**, that if written objections are timely filed then a hearing may be held before the Court at a time scheduled by the Court.

Dated: Huntington, New York
       July 26, 2023

Respectfully submitted,

**Law Offices of Avrum J. Rosen, PLLC**
*Attorneys for Reorganized Debtor*

By:   */s/ Avrum J. Rosen*
      Avrum J. Rosen
      Nico G. Pizzo
      38 New Street
      Huntington, New York 11743
      (631) 423-8527
      arosen@ajrlawny.com
      npizzo@ajrlawny.com