UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                                  Chapter 11

FRALEG GROUP, INC.,                                                 Case No.: 22-41410-jmm

                                    Debtor.
-----------------------------------------------------------x

## ORDER GRANTING THE LAW OFFICES OF AVRUM J. ROSEN, PLLC
## TO WITHDRAW AS COUNSEL FOR
## FRALEG GROUP, INC.,

UPON the Application [Dkt. No. 90] (the "Application") of the Law Offices of Avrum J. Rosen, PLLC (the "Firm"), seeking the entry of an order authorizing the Firm to be relieved as counsel of record to Fraleg Group, Inc., the reorganized debtor (the "Debtor"); and the return date for the Application having come up on July 26, 2023, upon proper notice; and there being no opposition to the relief sought in the Application; and the proposed Order, authorizing the Firm to be relieved as counsel of record to the Debtor having been settled [Dkt. No. 97] with an objection date of August 7, 2023, upon proper notice; and there being no opposition to the relief sought; and the Court, upon due deliberation, having determined that cause has been established and that the relief sought is appropriate and should be granted; it is hereby

**ORDERED**, that the Application is granted to the extent set forth herein; and it is further

**ORDERED**, that the Firm be, and hereby is, relieved as counsel of record to the Debtor; and it is further

**ORDERED**, that nothing herein shall be deemed to impair any rights the Firm may have to claim an attorney's lien on any of the distributions made to the clients in this proceeding; and it is further

**ORDERED**, that the terms and conditions of this Order are immediately effective and enforceable upon its entry.