UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                      Chapter 11

FRALEG GROUP, INC.,                                          Case No.: 22-41410-jmm

                                        Debtor.
---------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                     ) ss:
COUNTY OF SUFFOLK       )

        **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

        On the 26th day of July, 2023, deponent served the **NOTICE OF SETTLEMENT OF PROPOSED ORDER with EXHIBIT and PROPOSED ORDER attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail and also served by Electronic Mail:

See attached list

                                                                    */s/ Everlyn Meade-Bramble*
                                                                    Everlyn Meade-Bramble

Sworn to before me this
26th day of July, 2023

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

## Service List

**Via First Class Mail:**

Office of the United States Trustee
Alexander Hamilton Custom House
1 Bowling Green Room 510
New York NY 10004-1415

Fraleg Group Inc
931 Lincoln Place
Brooklyn NY  11213-3332

Andy Alege
195 St James Place
Brooklyn NY 11216-7385

**Via Electronic Mail:**
Femyan@outlook.com
ronfar73@gmail.com