UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                                   Case No. 22-41410 (JMM)

Fraleg Group, Inc.,                     (Chapter 11)

                      Debtor.
--------------------------------------------------------x

## **AFFIRMATION OF SERVICE**

Leiden Czarniecki affirms under penalty of perjury that the following is true and correct:

1. I am a Paralegal Specialist with the Office of the United States Trustee for Region 2.

2. On October 13, 2023, I caused true and correct copies of the United States Trustee's Motion for an Order Dismissing, or, Alternatively, Converting to Chapter 7 the Debtor's Chapter 11 Case (the "Motion") to be served by first-class mail upon the parties listed on the attached Schedule A by depositing true and correct copies of same in sealed envelopes, with postage pre-paid thereon, in an official depository of the U.S. Postal Service within the City and State of New York.

                                                         */s/ Leiden Czarniecki*
                                                         Leiden Czarniecki

## Schedule A

Fraleg Group, Inc.
931 Lincoln Place
Brooklyn, NY 11213

Nico G. Pizzo, Esq.
Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, NY 11743

MYC & Associates, Inc.
1110 South Avenue, Suite 22
Staten Island, NY 10314

Hugh H. Shull, III, Esq.
Office of Corporation Counsel for
the City of New York
100 Church Street Room 5-233
New York, NY 10007

Morgan Fiander, Esq.
Polsinelli PC
600 Third Ave., 42nd Floor
New York, NY 10016

David Ferguson, Esq.
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, MO 64112

New York State Department of Taxation & Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

New York City Department of Finance
375 Pearl Street, 27th Floor
New York, NY 10038

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

CAF Borrower GS LLC
c/o David D. Ferguson, Esq.
900 West 48th Place, Suite 900
Kansas City, MO 64112

Raineri Family Group LLC
c/o Siegel & Reiner LLP (Attn: Glenn Reiner, Esq.)
130 East 59th Street, 12th Floor
New York, NY 10022