United States Bankruptcy Court
Eastern District of New York

In re:                                                                                          Case No. 22-41410-jmm
Fraleg Group, Inc.                                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                          User: admin                                       Page 1 of 2
Date Rcvd: Oct 13, 2023                       Form ID: 226                                      Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Group, Inc., 931 Lincoln Place, Brooklyn, NY 11213-3332 |
| 10083657 | + | Andy Alege, 195 St. James Place, Brooklyn, NY 11238-7385 |
| 10083658 | + | CAF Borrower GS LLC, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10106588 | + | CAF Borrower GS LLC, c/o David D. Ferguson, Esq., 900 West 48th Place, Suite 900, Kansas City, Missouri 64112-1899 |
| 10101650 | + | CAF Borrower GS, LLC, c/o Morgan C. Fiander, Esq., Polsinelli PC, 600 Third Avenue, 42nd Floor, New York, New York 10016-1924 |
| 10083659 | + | CoreVest American Finance, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10160189 | + | Raineri Family Group LLC, c/o Siegel & Reiner LLP (Attn: Glenn Rei, 130 East 59th Street, 12th Floor, New York, NY 10022-1302 |
| 10083661 | + | Small Business Associatio, 409 Third St., SW, Washington, DC 20416-0002 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Oct 13 2023 18:15:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 13 2023 18:15:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Oct 13 2023 18:15:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 13 2023 18:15:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + | Email/Text: karen.brown@treasury.gov | Oct 13 2023 18:15:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10092517 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2023 18:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10083660 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 13 2023 18:15:00 | NYS Dept. of Tax. & Fin., Bankruptcy Sections, P.O. Box 5300, Albany, NY 12205-0300 |
| 10090402 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Oct 13 2023 18:15:00 | New York City Department of Finance, 375 Pearl Street, 27th Floor, New York, NY 10038-1441 |
| 10085020 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 13 2023 18:15:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10153495 | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 13 2023 18:15:00 | Office of the U.S. Trustee, One Bowling Green Room 510, New York, NY 10004-1415 |

TOTAL: 10

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 226 | Total Noticed: 18 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avrum J Rosen | on behalf of Plaintiff Fraleg Group Inc. arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| David Ferguson | on behalf of Creditor CAF Borrower GS LLC dferguson@polsinelli.com, tbackus@polsinelli.com;docketing@polsinelli.com |
| Hugh H Shull, III | on behalf of Creditor City of New York hughs@law.nyc.gov hhshull@gmail.com |
| Morgan Fiander | on behalf of Creditor CAF Borrower GS LLC mfiander@polsinelli.com, tbackus@polsinelli.com;nydocketing@polsinelli.com;mmclean@polsinelli.com |
| Nico G. Pizzo | on behalf of Plaintiff Fraleg Group Inc. npizzo@ajrlawny.com, arosen@ajrlawny.com;ddobbins@ajrlawny.com;emeade-bramble@ajrlawny.com;atsionis@ajrlawny.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor: Fraleg Group, Inc.<br>Name | EIN: 82−1085179 | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: 11  6/17/22 | |
| Case number: 1−22−41410−jmm | | |

# NOTICE OF HEARING TO DISMISS/CONVERT CASE

**NOTICE IS HEREBY GIVEN THAT:**

Upon the application of the United States Trustee for the Eastern District of New York, a hearing will be held before the Honorable Jil Mazer−Marino , United States Bankruptcy Judge, on **December 6, 2023 at 10:30 AM** at the following location:

**United States Bankruptcy Court, 271−C Cadman Plaza East, Courtroom 3529 − 3rd Floor, Brooklyn, NY 11201−1800**

Notice is further given that this hearing is being brought on for an order converting this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code or, in the alternative, dismissing this case and such other and further relief as may seem just and proper.

Notice is further given that the original application is on file with the Clerk of the Court and with the United States Trustee, and may be reviewed at either office during regular business hours.

Responsive papers shall be filed with the Bankruptcy Court and personally served upon the United States Trustee, Brooklyn cases: Eastern District of New York (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014; Central Islip cases: 560 Federal Plaza, Central Islip, New York 11722−4437, no later than seven (7) days prior to the hearing date set forth above. Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure, and indicate the entity submitting the response, the nature of the response and the basis of the response.

The hearing scheduled may be adjourned from time to time by announcement made in open court without further written notice.

Dated: October 13, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcdu2.jsp** [Hearing to Dismiss/Convert/UST/Chapter 11  02/01/17]