UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                   Chapter 11

FRALEG GROUP, INC.,                                      Case No.: 22-41410-jmm

                                  Debtor.
---------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                   ) ss:
COUNTY OF SUFFOLK      )

        **AVRUM J. ROSEN**, being duly sworn, deposes and says:

        Deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York;

        On the 30th day of November, 2023, deponent served the **PARTIAL OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION TO DISMISS THIS CASE**, upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by Electronic Mail:

See attached list

                                                                                               */s/ Avrum J. Rosen*
                                                                                               Avrum J. Rosen

Sworn to before me this
30th day of November, 2023

*s/Alexandros Tsionis*
Alexandros Tsionis
Notary Public State of New York
Qualified in Suffolk County
No. 02TS0015287
Commission Exp. 10/30/2027

## Service List

**Via Electronic Mail:**

David Ferguson dferguson@polsinelli.com
tbackus@polsinelli.com
docketing@polsinelli.com
Morgan Fiander mfiander@polsinelli.com
nydocketing@polsinelli.com
nbwilliams@polsinelli.com
mmclean@polsinelli.com
USTPRegion02.BR.ECF@usdoj.gov
Nazar Khodorovsky nazar.khodorovsky@usdoj.gov
Ronald Fraser Ronfar73@gmail.com
Hugh Shull hughs@law.nyc.gov
hhshull@gmail.com
andy alege femyan22@gmail.com