UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

Fraleg Group, Inc.,                                               Chapter 11

               Debtor.                              Case No. 22-41410 (JMM)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER CONVERTING CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7

Based upon the hearing held **on December 6, 2023, (JMM)** before this Court and the application of William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee") **to dismiss or convert chapter 11 case of Debtor Fraleg Group, Inc. (the "Motion") (JMM)** [ECF No. 101], and it appearing that appropriate notice **of the Motion and hearing (JMM)** has been given, and cause existing for the relief requested, as set forth in the record of the hearing, it is

**ORDERED**, that this case commenced under Chapter 11 of the Bankruptcy Code be and hereby is converted to a case under Chapter 7 pursuant to 11 U.S.C. § 1112(b); and it is further

**ORDERED**, that the Debtor shall file (I) a schedule of unpaid debts incurred after the commencement of the Chapter 11 case within 14 days of the date of this Order, and (II) a final report within 30 days of the date of this order, pursuant to Fed. R. Bankr. P. 1019(5).



Dated: December 18, 2023
       Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge