# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/19/2023 |
| Case: 1−22−41410−jmm | Form ID: 309C | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db          Fraleg Group, Inc.        931 Lincoln Place        Brooklyn, NY 11213
tr          Richard J. McCord        Certilman Balin Adler & Hyman        90 Merrick Avenue        East Meadow, NY 11554
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         Office of the United States Trustee        Eastern District of NY (Brooklyn)        Alexander Hamilton Custom
            House        One Bowling Green, Room 510        New York, NY 10004−1408
10083657    Andy Alege        195 St. James Place        Brooklyn, NY 11216
10083658    CAF Borrower GS LLC        4 Park Plaza, Suite 900        Irvine, CA 92614
10106588    CAF Borrower GS LLC        c/o David D. Ferguson, Esq.        900 West 48th Place, Suite 900        Kansas City,
            Missouri 64112
10101650    CAF Borrower GS, LLC        c/o Morgan C. Fiander, Esq.        Polsinelli PC        600 Third Avenue, 42nd
            Floor        New York, New York 10016
10083659    CoreVest American Finance        4 Park Plaza, Suite 900        Irvine, CA 92614
10092517    Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
10083660    NYS Dept. of Tax. & Fin.        Bankruptcy Sections        P.O. Box 5300        Albany, NY 12205−0300
10090402    New York City Department of Finance        375 Pearl Street, 27th Floor        New York, NY 10038
10085020    New York State Department of Taxation & Finance        Bankruptcy Section        P O Box 5300        Albany New
            York 12205−0300
10153495    Office of the U.S. Trustee        One Bowling Green Room 510        New York, NY 10014
10160189    Raineri Family Group LLC        c/o Siegel & Reiner LLP (Attn: Glenn Reiner)        130 East 59th Street, 12th
            Floor        New York, NY 10022
10083661    Small Business Associatio        409 Third St., SW        Washington, DC 20416
```

TOTAL: 18