UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                   :
                                                         :  Case No.: 22-41410-jmm
Fraleg Group, Inc.,                                      :
                                                         :  (Chapter 7)
                    Debtor.                              :
-------------------------------------------------------- x

## NOTICE OF APPOINTMENT OF TRUSTEE

To:  Richard J. McCord, Esq.
     Certilman Balin Adler & Hyman
     90 Merrick Avenue
     East Meadow, NY 11554

The United States Trustee hereby appoints you as interim trustee, under 11 U.S.C. § 701(a), in the above captioned case, which was filed as a chapter 11 case on June 17, 2022 and converted to a case under chapter 7 on December 18, 2023.

You are covered by the Chapter 7 Blanket Bond, issued by the Liberty Mutual Insurance Company, which is on file with the Office of the United States Trustee for the Eastern District of New York, Brooklyn, New York. *See* 11 U.S.C. 322(a) and Fed. R. Bankr. P. 2010. In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within seven days after receipt of this notice only if you reject this appointment. *See* Fed. R. Bankr. P. 2008 and 2010(a).

Dated:  New York, New York
        December 19, 2023               WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE, REGION 2

                                        By:  */s/* Marylou Martin
                                             Marylou Martin
                                             Assistant United States Trustee
                                             One Bowling Green, Room 510
                                             New York, NY 10004-1408
                                             Phone: 212.206.2580
                                             Facsimile: 212.668.2255
                                             Email: Marylou.Martin@usdoj.gov