United States Bankruptcy Court

Eastern District of New York

| | |
|---|---|
| In re: | Case No. 22-41410-jmm |
| Fraleg Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2023 | Form ID: 309C | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Group, Inc., 931 Lincoln Place, Brooklyn, NY 11213-3332 |
| 10083657 | + | Andy Alege, 195 St. James Place, Brooklyn, NY 11238-7385 |
| 10083658 | + | CAF Borrower GS LLC, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10106588 | + | CAF Borrower GS LLC, c/o David D. Ferguson, Esq., 900 West 48th Place, Suite 900, Kansas City, Missouri 64112-1899 |
| 10101650 | + | CAF Borrower GS, LLC, c/o Morgan C. Fiander, Esq., Polsinelli PC, 600 Third Avenue, 42nd Floor, New York, New York 10016-1924 |
| 10083659 | + | CoreVest American Finance, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10160189 | + | Raineri Family Group LLC, c/o Siegel & Reiner LLP (Attn: Glenn Rei, 130 East 59th Street, 12th Floor, New York, NY 10022-1302 |
| 10083661 | + | Small Business Associatio, 409 Third St., SW, Washington, DC 20416-0002 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRJMCCORD.COM | Dec 19 2023 23:17:00 | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 19 2023 18:18:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 19 2023 18:18:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Dec 19 2023 18:18:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 19 2023 18:18:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10092517 | | EDI: IRS.COM | Dec 19 2023 23:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10083660 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 19 2023 18:18:00 | NYS Dept. of Tax. & Fin., Bankruptcy Sections, P.O. Box 5300, Albany, NY 12205-0300 |
| 10090402 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Dec 19 2023 18:18:00 | New York City Department of Finance, 375 Pearl Street, 27th Floor, New York, NY 10038-1441 |
| 10085020 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 19 2023 18:18:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10153495 | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 19 2023 18:18:00 | Office of the U.S. Trustee, One Bowling Green Room 510, New York, NY 10004-1415 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2023          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avrum J Rosen | on behalf of Attorney Law Offices of Avrum J. Rosen  PLLC arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Avrum J Rosen | on behalf of Plaintiff Fraleg Group  Inc. arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| David Ferguson | on behalf of Creditor CAF Borrower GS  LLC dferguson@polsinelli.com, tbackus@polsinelli.com;docketing@polsinelli.com |
| Hugh H Shull, III | on behalf of Creditor City of New York hughs@law.nyc.gov  hhshull@gmail.com |
| Morgan C. Fiander | on behalf of Creditor CAF Borrower GS  LLC morgan.fiander@friedfrank.com, tbackus@polsinelli.com;nydocketing@polsinelli.com;nbwilliams@polsinelli.com;mmclean@polsinelli.com |
| Nico G. Pizzo | on behalf of Plaintiff Fraleg Group  Inc. npizzo@ajrlawny.com, arosen@ajrlawny.com;ddobbins@ajrlawny.com;emeade-bramble@ajrlawny.com;atsionis@ajrlawny.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard J. McCord | rmccord@cbah.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor | **Fraleg Group, Inc.** <br> Name | EIN:  82–1085179 |
| United States Bankruptcy Court   Eastern District of New York | | Date case filed in chapter:      11    6/17/22 |
| Case number:   1–22–41410–jmm | | Date case converted to chapter:   7    12/18/23 |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Fraleg Group, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 931 Lincoln Place <br> Brooklyn, NY 11213 | |
| **4. Debtor's attorney** <br> Name and address | None | Contact phone _____ <br><br> Email: |
| **5. Bankruptcy trustee** <br> Name and address | Richard J. McCord <br> Certilman Balin Adler & Hyman <br> 90 Merrick Avenue <br> East Meadow, NY 11554 | Contact phone (516) 296–7801 <br><br> Email:  rmccord@cbah.com |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271–C Cadman Plaza East, Suite 1595 <br> Brooklyn, NY 11201–1800 | Hours open: <br> 9:00 am – 4:30 pm Monday–Friday <br><br> Contact phone (347) 394–1700 <br><br> Date: 12/19/23 |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 10, 2024 at 10:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **For additional meeting information go to https://www.justice.gov/ust/moc** | Location: <br><br> **Office of the United States Trustee, 271–C Cadman Plaza East – Room 4515, Brooklyn, NY 11201–1800** |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**