UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

FRALEG GROUP, INC.,

                           Debtor.

-----------------------------------------------------------X

Chapter 7

Case No. 1-22-41410-jmm

## ORDER AUTHORIZING THE RETENTION OF MYC & ASSOCIATES, INC. AS REAL ESTATE BROKER TO THE CHAPTER 7 TRUSTEE

Upon the Application [ECF No. 112] dated January 4, 2024, (the "Application") of Richard J. McCord, as Chapter 7 Trustee (the "Trustee") for the Estate of Fraleg Group, Inc. (the "Debtor") for an Order of the Court authorizing the Trustee to retain MYC & Associates, Inc. ("MYC"), as Real Estate Broker to the Trustee, and upon the Affidavit of Marc P. Yaverbaum of MYC, sworn to on December 28, 2023 (the "Affidavit")**, which is annexed to the Application (JMM)**; and it satisfactorily appearing to the Court that MYC represents no interest adverse to the Estate of the Debtor in the matter upon which MYC is to be engaged and is a disinterested person within the meaning of Sections 327(a) and 101(14) of the Bankruptcy Code; it is therefore

**ORDERED**, that pursuant to 11 U.S.C. §327(a), the Trustee shall be and is hereby authorized to employ MYC as Real Estate Broker to the Trustee, effective ~~on~~ **as of (JMM)** December 20, 2023, on the terms set forth in the Application and the Affidavit, to market and offer for sale the Debtor's real property located at 116 N. Walnut Street, East Orange, New Jersey 07017 (the "East Orange Property") for a commission of six percent (6%) of the gross selling price of the East Orange Property; and it is further

**ORDERED,** that MYC will not receive any fees in this matter until after making the proper application to the Court pursuant to 11 U.SC. §§330 and 331 and obtaining an Order of

this Court awarding commissions and expenses; and it is further

**ORDERED**, that any sale of the East Orange Property shall be subject to the Trustee's written consent and subject to approval of this Court upon proper application; and it is further

**ORDERED**, that upon the sale of the East Orange Property, the gross proceeds shall be immediately turned over to the Trustee; and it is further

**ORDERED**, that the Trustee be, and hereby is, authorized to do such things, execute such documents and expend such funds as may be necessary to effectuate the terms and conditions of this Order; and it is further

**ORDERED**, that the Trustee is authorized to execute and enter into the Exclusive Right-to-Sell Marketing and Sales Agreement **annexed to the Application (JMM)** with MYC on behalf of the Debtor's estate; and it is further

**ORDERED,** that every ninety (90) days following the date of this Order, MYC shall report to the Chapter 7 Trustee, by letter, as to the status of the pending sale of the East Orange Property.

NO OBJECTION
UNITED STATES TRUSTEE

By: /s/ Reema Lateef, Esq.
Dated: New York, New York
      January 5, 2024

Dated: January 12, 2024
      Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge