# Notice Recipients

District/Off: 0207−1          User: admin          Date Created: 01/25/2024
Case: 1−22−41410−jmm          Form ID: 178          Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Fraleg Group, Inc. | 931 Lincoln Place | Brooklyn, NY 11213 | |
| tr | Richard J. McCord | Certilman Balin Adler & Hyman | 90 Merrick Avenue | East Meadow, NY 11554 |
| aty | Certilman Balin Adler & Hyman LLP | 90 Merrick Avenue | East Meadow, NY 11554 | |
| aty | Richard J. McCord | Certilman Balin Adler & Hyman | 90 Merrick Avenue | East Meadow, NY 11554 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201−3719 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green, Room 510 | New York, NY 10004−1408 |
| 10083657 | Andy Alege | 195 St. James Place | Brooklyn, NY 11216 | |
| 10083658 | CAF Borrower GS LLC | 4 Park Plaza, Suite 900 | Irvine, CA 92614 | |
| 10106588 | CAF Borrower GS LLC | c/o David D. Ferguson, Esq. | 900 West 48th Place, Suite 900 | Kansas City, Missouri 64112 |
| 10101650 | CAF Borrower GS, LLC | c/o Morgan C. Fiander, Esq. | Polsinelli PC | 600 Third Avenue, 42nd Floor    New York, New York 10016 |
| 10083659 | CoreVest American Finance | 4 Park Plaza, Suite 900 | Irvine, CA 92614 | |
| 10092517 | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| 10083660 | NYS Dept. of Tax. & Fin. | Bankruptcy Sections | P.O. Box 5300 | Albany, NY 12205−0300 |
| 10090402 | New York City Department of Finance | 375 Pearl Street, 27th Floor | New York, NY 10038 | |
| 10085020 | New York State Department of Taxation & Finance | Bankruptcy Section | P O Box 5300 | Albany New York 12205−0300 |
| 10153495 | Office of the U.S. Trustee | One Bowling Green Room 510 | New York, NY 10014 | |
| 10160189 | Raineri Family Group LLC | c/o Siegel & Reiner LLP (Attn: Glenn Reiner) | 130 East 59th Street, 12th Floor    New York, NY 10022 | |
| 10083661 | Small Business Associatio | 409 Third St., SW | Washington, DC 20416 | |
| 10291372 | U.S. Trustee Payment Center | P.O. Box 6200−19 | Portland, OR 97228 | |

TOTAL: 21