United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 22-41410-jmm |
| Fraleg Group, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 25, 2024 | Form ID: 178 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Group, Inc., 931 Lincoln Place, Brooklyn, NY 11213-3332 |
| aty | + | Certilman Balin Adler & Hyman LLP, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| 10083657 | + | Andy Alege, 195 St. James Place, Brooklyn, NY 11238-7385 |
| 10083658 | + | CAF Borrower GS LLC, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10106588 | + | CAF Borrower GS LLC, c/o David D. Ferguson, Esq., 900 West 48th Place, Suite 900, Kansas City, Missouri 64112-1899 |
| 10101650 | + | CAF Borrower GS, LLC, c/o Morgan C. Fiander, Esq., Polsinelli PC, 600 Third Avenue, 42nd Floor, New York, New York 10016-1924 |
| 10083659 | + | CoreVest American Finance, 4 Park Plaza, Suite 900, Irvine, CA 92614-2551 |
| 10160189 | + | Raineri Family Group LLC, c/o Siegel & Reiner LLP (Attn: Glenn Rei, 130 East 59th Street, 12th Floor, New York, NY 10022-1302 |
| 10083661 | + | Small Business Associatio, 409 Third St., SW, Washington, DC 20416-0002 |
| 10291372 | + | U.S. Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6299 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRJMCCORD.COM | Jan 25 2024 23:15:00 | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jan 25 2024 18:16:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 25 2024 18:16:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jan 25 2024 18:16:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 25 2024 18:16:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10092517 | | EDI: IRS.COM | Jan 25 2024 23:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10083660 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 25 2024 18:16:00 | NYS Dept. of Tax. & Fin., Bankruptcy Sections, P.O. Box 5300, Albany, NY 12205-0300 |
| 10090402 | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jan 25 2024 18:16:00 | New York City Department of Finance, 375 Pearl Street, 27th Floor, New York, NY 10038-1441 |
| 10085020 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 25 2024 18:16:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany New York 12205-0300 |
| 10153495 | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Jan 25 2024 18:16:00 | Office of the U.S. Trustee, One Bowling Green Room 510, New York, NY 10004-1415 |

TOTAL: 10

Case 1-22-41410-jmm    Doc 115    Filed 01/27/24    Entered 01/28/24 00:08:05

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 25, 2024 | Form ID: 178 | Total Noticed: 20 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Avrum J Rosen | on behalf of Attorney Law Offices of Avrum J. Rosen PLLC arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| Avrum J Rosen | on behalf of Plaintiff Fraleg Group Inc. arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com |
| David Ferguson | on behalf of Creditor CAF Borrower GS LLC dferguson@polsinelli.com, tbackus@polsinelli.com;docketing@polsinelli.com |
| Hugh H Shull, III | on behalf of Creditor City of New York hughs@law.nyc.gov hhshull@gmail.com |
| Morgan C. Fiander | on behalf of Creditor CAF Borrower GS LLC morgan.fiander@friedfrank.com, managingattorneysdepartment@friedfrank.com |
| Nico G. Pizzo | on behalf of Plaintiff Fraleg Group Inc. npizzo@ajrlawny.com, arosen@ajrlawny.com;ddobbins@ajrlawny.com;emeade-bramble@ajrlawny.com;atsionis@ajrlawny.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard J. McCord | on behalf of Trustee Richard J. McCord rmccord@cbah.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com |
| Richard J. McCord | rmccord@cbah.com afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor: Fraleg Group, Inc. (Name) | EIN: 82–1085179 | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed in chapter: | 11  6/17/22 |
| Case number:  1–22–41410–jmm | Date case converted to chapter: | 7  12/18/23 |

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271–C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201–1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before April 24, 2024** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive and mail it to the address stated above.

Dated: January 25, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 02/01/17]