# EXHIBIT D

Fraleg Group, Inc.
Chapter 7
Case No.: 122-41410-jmm

### *DOCUMENTS REQUESTED IN CONNECTION WITH 2004 EXAMINATION OF ANDRE JUMAN*

1. Copies of the 2020, 2021, 2022 and final Federal and New York State Tax Returns for Fraleg Group, Inc. (the "Debtor");
2. Copies of the 2021 and 2022 Bank account statements for all accounts held by the Debtor, including copies of cancelled checks, deposits and wire transfers;
3. Copies of all leases held by the Debtor;
4. Copies of any and all business records for the Debtor from 2021 through 2023;
5. Copies of all documents pertaining to the Debtor's purchase of the real property located at 116 North Walnut Street, East Orange, New Jersey, including but not limited to, a copy of the title report, deed, transfer tax documents, all closing documents;
6. List of all assets owned by the Debtor;
7. List of all of the Debtor's business premises;
8. List of all Employees of the Debtor;
9. List of accounts receivables/accounts payables for the debtor;