UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
-----------------------------------------------------------------------X

In re:                                                                    Chapter – 7

    FRALEG GROUP, INC.,                                   Case No. 1-22-41410 (JMM)

                    Debtor.

-----------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE, that pursuant to Rule 9010(b) of the Bankruptcy Rules, 45 MAIN ASSOCIATES LLC, party in interest (the "Party"), hereby appears in the above-captioned case and requests that notice of all matters arising herein be duly served upon the undersigned attorney on behalf of the Party, at the address set forth below.

      Request is hereby made for copies of all other papers, including, but not limited to, notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and copies of all reports, pleadings, motions, notices or applications, petitions, requests, complaints, demands, disclosure statements, answering and reply papers, whether formal or informal, written or oral, and by whatever means transmitted, filed in the above-captioned case, and in any adversary proceedings or contested matters therein.

      This Notice of Appearance and Demand for Service of Papers shall not constitute or be deemed or construed to be a waiver of the Party's rights: (1) to have any final orders in noncore matters entered only after *de novo* review by a United States District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contend that

jurisdiction or venue in this Court is improper or inappropriate; or (5) to any other claims, actions, defenses, rights, remedies, setoffs or recoupments to which the Party is or may be entitled, in law or in equity, all of which claims, actions, defenses, rights, remedies, setoffs, and recoupments the Party expressly reserves.

Dated: New York, New York
       May 30, 2024

                              Yours, etc.

                              BORAH, GOLDSTEIN, ALTSCHULER,
                              NAHINS & GOIDEL, P.C.
                              *Attorneys for 45 Main Associates LLC*

                              By: /s/ *Jeffrey C. Chancas*
                                  JEFFREY C. CHANCAS
                                  377 Broadway
                                  New York, New York 10013
                                  (212) 431-1300. Ext. 611
                                  jchancas@borahgoldstein.com

TO:   FRALEG GROUP, INC.
        *Debtor Pro Se*
        931 Lincoln Place
        Brooklyn, New York 11213


        RICHARD J. MCCORD
        Chapter 7 Trustee
        Certilman Balin Adler & Hyman LLP
        90 Merrick Avenue
        East Meadow, New York 11554
        (516) 296-7801


        CERTILMAN BALIN ADLER & HYMAN LLP
        Attorneys for Chapter 7 Trustee
        90 Merrick Avenue
        East Meadow, New York 11554
        Attn: Richard J. McCord, Esq.
        (516) 296-7801
        rmccord@certilmanbalin.com

U.S. TRUSTEE
Office of the United States Trustee
Eastern District of New York (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, New York 10004-1408
(212) 206-2580

# CERTIFICATE OF SERVICE

I, Jeffrey C. Chancas, hereby certify that on the 30th day of May 2024, I caused the Notice of Appearance of Fraleg Group, Inc, dated the 30th day of May 2024, to be served by first class mail, postage prepaid on the below service list.

FRALEG GROUP, INC.
931 Lincoln Place
Brooklyn, New York 11213

RICHARD J. MCCORD
Certilman Balin Adler & Hyman LLP
90 Merrick Avenue
East Meadow, New York 11554

CERTILMAN BALIN ADLER & HYMAN LLP
Attorneys for Chapter 7 Trustee
90 Merrick Avenue
East Meadow, New York 11554
Attn: Richard J. McCord, Esq.

U.S. TRUSTEE
Office of the United States Trustee
Eastern District of New York (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, New York 10004-1408

/s/ *Jeffrey C. Chancas*
Jeffrey C. Chancas