```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re:

FRALEG GROUP, INC.                                    Chapter 7
                                                      Case No. 1-22-41410-jmm
                Debtor.

-------------------------------------------------X
```

## SUPPLEMENTAL DECLARATION IN CONNECTION WITH RETENTION OF CERTILMAN BALIN ADLER & HYMAN, LLP AS ATTORNEYS FOR THE TRUSTEE

**RICHARD J. MCCORD**, declares under penalty of perjury, as follows:

1. I am an attorney admitted to practice before this Court, and I am a member of the firm of Certilman Balin Adler & Hyman ("Certilman Balin"), which maintains offices at 90 Merrick Avenue, East Meadow, New York 11554 and 100 Motor Parkway, Suite 560, Hauppauge, New York 11788.

2. Pursuant to Court Order dated January 1, 2024, (Dkt. No. 111), Certilman Balin was retained as Attorneys to the Chapter 7 Trustee. The Affirmation submitted in support of the retention application reflects the following hourly rates for those members and associates who would be working on this file:

   Richard J. McCord, Esq. $575.00 per hour

   Jaspreet S. Mayall, Esq. $575.00 per hour

   Robert D. Nosek, Esq. $485.00 per hour

   Paraprofessionals: $150.00 per hour

3. Effective January 1, 2024, Certilman Balin is increasing the rates that it is charging to all clients and I seek to increase my firm's rates in this case to the following:

      Richard J. McCord, Esq. $600.00 per hour

      Jaspreet S. Mayall, Esq. $600.00 per hour

      Robert D. Nosek, Esq. $500.00 per hour

      Paraprofessionals: $150.00 per hour

5. Such fees are reasonable and similar to the customary compensation charged by comparably skilled practitioners in comparable bankruptcy cases in a competitive national legal market. The increase in rates is due to increased costs for the basic operating expenses of the firm over the course of the year.

6. The foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: East Meadow, New York
      June 4, 2024

                                    /s/ Richard J. McCord_____
                                    RICHARD J. MCCORD

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

FRALEG GROUP, INC.

               Debtor.
------------------------------------------------------X
STATE OF NEW YORK)
                         )ss:
COUNTY OF NASSAU )

Chapter 7
Case No.: 1-22-41410-jmm

**AFFIDAVIT OF SERVICE**

      **CHRISTINE C. FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Glen Cove, New York.

      On June 5, 2024, service of the *Supplemental Declaration in Connection with the Retention of Certilman Balin Adler & Hyman, LLP as Attorneys for the Trustee,* was made upon:

**THE ATTACHED LIST OF PARTIES IN INTEREST**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

                                                 /s/Christine C. Follett_____
                                                 **CHRISTINE C. FOLLETT**

Sworn to before me this
5th day of June, 2024

/s/Lisa A. Nichols_____
Lisa A. Nichols
Notary Public, State of New York
No. 01NI0017301
Qualified in Nassau County
Commission Expires November 30, 2027

Morgan C. Fiander, Esq.
Polsinelli, PC
600 Third Avenue, 42nd Floor
New York, NY 10016

Jeffrey C. Chancas, Esq.
Borah, Goldstein, Altschuler, Nahins & Goidel, P.C.
377 Broadway
New York, NY 10013

Fraleg Group Inc.
931 Lincoln Place
Brooklyn, NY 11213

Office of the United States Trustee
Eastern District of New York- Brooklyn
Alexander Hamilton Custom House
One Bowling Green, Suite 510
New York, NY 10004-1408