UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                     Chapter 7

FRALEG GROUP, INC.,

                                     Case No.: 22-41410-jmm

                      Debtor.
-----------------------------------------------------------X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
                          )ss:
COUNTY OF NASSAU )

       **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

       On June 10, 2024, service of the ***Subpoena for Rule 2004 Examination (Andy Alege)*** was caused to be served upon:

Andy Alege
195 St. James Place
Brooklyn, New York 11238

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express within New York State, addressed to the entity at the last known address set forth above.

                                                                 /s/ Andrea Follett_____
                                                                 **ANDREA FOLLETT**

Sworn to before me this
10th day of June, 2024
/s/ Maryann McCord
MARYANN MCCORD
Notary Public, State of New York
No.01MC6280044
Qualified in Nassau County
Commission Expires April 15, 2025

8314356.1