UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

FRALEG GROUP, INC.,

              Debtor.
-----------------------------------------------------X
STATE OF NEW YORK)
                    )ss:
COUNTY OF NASSAU )

Chapter 7

Case No.: 22-41410-jmm

**AFFIDAVIT OF SERVICE**

      **ANDREA FOLLETT,** being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

      On July 19, 2024, service of the **NOTICE OF ABANDONMENT OF PROPERTY OF THE ESTATE** was made upon:

**THE ATTACHED LIST OF CREDITORS AND PARTIES IN INTEREST**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

                                          /s/ Andrea Follett
                                          **ANDREA FOLLETT**

Sworn to before me this
19th day of July, 2024
/s/ Karen P. Galvin
KAREN P. GALVIN
Notary Public, State of New York
No.01GA5001652
Qualified in Nassau County
Commission Expires September 14, 2026

8339011.1

```
Label Matrix for local noticing        45 Main Associates LLC                  City of New York
0207-1                                  c/o Borah, Goldstein, Altschuler, Nahins 100 Church Street
Case 1-22-41410-jmm                     377 Broadway                            New York, NY 10007-2668
Eastern District of New York            6th Floor
Brooklyn                                New York, NY 10013-3907
Wed Jul 17 12:43:54 EDT 2024

Fraleg Group, Inc.                      Law Offices of Avrum J. Rosen, PLLC     (p)MYC & ASSOCIATES  INC
931 Lincoln Place                       38 New Street                           1110 SOUTH AVENUE
Brooklyn, NY 11213-3332                 Huntington, NY 11743-3463               SUITE 22
                                                                                STATEN ISLAND NY 10314-3403


Office of the United States Trustee     1                                       45 Main Associates LLC, c/o Borah, Goldstein
Eastern District of NY (Brooklyn)       271-C Cadman Plaza East, Suite 1595     377 Broadway
Alexander Hamilton Custom House         Brooklyn, NY 11201-1800                 New York, New York 10013-3907
One Bowling Green, Room 510
New York, NY 10004-1415


Andy Alege                              CAF Borrower GS LLC                     CAF Borrower GS LLC
195 St. James Place                     4 Park Plaza, Suite 900                 c/o David D. Ferguson, Esq.
Brooklyn, NY 11238-7385                 Irvine, CA 92614-2551                   900 West 48th Place, Suite 900
                                                                                Kansas City, Missouri 64112-1899


CAF Borrower GS, LLC                    CoreVest American Finance               Internal Revenue Service
c/o Morgan C. Fiander, Esq.             4 Park Plaza, Suite 900                 PO Box 7346
Polsinelli PC                           Irvine, CA 92614-2551                   Philadelphia, PA 19101-7346
600 Third Avenue, 42nd Floor
New York, New York 10016-1924


Law Offices of Avrum J. Rosen, PLLC     NYS Dept. of Tax. & Fin.                New York City Department of Finance
38 New Street                           Bankruptcy Sections                     375 Pearl Street, 27th Floor
Huntington, New York 11743-3463         P.O. Box 5300                           New York, NY 10038-1441
                                        Albany, NY 12205-0300


New York State Department of Taxation & Fina  Office of the U.S. Trustee         Raineri Family Group LLC
Bankruptcy Section                      One Bowling Green Room 510              c/o Siegel & Reiner LLP (Attn: Glenn Rei
P O Box 5300                            New York, NY 10004-1415                 130 East 59th Street, 12th Floor
Albany New York 12205-0300                                                      New York, NY 10022-1302


Small Business Associatio               U.S. Small Business Administration      U.S. Trustee Payment Center
409 Third St., SW                       New York District Office                P.O. Box 6200-19
Washington, DC 20416-0002               26 Federal Plaza, Room 3100             Portland, OR 97228-6299
                                        New York, NY 10278-3199


Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554-1597
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

MYC & Associates, Inc.
1110 South Avenue
Suite 22
Staten Island, NY 10314

(d)MYC & Associates, Inc
1110 South Avenue, Suite 22,
Staten Island, NY 10314

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CAF Borrower GS, LLC

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25

Andy Alege
195 St. James Place
Brooklyn, NY 11238

Ron Fraser
249 St. Marks Place
Freeport, NY 11520

Andre Juman
1169 Ocean Ave
Brooklyn, NY 11230

Raymond Verdi, Esq.
50 Clinton Street
Suite 99
Hempstead, NY 11550