# EXHIBIT B

PREPARED BY:

DAVID ESSES, ESQUIRE

# DEED

This Deed is made as of ~~March~~ April 5, 2019

BETWEEN   PENCHANT FOR PROPERTIES, LLC, a New Jersey Limited Liability Company, whose address is 16 761 Palmer Ave, 2nd Floor, Holmdel, New Jersey 07733

referred to as the Grantor,

AND FRALEG GROUP INC., a NEW YORK CORPORATION,
whose post office address is   931 Lincoln Place, Brooklyn, New York 11213

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

**Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of FIFTY THOUSAND DOLLARS ($50,000.00). The Grantor acknowledges receipt of this money.

**Tax Map Reference.** (N.J.S.A. 46:15-2.1) City of East Orange, County of Essex, Block No. 360   Lot No. 14   Account No.

☒ No property tax identification number is available on the date of this deed. (Check box if applicable.)

**Property.** The property consists of land and all the buildings and structures on the land in the City of East Orange, County of Essex, State of New Jersey. The legal description is:

See attached legal description.

Being commonly known as: 116 North Walnut Street, East Orange, New Jersey 07017.

PENCHANT FOR PROPERTIES, LLC by Deed from the City of East Orange, a Municipal Corporation duly organized and existing under and by virtue of the laws of the State of New Jersey, dated July 15, 2015, recorded July 17, 2015 in the Essex County Clerk/Register's Office in Deed Book 12565 Page 4917.

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.


CHICAGO TITLE INSURANCE COMPANY

## SCHEDULE A-5
## LEGAL DESCRIPTION

Issuing Office File No. 19MH65027A

ALL that certain lot, piece or parcel of land lying and being in the City of East Orange, County of Essex, State of New Jersey, and being more particularly described as follows:

BEGINNING at a point in the easterly right of way line of North Walnut Street, which has a 50 foot wide right of way; Said point therein distant 190.00 feet as measured southerly along a course of South 37 degrees 33 minutes 00 seconds West, from the intersecting northerly right of way line of Summit Street, which has 50 foot wide right of way and from said point of BEGINNING; thence running

1. South 53 degrees 25 minutes 00 seconds East, for a distance of 203.25 feet to a point; thence

2. South 36 degrees 35 minutes 00 seconds West, for a distance of 10.00 feet to a point; thence

3. South 53 degrees 25 minutes 00 seconds East, for a distance of 106.90 feet to a point; thence

4. South 33 degrees 16 minutes 00 seconds West, for a distance of 32.16 feet to a point; thence

5. South 39 degrees 45 minutes 00 seconds West, for a distance of 17.98 feet to a point; thence

6. North 53 degrees 25 minutes 00 seconds West, for a distance of 314.85 feet to a point in the easterly right of way line of North Walnut Street; thence

7. Along the easterly right of way line of North Walnut Street, North 37 degrees 33 minutes 00 seconds East, for a distance of 60.00 feet to the point and place of BEGINNING.

FOR INFORMATION ONLY: Being known as Lot 14 in Block 360, on the official tax map of City of East Orange, County of Essex, in the State of NJ.

This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by Chicago Title Insurance Company. This Commitment is not valid without the Notice, the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.

PENCHANT FOR PROPERTIES, LLC

Witnessed by:

_____(Seal)
By: Meir Hillel, Sole Member

STATE OF NJ Morris Mg
COUNTY OF ~~Sussex~~ ., SS.:

I CERTIFY that on ~~March~~ April 5, Mg, 2019, Meir Hillel, personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more than one, each person):

(a) was the maker of the attached instrument;
(b) was authorized to and did execute this instrument as Sole Member PENCHANT FOR PROPERTIES, LLC. The entity named in this instrument; and
(c) executed this instrument as the act of the entity named in this instrument.
(d) the undersigned person signed this proof to attest to the truth of these facts; and
(e) this Deed was made for $50,000.00 as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

_____
Notary Public

[Notary Seal: MARY A GLAPISH, MY COMMISSION EXPIRES MARCH 26 2020, ID # 2193125, NOTARY PUBLIC, STATE OF NEW JERSEY]

Not Certified Copy

| DEED | : | Dated: ~~March~~ April 5, 2019 |

PENCHANT FOR PROPERTIES, LLC,

Grantor,

TO

FRALEG GROUP, INC.

Grantee.

Record and Return to:

Morris Home Abstract Co.
301 East Hanover Avenue
Suite 1
Morristown, NJ 07960