UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

FRALEG GROUP, INC.,

                Debtor.
-------------------------------------------------------------------X

Chapter 7
Case No.: 22-41410-jmm

## ORDER PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING COMPROMISE AND SETTLMENT

**UPON** the application dated October 23, 2024 (the "Application") (Dkt. No. ___) of Richard J. McCord, Esq., as Chapter 7 Trustee (the "Trustee") for the Estate of Fraleg Group, Inc. (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, pursuant to Rules 9019(a) and 2002(a)(3) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for approval of the Stipulation of Settlement by and between the Trustee and Krishawn Sampson, resolving the Trustee's claims as to the real property located at 116 North Walnut Street, East Orange, New Jerey 07017, Block 360, Lot No. 14 (the "Stipulation of Settlement"); and it appearing that the Court has jurisdiction over this matter; and due notice of the Application and this Order having been served upon the Office of the United States Trustee and all known creditors and parties in interest and it further appearing that the settlement set forth in the Stipulation of Settlement is fair, reasonable, and in the best interest of the Debtors estate and all parties in interest; and the Court having determined that the Stipulation of Settlement was entered into following good faith, arm's length negotiations; and after due deliberation an sufficient cause appearing therefore, it is

8412068.1

**ORDERED**, that the Stipulation of Settlement, annexed as "Exhibit D" to the Application, is approved pursuant to Bankruptcy Rule 9019(a); and it is further

**ORDERED,** that the Trustee is hereby authorized to execute, deliver, implement and fully perform any and all documents and obligations and to take any and all actions reasonably necessary or appropriate to effectuate the Stipulation of Settlement.

8412068.1