CERTILMAN BALIN ADLER & HYMAN, LLP
Richard J. McCord, Esq.
Counsel to the Chapter 7 Trustee
90 Merrick Avenue
East Meadow, New York 11554
Phone: (516) 296-7000
Fax: (516) 296-7111

**Presentment Date: November 20, 2024**
**Time: 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

FRALEG GROUP, INC.,

                              Debtor.
-------------------------------------------------------X

Chapter 7

Case No. 22-41410-jmm

**SUPPLEMENTAL AFFIRMATION IN FURTHER SUPPORT OF THE
MOTION FOR AN ORDER PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE AUTHORIZING
COMPROMISE AND SETTLEMENT**

      **RICHARD J. MCCORD,** the undersigned, an attorney duly licensed to practice law in the Courts of the State of New York and admitted in the Eastern District of New York, hereby affirms the following under penalty of perjury:

      1.    I am the Chapter 7 Trustee for the estate of Fraleg Group, Inc. (the "Debtor") and as such, I am fully familiar with the facts and circumstances set forth herein.

      2.    I submit this supplemental affirmation in further support of the Trustee's Motion for an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure Authorizing Compromise and Settlement; and granting such other, further and different relief as this Court deems just, proper and equitable (ECF. Doc. No. 128)(the "9019 Motion") to clarify the amount and class of claims filed in this case.

      3.    On July 23, 2023, the Court entered the Order Granting Application for Allowance

1

of Final Compensation and Reimbursement of Expenses ("Fee Order"), which awarded fees in the amount of $122,052.50 and expenses, in the amount of $2,910.18 to the Law Offices of Avrum J. Rosen, PLLC ("Rosen"). The Fee Order provided that Rosen could apply $10,738.00 of the remaining portion of the pre-petition retainer being held by Rosen to the awarded fees and therefore the outstanding amount due and owing for this administrative claim is $114,224.68. The Fee Order further provided that MYC & Associates, Inc. was awarded fees and expenses in the total amount of $17,794.62. Annexed hereto as **"Exhibit A"** is a copy of said Order. Therefore, the total amount of the administrative claims in this case, including the proof of claim filed by the Office of the United States Trustee (Claim No. 8) for payment of quarterly fees in the amount of $1,250.00, is $133,269.30.

4.    Pursuant to the Stipulated Order Modifying the Confirmed Plan of Reorganization Between the Post-Confirmation Debtor and CAF Borrower GS, LLC ("CAF") as to the Disposition of the Debtor Property, signed by the Honorable Jil Mazer-Marino on April 16, 2023, a copy of which is annexed hereto as **"Exhibit B",** CAF waived any claims against the Debtor's estate and therefore Claim number 5, filed by CAF, as secured, in the amount of $5,210,373.27 will not be receiving a distribution.

5.    It should also be noted that Claim Number 7, filed by the Raineri Family Group LLC, as secured, in the amount of $390,000.00 will not be receiving a distribution as this claim has been satisfied and the debt was not against the Debtor, but against "Fralege Group Inc". Attached hereto as **"Exhibit C"** is a copy of the Satisfaction of Mortgage. Therefore, the total amount of secured claims is $-0-.

**WHEREFORE**, in view of the foregoing, the Trustee respectfully requests the
Court enters an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure

Authorizing Compromise and Settlement; and (ii) for such other, further and different relief as this Court deems just, proper and equitable.

Dated: East Meadow, New York
      October 28, 2024

                    **CERTILMAN BALIN ADLER & HYMAN, LLP**
                    Counsel to the Chapter 7 Trustee

                    By: /s/ Richard J. McCord
                        **RICHARD J. MCCORD, ESQ.**
                        90 Merrick Avenue
                        East Meadow, New York 11554
                        Phone: (516) 296-7000