# EXHIBIT C

Recording Requested and Prepared By:
Monnett Simon
Siegel & Reiner, LLP
130 East 59th Street, 12 Floor
New York, NY 10022

FNTG
NJ Direct Operations
Chicago Title / Fidelity National Title
Commonwealth Land Title
Lakehurst Circle Center II
685 Route 70 West, Suite 7B
Lakehurst, New Jersey 08733
23-CCC030RCT

When Recorded Return To:
Monnett Simon
Siegel & Reiner, LLP
130 East 59th Street, 12 Floor
New York, NY 10022

_____
Space above for Recorder's use

## SATISFACTION OF MORTGAGE

**KNOW ALL MEN BY THESE PRESENTS**: that <u>Fralege Group Inc.</u>, a New York Corporation having an office at 45 Main Street, Suite 518, Brooklyn, New York 11201 current mortgagee of record in the amount of **THREE HUNDRED NINETY THOUSAND 00/100 DOLLARS ($390,000.00)**, whose parties, dates and recording information are below, does here by acknowledge that full payment been received and satisfaction of the same, and in consideration thereof, does hereby discharge said mortgage.

**Original Mortgagor:**       Fralege Group Inc

**Original Mortgagee:**       Raineri Family Group LLC

**Dated:**                    November 22, 2022

**Recorded On:**              January 12, 2023

**Instrument Number:**        2023002527

**Block:**                    360 / Lot: 14 + 15

**Property Address:**  112 + 116 North Walnut Street, East Orange, New Jersey 07017

**County of:**   Essex / **State of:**   New Jersey

IN WITNESS WHERE OF RAINERI FAMILY GROUP LLC, by the officer duly authorized, has duly executed the foregoing instrument on february 27th 2023.

**Raineri Family Group LLC**

By: _____
Name: Glenn Reiner
Title:   Authorized Signatory

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF _____  )

On the 27 day of February in the year 2023 before me, the undersigned, a Notary Public in and for said State, personally appeared. **Glenn Reiner,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

_____
Notary Public

MONNETT T. SIMON
Notary Public, State of New York
No. 01SI6281750
Qualified in Kings County
Commission Expires 10/21/2024

1