UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

FRALEG GROUP, INC.,

         Debtor.

------------------------------------------------------------X

Chapter 7
Case No.: 22-41410-jmm

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
                     )ss:
COUNTY OF NASSAU )

    **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

    On October 29, 2024 service of the *Supplemental Affirmation in Further Support for an Order Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure Authorizing Compromise and Settlement and Proposed Order* was made upon:

**THE ATTACHED LIST OF CREDITORS AND PARTIES IN INTEREST**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

                                                       /s/ Andrea Follett
                                                       **ANDREA FOLLETT**

Sworn to before me this
29th day of October, 2024
/s/ Jill Kronfeld
JILL KRONFELD
Notary Public, State of New York
No.01KR6256035
Qualified in Nassau County
Commission Expires Feb. 21, 2028

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0207-1<br>Case 1-22-41410-jmm<br>Eastern District of New York<br>Brooklyn<br>Wed Oct 23 10:34:10 EDT 2024 | 45 Main Associates LLC<br>c/o Borah, Goldstein, Altschuler, Nahins<br>377 Broadway<br>6th Floor<br>New York, NY 10013-3907 | City of New York<br>100 Church Street<br>New York, NY 10007-2668 |
| Fraleg Group, Inc.<br>931 Lincoln Place<br>Brooklyn, NY 11213-3332 | Law Offices of Avrum J. Rosen, PLLC<br>38 New Street<br>Huntington, NY 11743-3463 | (p)MYC & ASSOCIATES  INC<br>1110 SOUTH AVENUE<br>SUITE 22<br>STATEN ISLAND NY 10314-3403 |
| Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 510<br>New York, NY 10004-1415 | 1<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201-1800 | 45 Main Associates LLC, c/o Borah, Goldstein<br>377 Broadway<br>New York, New York 10013-3907 |
| Andy Alege<br>195 St. James Place<br>Brooklyn, NY 11238-7385 | CAF Borrower GS LLC<br>4 Park Plaza, Suite 900<br>Irvine, CA 92614-2551 | CAF Borrower GS LLC<br>c/o David D. Ferguson, Esq.<br>900 West 48th Place, Suite 900<br>Kansas City, Missouri 64112-1899 |
| CAF Borrower GS, LLC<br>c/o Morgan C. Fiander, Esq.<br>Polsinelli PC<br>600 Third Avenue, 42nd Floor<br>New York, New York 10016-1924 | CoreVest American Finance<br>4 Park Plaza, Suite 900<br>Irvine, CA 92614-2551 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Law Offices of Avrum J. Rosen, PLLC<br>38 New Street<br>Huntington, New York 11743-3463 | NYS Dept. of Tax. & Fin.<br>Bankruptcy Sections<br>P.O. Box 5300<br>Albany, NY 12205-0300 | New York City Department of Finance<br>375 Pearl Street, 27th Floor<br>New York, NY 10038-1441 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Office of the U.S. Trustee<br>One Bowling Green Room 510<br>New York, NY 10004-1415 | Raineri Family Group LLC<br>c/o Siegel & Reiner LLP (Attn: Glenn Rei<br>130 East 59th Street, 12th Floor<br>New York, NY 10022-1302 |
| Small Business Associatio<br>409 Third St., SW<br>Washington, DC 20416-0002 | U.S. Small Business Administration<br>New York District Office<br>26 Federal Plaza, Room 3100<br>New York, NY 10278-3199 | U.S. Trustee Payment Center<br>P.O. Box 6200-19<br>Portland, OR 97228-6299 |
| Richard J. McCord<br>Certilman Balin Adler & Hyman<br>90 Merrick Avenue<br>East Meadow, NY 11554-1597 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
MYC & Associates, Inc.              (d)MYC & Associates, Inc
1110 South Avenue                   1110 South Avenue, Suite 22,
Suite 22                            Staten Island, NY 10314
Staten Island, NY 10314
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)CAF Borrower GS, LLC             End of Label Matrix
                                    Mailable recipients    24
                                    Bypassed recipients     1
                                    Total                  25
```

| | | |
|---|---|---|
| United States Attorney's Office<br>Eastern District of New York<br>Attention: Kevin Yim, Chief of Bankruptcy Litigation<br>Civil Division, Bankruptcy Processing<br>271-A Cadman Plaza East, 7th Floor<br>Brooklyn, NY 11201-1820 | NYS Dept. of Taxation & Finance<br>Bankruptcy Unit - TCD<br>Building 8, Room 455<br>W.A. Harriman State Campus<br>Albany, NY 12227 | New York City Department of Finance<br>Office of Legal Affairs<br>375 Pearl Street, 30th Floor<br>New York, NY 10038 |
| David J. Broderick, Esq.<br>David J. Broderick, LLC<br>70-20 Austin Street, Suite 107<br>Forest Hills, New York 11375 | Raymond W. Verdi, Jr., Esq.<br>Attorney at Law<br>178 East Main Street<br>Patchogue, NY 11772 | New Jersey Division of Taxation<br>P.O. Box 046<br>Trenton, New Jersey 08646-0046 |
| NJ Division of Taxation<br>PO Box 248<br>Trenton, NJ 08646-0248 | New Jersey Division of Taxation<br>PO Box 999<br>Trenton, NJ 08646-0999 | NJ Division of Taxation<br>3 John Fitch Way, 5th Floor<br>PO Box 245<br>Trenton, NJ 08695-0245 |
| NJ Division of Taxation<br>PO Box 245<br>Trenton, NJ 08646-0248 | NJ Division of Taxation<br>Property Administration<br>PO Box 251<br>Trenton, NJ 08695-0251 | |

8414367.1