| | |
|---|---|
| Richard J. McCord, Esq. | **Presentment Date:** December 10, 2024 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | **Time:** 10:00 a.m. |
| Counsel for the Chapter 7 Trustee | **Objection Date:** December 9, 2024 |
| 90 Merrick Avenue, 9th Floor | **Time:** 4:00 p.m. |
| East Meadow, New York 11554 | **Hearing if Objections:** December 12, 2024 |
| Phone: (516) 296-7000 | **Time:** 10:00 a.m. |
| Fax: (516) 296-7111 | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

FRALEG GROUP, INC.,

               Debtor.

-----------------------------------------------------------------X

Chapter 7
Case No.: 22-41410-jmm

## AMENDED NOTICE OF PRESENTMENT OF ORDER PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING COMPROMISE AND SETTLEMENT

**PLEASE TAKE NOTICE** that, Richard J. McCord, Esq., the Chapter 7 Trustee ("Trustee") of the estate of Fraleg Group, Inc. (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP will present for signature the attached Order Pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure Authorizing Compromise and Settlement (the "Order"), to the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, **on December 10, 2024 at 10:00 a.m**. ("Presentment Date"), at the United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the proposed Order, must be in writing and filed with the Bankruptcy Court by **December 9, 2024, at 4:00 p.m**. (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline, on: (i) Chapter 7 Trustee, Richard J. McCord, Esq., Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554 and (ii) the Office of the United States Trustee, Eastern District of New York (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510,

New York, New York 10004-1408. If no objections are received, the Order may be signed.

**PLEASE TAKE FURTHER NOTICE**, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov .

**PLEASE TAKE FURTHER NOTICE**, all filing and service are to be made so as to be actually received by the Objection Deadline. Objections, if any, will be heard on December 12, 2024, at 10:00 a.m.

NO HEARING WILL BE HELD UNLESS AN OBJECTION IS FILED AS ABOVE WITH PROOF OF SERVICE.

Dated:  East Meadow, New York
        November 14, 2024

                                          **CERTILMAN BALIN ADLER & HYMAN, LLP**
                                          Counsel for the Chapter 7 Trustee

                                          By:   /s/ Richard J. McCord
                                                   **RICHARD J. MCCORD, ESQ.**
                                                   90 Merrick Avenue
                                                 East Meadow, New York 11554
                                                 Phone: (516) 296-7000