# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **ALBERT K MARMERO** *(No.* **020462003** *) was constituted and appointed an Attorney at Law of New Jersey on* **November 18, 2003** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 10th day of December, 2024.*

_____
Clerk of the Supreme Court



# Marmero Law, LLC

A New Jersey Limited Liability Company
ATTORNEYS AT LAW
44 Euclid Street
Woodbury, NJ 08096

Tel: (856) 848-6440
Fax: (856) 848-5002
www.marmerolaw.com

Albert K. Marmero ∆
∆ Member NJ Bar

Monmouth Office:
97 Apple Street
Suite 1
Tinton Falls, NJ 07724
(732)268-8836

December 17, 2024

***Via USPS Regular Mail:***
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

In Re: **Fraleg Group, Inc.; Chapter 7 Case No.: 1-22-41410-JMM**

Dear Judge Mazer-Marino,

As Your Honor is aware the undersigned represents the City of East Orange as an interested party in the above-captioned Chapter 7 Bankruptcy Proceeding.

Please accept this correspondence to submit an updated Certificate of Good Standing in further support of my Motion to Appeal Pro Hac Vice filed on December 9, 2024 (Dkt. 133.)

If Your Honor has any questions or concerns, please contact me at my office. Thank you.

Respectfully Submitted,
**MARMERO LAW, LLC**

*/s/ Albert K. Marmero*

Albert K. Marmero
Attorney for City of East Orange

AKM
Enclosures

cc: Richard J. McCord, Chapter 7 Trustee
for the Estate of Fraleg Group, Inc.

Office of the United States Trustee
Eastern District of New York