# CITY OF EAST ORANGE
# THE EAST ORANGE CITY COUNCIL
# COMMITTEE MEETING

Tuesday, October 13, 2020

5:30 P.M.

(Minutes from the Meeting of September 28, 2020)

## CHRISTOPHER D. JAMES
### City Council Chairman

**First Ward**
Christopher D. James
Amy Lewis

**Second Ward**
Christopher Awe
Brittany D. Claybrooks

**Third Ward**
Bergson Leneus
Vernon Pullins, Jr.

**Fourth Ward**
Casim L. Gomez
Tameika Garrett-Ward

**Fifth Ward**
Alicia Holman
Mustafa AL-M. Brent





Like Us on Facebook:
@EASTORANGECITYCOUNCIL

The following minutes are of necessity, condensed and abridged and do not purport to contain the full contents of the matters discussed. The items referred are subject to legal opinion as to validity.

## MINUTES OF THE CITY COUNCIL
## COMMITTEE MEETING
### September 28, 2020

The East Orange City Council met on September 28, 2020 at 5:42 P.M. in City Council Chambers, 44 City Hall Plaza, East Orange, and New Jersey. Adequate notice of such meeting was duly given in accordance with law, by publication in local newspapers and by posting on the bulletin board outside and within City Council Chambers.

**On Roll Call the following Members of Council were present:**
Casim L. Gomez; Jr.; Vernon Pullins; Tameika Garrett-Ward; Bergson Leneus; Alicia Holman; Amy Lewis; Christopher Awe; Brittany Claybrooks; Christopher D. James

**Absent**
Mustafa Al-M Brent

**CITY OFFICIALS PRESENT**

| | |
|---|---|
| Solomon Steplight, City Administrator | City Administrator |
| Malee Wing, Corporation Counsel | Law Department |
| Romal Bullock, Director | Tax Assessor |
| Mark Barner, Director | Property Maintenance |
| Daniel Jennings, Director | Planning |
| Carolyn R. Reed, Director | East Orange Public Library |
| Christopher Coke, Director | Public Works |
| Domingos Saldida, Director | Public Safety |
| Andre Williams, Chief | Fire Department |
| Mabelteen Tucker, Director | Human Resources |

**ALSO PRESENT**

| | |
|---|---|
| Jamal Pearson | Recreation |
| Muzammil Mohamed-Stevens | Public Works |

## OPEN HEARING OF CITIZENS

Pursuant to Article IV, Section 3 of the Rules of City Council, each person wishing to address the Council, shall step up to the microphone, shall give his/her name in an audible tone for the record and unless further time is granted by the Presiding Officer, shall limit remarks to three minutes.

All members of the public are expected to conduct themselves in a proper manner. Any derogatory, abusive or threatening statements will not be permitted. The Chair will immediately rule such conduct out of order and terminate any further comments.

## COMMITTEES

100-ARTS, RECREATION & CULTURAL AFFAIRS
200-BUSINESS DEVELOPMENT AND ZONING
300-FINANCE
400-HEALTH AND EDUCATION
500-HOUSING, LICENSING AND INSPECTION
600-LAW AND LEGISLATION
700-PLANNING AND GRANTS
800-PUBLIC SAFETY
900-PUBLIC WORKS
1000-COMMITTEE OF THE WHOLE

## 100 - ARTS, RECREATION & CULTURAL AFFAIRS
### TAMEIKA GARRETT-WARD–CHAIRWOMAN
**Pullins, Brent, Lewis**

| | | |
|---|---|---|
| 101. | Recreation Department | In Committee |
| 102. | East Orange Public Library | In Committee |
| **103.** | Shedrack Basil Skeete – Memorial | **Resolution to be presented** |
| **104.** | Mittie B. Lassiter-Worrell – Memorial | **Resolution to be presented** |

## 200 - BUSINESS DEVELOPMENT AND ZONING
### CASIM GOMEZ – CHAIRMAN
**Awe, Claybrooks, Brent**

| | | |
|---|---|---|
| 201. | Brick Church Mall | In Committee |
| 202. | Brick Church Urban Renewal | In Committee |
| 203. | Economic Development Corp. | In Committee |
| 204. | Board of Adjustment | In Committee |
| 205. | Community Development Corp. | In Committee |
| 206. | Sanford Evergreen Connector | In Committee |
| **207.** | Resolution Designating Fraleg Group Inc or an Entity to be Created as Redeveloper for a Certain Property Located in the Transit Village District Redevelopment Zone and an Urban Enterprise Zone | **Resolution to be presented** |
| **208.** | Resolution Authorizing the Execution of a Redevelopment Agreement Between the City of East Orange and 440 MLK Dr LLC for Certain Property Identified on the Tax Map of the City of East Orange as Block 370, Lot2, Commonly Known as 440A-442 MLK Dr. | **Resolution to be presented** |
| **209.** | Resolution Amending and Extending the Designation of Jaric Development as Redeveloper for 440 and 444 Dr. MLK, Jr., Blvd Located in the Transit Village Redevelopment Area | **Resolution to be presented** |
| **210.** | Resolution Authorizing a Community Benefits Agreement Between the City of East Orange and SV 19 N Harrison Urban Renewal Entity, LLC | **Resolution to be presented** |

