Richard J. McCord, Esq.  
CERTILMAN BALIN ADLER & HYMAN, LLP  
Counsel for the Chapter 7 Trustee  
90 Merrick Avenue, 9th Floor  
East Meadow, New York 11554  
Phone: (516) 296-7000  
Fax: (516) 296-7111  

Presentment Date: October 6, 2025  
Time: 10:00 a.m.  
Objection Date: September 29, 2025  
Time: 4:00 p.m.  
Hearing if Objections: October 21, 2025  
Time: 10:00 a.m.  

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X  
In re:

FRALEG GROUP INC.,

            Debtor.

-----------------------------------------------------------------X

Chapter 7  
Case No.: 22-41410-jmm

**NOTICE OF PRESENTMENT OF ORDER (I) DIRECTING COMPLIANCE WITH THE ORDERS OF THE COURT DATED MAY 28, 2024 FOR THE TURNOVER OF INFORMATION AND DOCUMENTATION PERTAINING TO THE DEBTOR; AND (II) AWARDING THE TRUSTEE ATTORNEY'S <u>FEES AND COSTS OF THIS MOTION</u>**

      **PLEASE TAKE NOTICE** that, Richard J. McCord, Esq., the Chapter 7 Trustee ("Trustee") of the estate of Fraleg Group, Inc. (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, will present for signature, pursuant to 11 U.S.C. §§105, 521(a)(3), (a)(4), 541(a)(1), 542 (e), 543(b)(1), and Federal Rules of Bankruptcy Procedure 4002(a)(1), 9011, 9014 and 9016, the attached Order (i) directing Andy Alege ("Alege"), Ron Fraser ("Fraser"), Andre Juman ("Juman") and/or a responsible party of the Debtor to cooperate with the Trustee and comply with the Orders of this Court dated May 28, 2024, to appear for examination and produce documents pursuant to the Subpoena for Rule 2004 Examination and to turn over all documents, correspondence, and communications relating to the purchase of the real properties located at 112 North Walnut Street, East Orange, New Jersey ("112 North Walnut") and 116 North Walnut Street, East Orange, New Jersey ("116 North Walnut"); (ii) awarding the Trustee's Attorney's fees and costs of this Motion in the amount of $2,500.00; and (iii) for such, other further and related relief as the Court deems just, proper and equitable (the "Order"), to the

Honorable Jil Mazer-Marino, United States Bankruptcy Judge, **on October 6, 2025 at 10:00 a.m.** ("Presentment Date"), at the United States Bankruptcy Court, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the proposed Order, must be in writing and filed with the Bankruptcy Court by **September 29, 2025, at 4:00 p.m.** (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline. If no objections are received, the Order may be signed.

**PLEASE TAKE FURTHER NOTICE**, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844 or JMM_Hearings@nyeb.uscourts.gov .

**NO HEARING WILL BE HELD UNLESS AN OBJECTION IS FILED AS ABOVE WITH PROOF OF SERVICE.**

Dated:   East Meadow, New York
        September 9, 2025

                              **CERTILMAN BALIN ADLER & HYMAN, LLP**
                              Counsel for the Chapter 7 Trustee

                              By:  /s/ Richard J. McCord
                                  **RICHARD J. MCCORD, ESQ.**
                                  90 Merrick Avenue
                                  East Meadow, New York 11554
                                  Phone: (516) 296-7000