# EXHIBIT G



90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. MCCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

**VIA CERIFIED MAIL AND FIRST CLASS MAIL**

July 17, 2024

Andre Juman
1169 Ocean Avenue
Brooklyn, New York 11230

           Re:   *Fraleg Group, Inc.*
                 *Chapter 7*
                 *Case No.: 22-41410-jmm*

Dear Mr. Juman:

      Please be advised that I am the appointed Chapter 7 Trustee for Fraleg Group, Inc. (the "Debtor"). Enclosed herein please find the Notice of Bankruptcy Case Filing. Pursuant to the enclosed Subpoena for Rule 2004 Examination ("Subpoena"), served upon you via federal express on June 11, 2024, the Trustee was to receive the documents contained therein by June 28, 2024. To date, the Trustee has not received said documents.

      Please take the necessary steps to comply with said Subpoena and provide the requested documentation within ten (10) days of the date of this correspondence. Failure to do so will result in the Trustee taking the necessary and appropriate actions in the United States Bankruptcy Court.

      Thank you for your cooperation in this matter.

                                    Very truly yours,

                                    RICHARD J. MCCORD
                                    CHAPTER 7 TRUSTEE

Encl.
RJM:af

8339546.1

                            Certilman Balin Adler & Hyman, LLP
                              Suffolk Office: Hauppauge, NY 11788