UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

FRALEG GROUP, INC.,

Chapter 7
Case No.: 22-41410-jmm

        Debtor.

-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                )ss:
COUNTY OF NASSAU )

      **ANDREA FOLLETT**, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Commack, New York.

      On September 10, 2025, service of the **Notice Of Presentment And Affirmation In Support For An Order (I) Directing Compliance with the Orders of the Court dated May 28, 2024 for the Turnover of Information and Documentation Pertaining to the Debtor; and (ii) Awarding The Trustee The Attorney's Fees And Costs Of This Motion** was made upon:

**THE ATTACHED LIST OF CREDITORS AND PARTIES IN INTEREST**

by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name.

                                                 /s/ Andrea Follett
                                                 **ANDREA FOLLETT**

Sworn to before me this
10th day of September, 2025
/s/ Jill Kronfeld
JILL KRONFELD
Notary Public, State of New York
No. 01KR6256035
Qualified in Nassau County
Commission Expires Feb. 21, 2028

Morgan C. Fiander, Esq.
Polsinelli PC
600 Third Avenue, 42nd Floor
New York, New York 10016

Avrum Rosen, Esq.
Rosen Tsionis & Pizzo PLLC
38 New Street
Huntington, NY 11743

Nazar Khodorovsky, Esq.
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408

Andy Alege
195 Saint James Place
Brooklyn, New York 11238

Raymond W. Verdi, Jr., Esq.
Attorney at Law
178 East Main Street
Patchogue, NY 11772

Jeffrey C. Chancas, Esq.
Borah Goldstein et al
377 Broadway
New York, New York 10013

Fraleg Group Inc
931 Lincoln Place
Brooklyn, New York 11213

Greg Zipes, Esq.
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York. NY 10004-1408

Fraleg Group, Inc.
45 Main Street
Brooklyn, New York 11201

Responsible Party
Fraleg Group, Inc.
45 Main Street
Brooklyn, New York 11201

Andre Juman
1169 Ocean Avenue
Brooklyn, New York 11230

Ron Fraser
249 St. Marks Avenue
Freeport, New York 11520

Fraleg Group Inc
c/o Andy Alege
249 Marks Avenue
Freeport, New York 11520

Ron Fraser
249 Marks Avenue
Freeport, New York 11520

8650596.1