

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. MCCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

**VIA ELECTRONIC CASE FILING**

October 17, 2025

Chambers of the Honorable Jil Mazer-Marino
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Attention: Tracie Leonard, Courtroom Deputy

    Re: **Fraleg Group, Inc.**
      ***Chapter 7***
      ***Case No. 22-41410-jmm***

Dear Ms. Leonard:

  This shall serve to confirm that the Motion to Compel *Notice of Presentment and Application in Support for an Order (i) Directing Compliance with the Orders of the Court Dated May 28, 2024 for the Turnover of Information and Documentation Pertaining to the Debtor; and (ii) Awarding the Trustee's Attorney's Fees and Costs of this Motion. Pre-Trial Conference* [ECF No. 152], scheduled for hearing on October 21, 2025, at 10:00 a.m., in connection with the above referenced case, has been adjourned, on consent, to November 18, 2025, at 10:00 a.m.

  If you should have any questions or require additional information, please contact this office. Thank you for your courtesy and assistance in this matter.

          Very truly yours,

          /s/ Richard J. McCord
          RICHARD J. MCCORD

RJM:af
 cc: VIA EMAIL
   Raymond Verdi, Esq.
   Thomas Monroe, Esq.
   Joyce Davis, Esq.