

CERTILMAN BALIN
ATTORNEYS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. McCORD
PARTNER
DIRECT DIAL 516.296.7801
rmccord@certilmanbalin.com

**VIA ELECTRONIC CASE FILING**

February 13, 2026

Chambers of the Honorable Jil Mazer-Marino
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Attention: Tracie Leonard, Courtroom Deputy

> Re:   ***Fraleg Group, Inc.***
> ***Chapter 7***
> ***Case No. 22-41410-jmm***

Dear Ms. Leonard:

Please be advised that the Motion to Compel *Notice of Presentment and Application in Support for an Order (i) Directing Compliance with the Orders of the Court Dated May 28, 2024 for the Turnover of Information and Documentation Pertaining to the Debtor; and (ii) Awarding the Trustee's Attorney's Fees and Costs of this Motion* [ECF No. 152], scheduled for hearing on February 17, 2026 at 10:00 a.m., in connection with the above referenced case, has been withdrawn.

If you should have any questions or require additional information, please contact this office. Thank you for your courtesy and assistance in this matter.

Very truly yours,

/s/ Richard J. McCord
RICHARD J. MCCORD

RJM:ccf
cc:  VIA EMAIL
Raymond Verdi, Esq.
Thomas Monroe, Esq.
Joyce Davis, Esq.

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

8774368.1