## 300 - FINANCE
### CHRISTOPHER AWE – CHAIRMAN
**Lewis, Pullins, Holman**

| | | |
|---|---|---|
| 301. | Personnel | In Committee |
| 302. | Tax Refund | In Committee |
| 303. | Labor Negotiations | In Committee |
| 304. | Tax Revaluation | In Committee |
| 305. | Tax Sale Certificate | In Committee |
| 306. | In Rem Foreclosure | In Committee |
| **307.** | Payroll No. 19 | **Resolution to be presented** |
| 308. | Stop Payments | In Committee |
| 309. | Legal Transfer | In Committee |
| 310. | Tax Payment Plan | In Committee |
| 311. | Tax Appeal Refunds | In Committee |
| 312. | Annual Tax Sale | In Committee |
| 313. | Tax Abatement | In Committee |
| 314. | In Lieu of Taxes | In Committee |
| **315.** | Bills, Claims & Appropriations – September 28, 2020 | **Resolution to be presented** |
| 316. | Tax Sale Assignment | In Committee |
| 317. | Tax Lien | In Committee |

300 – FINANCE - Continued
CHRISTOPHER AWE – CHAIRMAN
**Lewis, Pullins, Holman**

| | | |
|---|---|---|
| 318. | Tax Lien Redemption | In Committee |
| 319. | Budget Insertions | In Committee |
| 320. | Status of Women | In Committee |
| 321. | Auction | In Committee |
| **322.** | Duplicate Tax Payments - $32,066.46 | **Resolution to be presented** |
| 323. | Miscellaneous Refund | In Committee |
| **324.** | Electronic Tax Sale Program | **Resolution to be presented** |
| **325.** | Tax Appeal Refunds - $278,097.37 | |
| **326.** | Resolution Authorizing a Professional service Agreement Between the City of East Orange and Berneke Economics | **Resolution to be presented** |
| **327.** | U.S. Department of Housing and Urban Development Community Development Block Grant Coronavirus Cares Act (CDBG-CV) | **Resolution to be presented** |
| **328.** | Authorize Payment of Accumulated Absence Liabilities to Former Employee - $5,139.39 | **Resolution to be presented** |
| **329.** | Resolution of the City of East Orange, in the County of Essex, New Jersey Authorizing an Application to the Local Finance Board With Respect to not to Exceed $1,000,000 Non-Recourse Taxable Special Obligation Pilot Redevelopment Area Bonds to Finance a Portion of the Summit Street Project Pursuant to N.J.S.A. 40A:12A-29(a)(3) and N.J.S.A. 40A:12-67(g) | **Resolution to be presented** |

400 – HEALTH and EDUCATION
BERGSON LENEUS – CHAIRMAN
**Garrett-Ward, Holman, Claybrooks**

| | | |
|---|---|---|
| 401. | Child Guidance Clinic | In Committee |
| 402. | Health Department | In Committee |
| 403. | Mental Health Board | In Committee |
| 404. | East Orange General Hospital | In Committee |
| 405. | East Orange Board of Education | In Committee |
| **406.** | Resolution Award Cost Estimating Services (Lead Grant Program) | |

500 – HOUSING, LICENSING AND INSPECTION
ALICIA HOLMAN – CHAIRWOMAN
**Claybrooks, Gomez, Leneus**

| | | |
|---|---|---|
| 501. | Rent Leveling | In Committee |
| 502. | Affordable Housing Program | In Committee |
| 503. | Housing Authority | In Committee |
| 504. | Housing, Planning & Coordinating | In Committee |
| 505. | Private Parking Rentals | In Committee |
| 506. | Senior Citizens Housing | In Committee |
| 507. | Housing Summit | In Committee |

700 – PLANNING and GRANTS
BRITTANY D. CLAYBROOKS – CHAIRWOMAN
**Gomez, Leneus, Garrett-Ward**

| | | |
|---|---|---|
| 701. | Community Development | In Committee |
| 702. | Safe and Clean | In Committee |
| 703. | Small Tools Library | In Committee |
| 704. | Green Acres Grant | In Committee |
| 705. | Women's Summit in Committee | In Committee |

## 800 - PUBLIC SAFETY
### AMY LEWIS – CHAIRWOMAN
**Brent, Garrett-Ward, Pullins**

| | | |
|---|---|---|
| 801. | Police Department | In Committee |
| 802. | Fire Department | In Committee |
| **803.** | Resolution Ratifying a Shared Service Agreement Between the City of East Orange and the East Orange Board of Education | **Resolution to be presented** |
| **804.** | Resolution Supporting and Approving the Submission of an Application for Involuntary Accidental Disability Retirement Under the Police and Firemen's Retirement System | **Resolution to be presented** |
| **805.** | Resolution Supporting and Approving the Submission of an Application for Involuntary Accidental Disability Retirement Under the Police and Firemen's Retirement System | **Resolution to be presented** |
| **806.** | Resolution to Acknowledge the Month of October 2020 as a National Fire Prevention Month in the City of East Orange | **Resolution to be presented** |
| **807.** | Resolution Authorizing the Advertisement of Invitation to Bid for Source Capture Exhaust System for East Orang Fire Department | **Resolution to be presented** |

## 900 - PUBLIC WORKS
### MUSTAFA AL-BRENT – CHAIRMAN
**Holman, Awe, Gomez**

| | | |
|---|---|---|
| 901. | Capital Improvement Projects | Under Construction |
| 902. | Streetscape | In Committee |

## 600 - LAW AND LEGISLATION
### VERNON PULLINS, JR. – CHAIRMAN
**Leneus, Lewis, Awe**

| | | |
|---|---|---|
| **601.** | Ordinance on First Reading | **Ordinance No. 34 of 2020** Ordinance Amending the 2015 East Orange Transit Village District Redevelopment Plan to Permit Ground Floor Office Space Uses Along Martin Luther King Jr. Boulevard in Both the Central Business District and the Arts and Cultural District |
| | | **Ordinance No. 35 of 2020** Ordinance to Transfer a City Owned Lot to Andre Cooper LLC in the Transit Village Redevelopment Area Under the Auspices of N.J.S.A. 40:12-A-1 et seq, Known as the Local Redevelopment and Housing Law |
| | | **Ordinance No. 36 of 2020** Ordinance Amending Ordinance 17 of 2017 to Extend the Time Frame for Completion of the Execution of an Amended Financial Agreement Between the City of East Orange and SV 19 N Harrison Urban Renewal Entity, LLC |
| 602. | Ordinances on Second and Final Reading | In Committee |
| 603. | Bingo/Raffles | In Committee |
| 604. | A.B.C. | In Committee |
| 605. | City Council Rules | In Committee |
| 606. | Settlements | In Committee |
| 607. | Comcast/Suburban Cable Contract | In Committee |
| 608. | Taxi Cabs vs. Livery Licenses | In Committee |
| **609.** | Reappointment of Darryl Gayton to the Alcoholic Beverage Control Board | **Resolution to be presented** |

### 1000– COMMITTEE OF THE WHOLE

1000.  East Orange Parking Authority                                              In Committee

Meeting adjourned at 5:57 PM.                                                                 Respectfully submitted by:
                                                                                                                  Cynthia S. Brown, City Clerk





**EAST ORANGE CITY COUNCIL 2020**
**Public Meeting Dates & Times**

East Orange City Hall
44 City Hall Plaza | East Orange, NJ 07018
Phone: 973-266-5120

5:30 PM COMMITTEE DISCUSSION & AGENDA MEETINGS
6:00 PM REGULAR OFFICIAL MEETINGS

**Meetings** are held every 2nd & 4th Monday of the month. Residents are Encouraged to Attend.

In accordance with the New Jersey Open Public Meetings Act, Chapter 231, P.L. 1975, Public Notice is hereby given that the East Orange City Council has established the following 2020 Meeting Dates.

Formal action may take place at these Meetings. Executive Sessions may be held at Committee Meetings or at Regular Meetings. The Meetings will be held in the City Council Chambers located at 44 City Hall Plaza, East Orange, New Jersey. 07018

| | | |
|---|---|---|
| MONDAY, JANUARY 13th | TUESDAY, MAY 26th | TUESDAY, OCTOBER 13th |
| MONDAY, JANUARY 27th | MONDAY, JUNE 8th | MONDAY, OCTOBER 26th |
| TUESDAY, FEBRUARY 10th | MONDAY, JUNE 22nd | MONDAY, NOVEMBER 9th |
| MONDAY, FEBRUARY 24th | MONDAY, JULY 13th | MONDAY, NOVEMBER 23rd |
| MONDAY, MARCH 9th | MONDAY, JULY 27th | MONDAY, DECEMBER 14th |
| MONDAY, MARCH 23rd | MONDAY, AUGUST 10th | MONDAY, DECEMBER 28th |
| MONDAY, APRIL 13th | MONDAY, AUGUST 24th | **CITY COUNCIL REORGANIZATION MEETING** **MONDAY, JANUARY 4, 2021 @ 6:00 PM** |
| MONDAY, APRIL 27th | MONDAY, SEPTEMBER 14th | |
| MONDAY, MAY 11th | MONDAY, SEPTEMBER 28th | |

FOLLOW US  @eocitycouncil

**In accordance with Executive Order 107, the City of East Orange Offices are closed to the public.**

**For the safety of residents and employees, the Meetings of the East Orange City Council will be conducted via Video Conference, Streaming on Facebook Live-facebook.com/eocitycouncil until further notice.**